CO-386-online
10/03

# United States District Court
# For the District of Columbia

DELTA SIGMA THETA SORORITY, INC.     )
1707 New Hampshire Avenue, NW     )
Washington, DC 20009     )
                )
          Plaintiff   )     Civil Action No._____
     vs             )
                )
Derek & Jamar Productions, LLC     )
764 Gramatan Avenue     )
Mt. Vernon, NY 10552     )
                )
          Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Delta Sigma Theta Sorority, Inc.  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Delta Sigma Theta Sorority, Inc.  which have

any outstanding securities in the hands of the public:

   None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Devarieste Curry_
Signature

384621
BAR IDENTIFICATION NO.

Devarieste Curry
Print Name

One Massachusetts Avenue, NW, Suite 800
Address

Washington     DC     20001
City     State     Zip Code

(202)842-2345
Phone Number