UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DELTA SIGMA THETA SORORITY, INC.  *
  Plaintiff,         *
               *
  v.             *  CASE NO. 1:06CV01993
                (RMC)
               *

DEREK & JAMAR PRODUCTIONS, LLC *
  Defendant.        *

* * * * * * * * * * * *

**<u>PRAECIPE</u>**

THE CLERK OF THE COURT will kindly enter the appearance of

KAUFMAN LAW,  A Professional Corporation, and David Zachary Kaufman, Esq. as counsel

for Defendant Derek & Jamar Productions, LLC.

          Respectfully submitted,

          KAUFMAN LAW,  A Professional Corporation
          11350 Random Hills Rd.  Suite 800
          Fairfax, VA 22030
          703.764.9080
          703.764-0014 (fax)
          david@dzklaw.com
          Counsel for Defendant Doug Fahey

By: _____
    David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2007, I caused a true and correct copy of the following to be served by ECR on Devarieste Curry, Esq. counsel of record for Plaintiff Delta Sigma Theta Sorority, Inc.

_____
David Zachary Kaufman