## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DELTA SIGMA THETA SORORITY, INC. | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO. 1:06CV01993 |
| | | (RMC) |
| | * | |
| DEREK & JAMAR PRODUCTIONS, LLC | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO DISMISS FOR
### FAILURE TO STATE A CLAIM
### UNDER Fed.  R.  Civ.  P.  12(b)(6)

COMES NOW THE DEFENDANT, Derek&Jamar Productions, LLC (hereinafter "D&J"), by undersigned counsel, and moves this Court to Dismiss the Complaint of Plaintiff Delta Sigma Theta Sorority, Inc.  (Hereinafter "Delta").

As grounds for this Motion D&J hereby incorporate by reference the accompanying Memorandum of Points and Authorities, which sets forth the factual and legal grounds with more particularity.  In sum, D&J is entitled to Dismissal because the Complaint fails to state any claim on which relief can be granted because there are no allegations of fact or reasonable inferences arising from well pleaded facts that support any claim against D&J.

Dated: February 19, 2007

Respectfully submitted,

Derek&Jamar Productions, LLC,
by counsel

KAUFMAN LAW,  A Professional Corporation
11350 Random Hills Rd.  Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant D&J Productions, LLC

By: _____
       David Zachary Kaufman, Bar# 435123

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007 a true and correct copy of the following to be served by ECR on Devarieste Curry, Esq. counsel of record for Plaintiff Delta Sigma Theta Sorority, Inc.

_____
       David Zachary Kaufman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DELTA SIGMA THETA SORORITY, INC.      *
      Plaintiff,                        *
                                 *
      v.                          *     CASE NO. 1:06CV01993
                                       (RMC)
                               *
DEREK & JAMAR PRODUCTIONS, LLC  *
      Defendant.                      *

*    *    *    *    *    *    *    *    *    *    *    *

**ORDER**

This Court, after careful consideration of the Motion To Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) by Defendant Derek & Jamar Productions, LLC, and the Opposition thereto by Plaintiff Delta Sigma Theta Sorority, Inc. as expressed by its counsel, hereby

GRANTS Defendant Derek & Jamar Productions, LLC, Motion to Dismiss and

ORDERS that the above-captioned case by Dismissed With Prejudice.

_____
Judge Collyer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DELTA SIGMA THETA SORORITY, INC. *
    Plaintiff,                 *
                                      *

v.                               *     CASE NO. 1:06CV01993
                                        (RMC)
                              *

DEREK & JAMAR PRODUCTIONS, LLC *
    Defendant.                *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEREK & JAMAR PRODUCTION, LLC'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
UNDER FED. R. CIV. P. 12(b)(6)**

PURSUANT TO Fed. R. Civ. P. 12(b)(6) Defendant Derek&Jamar

Productions, LLC (hereinafter "D&J), by undersigned counsel, respectfully move to

dismiss the Complaint for failure to state a claim on which relief can be granted.

**INTRODUCTION**

Jamar White, a graduate of Pratt Institute School of Art and Design, and

Derek Fordjour a graduate of Morehouse College and Harvard University had a

dream: They wished to use their creative talents as fine and graphic artists to tell

untold stories through classical art and multimedia formats. They first learned this

was possible when they worked together informally on a project entitled "An

Experiment in Brotherhood", a painting and short thirty minute documentary set in

the year 1906 describing the founding of their own fraternity, Alpha Phi Alpha. It

was so well received within the ranks of their own brotherhood that they were

encouraged to investigate the history of the fellow black Greek-lettered organizations.  They formed Derek & Jamar Productions, LLC (hereinafter "D&J) to facilitate this.

After learning of the participation of Delta Sigma Theta Sorority, Inc. (hereinafter "Delta")'s founders in the Women's Suffrage March of 1913, D&J decided to on the next project: D&J would tell the story of Delta Sigma Theta (hereinafter "Delta")--one of the most prestigious and famous African-American sororities.  This project would have two component parts:  a monumental painting depicting Delta's 22 founding members and a short movie on DVD.  The painting would use  photographs and other historically factual information to depict Delta's founders.   The short movie was planned to last about 45 minutes and would re-enact the events surrounding the founding of Delta and setting out Delta's idealistic principles, goals and desires.

D&J was prepared to do this entirely on its own, but wished to obtain the cooperation of Delta.  Specifically, D&J wished to obtain access to Delta's archives (to ensure historical accuracy) and wished to be able to market to Delta's membership by telling them that the project had Delta's imprimatur.[1]  Sadly, Delta declined to endorse the project.

---

[1]     It is worth noting that several famous African-American historians are members of Delta and, without Delta's imprimatur they declined to assist D&J.

Despite this decision by Delta, D&J went ahead with the project, yclept the "Black Sorority Project".  Upon completion, and despite the decision by Delta's Executive Board not to support the project, D&J began to market the DVD and accompanying print of the painting.  They also scheduled screenings of the movie for interested parties.  These efforts were successful and Delta's membership began questioning the Executive Director and President about the project and Delta's decision not to support it.  It was at that point that Delta's leadership became upset with D&J for their acts of *lése majeste*.[2]  This lawsuit is the result.

## THE COMPLAINT

The Complaint has 5 Counts: Federal and District of Columbia commonlaw Trademark Infringement, "Injurious Falsehood", Misappropriation of a Trade Secret and Defamation.  In essence, these 5 Counts can be boiled down to:

Counts I and II (commonlaw trademark infringement):

1.    D&J put the full name of Delta on the front and back of the DVD and its cover;

2.    D&J used the full name of Delta in the 45 minute movie about the founding of Delta;

3.    D&J used the Greek symbols for Delta in the 45 minute movie;

---

[2]    An uncharitable person might think that other reasons why Delta refused to deal with D&J and brought this lawsuit are that Mr. Fordjour "admitted that he wanted to 'own the creative license'" to his own work, Complaint at ¶35, and that D&J would not pay Delta the royalty Delta demanded.  Complaint at ¶44 (the first alleged "Misrepresentation" and "Fact").

and

4.      D&J used Delta's full name in advertising public screenings of
        the 45 minute movie.

Count III (Injurious Falsehood) and Count V (Defamation)

1.      Delta objects to the "FAQ's" on D&J's website contending that
        the FAQs contain "misrepresentations" that confused the
        membership and challenged the integrity and methods of Delta's
        Executive Board.[3]

2.      Delta objects to statements about quality of products endorsed
        and whether or not Delta trademarks are used without
        permission.[4]

Count IV (misappropriation of trade secrets)

1.      D&J wrote to Delta's members without permission.[5]

2.      D&J posted information on the website[6]

As shown below, none of Delta's plaints rise to a level which forms the basis

of any claim.

---

[3]      Complaint ¶44.  *See* below for a detailed discussion of ¶44's allegations.

[4]      Complaint ¶¶44, 45, 80 and 91.

[5]      Complaint ¶43 alleges D&J wrote 27 members of Delta's Executive
Board and Complaint ¶41 alleged that D&J wrote Delta's Director of its Eastern
Region.  The names and contact information for all these people is publicly
available information which can be found on various websites.  *See* Exhibit 1.

[6]      Complaint ¶41.

## ARGUMENT

**As this Court has recognized, pleading requirements in civil cases are not especially onerous**.

Usually it is not hard to survive a Motion to Dismiss for Failure to State a Claim.  After all,

> [a] Rule 12(b)(6) motion to dismiss tests the legal sufficiency of a complaint. *Browning v. Clinton*, 292 F.3d 235, 242 (D.C. Cir. 2002). The complaint need only set forth a short and plain statement of the claim, giving the defendant fair notice of the claim and the grounds upon which it rests. *Kingman Park Civic Ass'n v. Williams*, 348 F.3d 1033, 1040 (D.C. Cir. 2003); *Conley v. Gibson*, 355 U.S. 41, 47, 78 S. Ct. 99, 2 L. Ed.2d 80 (1957)). "Such simplified notice pleading is made possible by the liberal opportunity for discovery and the other pre-trial procedures established by the Rules to disclose more precisely the basis of both claim and defense to define more narrowly the disputed facts and issues." *Conley*, 355 U.S. at 47-48, 78 S. Ct. 99 (internal quotation marks omitted).  It is not necessary for the plaintiff to plead all elements of his prima facie case in the complaint, *Swierkiewicz v. Sorema N.A.,* 534 U.S. 506, 51 1-14, 122 S. Ct. 992, 152 L. Ed.2d 1 (2002), or "plead law or match facts to every element of a legal theory," *Krieger v. Fadely*, 211 F.3d 134, 136 (D.C. Cir. 2000) (internal quotation marks and citation omitted).

> Accordingly, "the accepted rule in every type of case" is that a court should not dismiss a complaint for failure to state a claim unless the defendant can show beyond doubt that the plaintiff can prove no set of facts in support of his claim that would entitle him to relief. *Warren v. Dist. of Columbia*, 353 F.3d 36, 37 (D.C. Cir. 2004); Kingman Park, 348 F.3d at 1040. Thus, in resolving a Rule 12(b)(6) motion, the court must treat the complaint's factual allegations-including mixed questions of law and fact-as true and draw all reasonable inferences therefrom in the plaintiffs favor. *Macharia v. United States*, 334 F.3d 61,64, 67 (D.C. Cir. 2003); *Holy Land Found. For Relief & Dev. v. Ashcroft*, 333 F.3d 156, 165 (D.C. Cir. 2003); *Browning*,

> 292 F.3d at 242. ***While many well-pleaded complaints are
> conclusory, the court need not accept as true inferences
> unsupported by facts set out in the complaint or legal
> conclusions cast as factual allegations***. *Warren*, 353 F.3d at 39;
> *Browning*, 292 F.3d at 242.

*DePippo v. Chertoff,* 453 F. Supp. 2d 30, 32-33(D.D.C. Sept. 20, 2006) (emphasis added).

Here, however, as set forth below, the Plaintiff's Complaint cannot even clear the low hurdle set by Federal Rules of Civil Procedure 12(b)(6).

### The allegations in Counts I and II (common law Trademark Infringement) do not amount to a violation of the law.

The Lanham Act establishes the elements of trademark infringement.  To establish infringement, a mark holder must show that the accused infringer has used the mark in commerce, and that "such use is likely to cause confusion, or to cause mistake, or to deceive." 15 U.S.C. § 1114(1).  Thus, a great deal depends on whether the public is likely to be deceived or confused by any similarity between Delta's mark and the Black Sorority Project's use of Delta's name and symbols.[7]

Courts, however, are careful to balance the First Amendment rights of

---

[7]     Resolving a split among federal circuit courts of appeal on the elements of the "fair-use" defense to a claim of trademark infringement, the US Supreme Court has held, in *KP Permanent Make-Up, Inc. v. Lasting Impression I, Inc.,* 125 S. Ct. 542 (2005), that possible consumer confusion between a plaintiff's mark and an infringement defendant's mark does not foreclose application of the fair-use defense. Consequentially, an accused trademark infringer asserting the affirmative defense of fair use does not have to prove the absence of a likelihood of confusion.

freedom of expression and the intellectual property owner's rights in a mark.

In this case, D&J's Black Sorority Project is the story of Delta and a copy of a painting of the 22 women who founded Delta.  There is no possible way the Black Sorority Project can be done without making reference to Delta. The facts alleged by Delta themselves show how little D&J used the trademark: on the front and back covers of the DVD and briefly within the movie.  Complaint at ¶¶39, 61 and 72. Thus, there is no violation of Delta's trademarks because Delta's name and symbols are being used fairly and in good faith only to describe the Black Sorority Project.[8]

Furthermore, Delta's 2 counts of Trademark Infringement makes this case on all fours with *New Kids on the Block v. News America Publishing, Inc*., 971 F.2d 302 (9th Cir. 1992), where USA Today and another newspaper conducted a public opinion poll in which readers were asked to choose their favorite music group among five choices, including the group "New Kids on the Block".  The group sued, alleging unauthorized commercial use of their trademarked name. The Ninth Circuit, however, found the newspapers' use of the group's name to be a permissible nominative fair use on the basis of the following tripartite test:

---

[8]       The substance of the painting and movie on DVD are irrelevant for purposes of this analysis as the First Amendment protects all commentary, even critical commentary when there is no confusion as to source.  *See The Taubman Company v. Webfeats*, 319 F.3d 770, 778 (6th Cir. 2003) (holding that an Internet domain registrant's use of the plaintiff-shopping mall owner's mark in the domain name "taubmansucks.com" was purely an exhibition of Free Speech, and thus not subject to scrutiny under the Lanham Act).

(1)    the product or service must not be readily identifiable without use of the trademark;

(2)    only so much of the mark may be used as is reasonably necessary to identify the product or service; and

(3)    the user must do nothing that would, in conjunction with the mark, suggest sponsorship or endorsement by the trademark holder.

This test was applied in *R.J. Reynolds Tobacco Co. v. Premium Tobacco Stores, Inc.*, 2001 U.S. Dist. LEXIS 8896 at *15-17 (N.D. Ill. 2001) (holding that because defendant Cigarettes Cheaper!'s sold cigarettes bearing Reynolds' trademarks, that fact could suggest Reynolds' sponsorship, endorsement, or approval, or affiliation with, those cigarettes and thus the use of those marks was not nominative fair use of the marks) *and Pebble Beach Co. v. Tour 18 I, Ltd.*, 155 F.3d 526 (1998)(holding that it is not nominative fair use to identify copies of golf holes by the trademarked names of the original holes).

Clearly, a painting of the 22 women who founded Delta and a movie discussing and (to some extent) re-enacting the founding of Delta, cannot be made without *some* reference to the subject. Delta is apparently contending that, somehow, D&J are doing something which implies sponsorship or endorsement by Delta. But this is contradicted by ¶41 of the Complaint which complains that Delta had to respond to questions about "why Delta was not supporting" D&J's project. Nowhere, in fact, does Delta suggest that D&J is doing anything to suggest that Delta is sponsoring or endorsing the Black Sorority Project.

Nor does scheduling a showing of the movie in Philadelphia at the same time as Delta was holding it's annual Convention in Philadelphia suggest Delta's official support or endorsement.  The Black Sorority Project was designed to appeal to Delta members--when else would the membership be gathered in one place where  D&J could showcase the Black Sorority Project and Delta's story as they envisioned it.

Thus, D&J's Black Sorority Project is on all fours with *New Kids on the Block* and is a permissible use of Delta's marks.

> **The statements on D&J's website,
> [www.BlackSororityProject.com](http://www.BlackSororityProject.com) do not amount to either
> Injurious Falsehood or Defamation.**

A.     Injurious Falsehood is functionally the same as
Defamation in this case.

Injurious falsehood is also known as "disparagement of property,"
"slander of goods," and "trade libel." The tort ... protects against false
statements that disparage the plaintiff's interest in, or the quality of the
plaintiff's land, chattels, or intangibles.

*Art Metal-U.S.A., Inc. v. United States*, 753 F.2d 1151, 1155n.6 (D.C. Cir. 1985).

To state a claim, the plaintiff must allege pecuniary harm resulting from the defendant's unprivileged publication of false statements, with knowledge or reckless disregard of the falsity, concerning the plaintiff's property or product. *Id.* at 155; *Golden Palace, Inc. v. National Broadcasting Co.*, 386 F. Supp. 107, 109 (D.D.C. 1974), *aff'd without opinion*, 530 F.2d 1094 (D.C. Cir. 1976); *System Operations, Inc. v. Scientific*

*Games Development Corp.*, 555 F.2d 1131, 1141 (3d Cir. 1977).

Although distinctions exist at common law between actions for injurious falsehood and defamation, the torts have always been very closely related. *Art Metal-U.S.A.,* 753 F.2d at 1155-56, *citing Acoustical Manufacturing Co. v. Audio Times, Inc*., 3 Media L. Rep. 2057, 2064 (D.C. Super. Ct. 1977) ("The cause of action based upon 'injurious falsehood' is closely  related to traditional defamation."). The primary difference between the two torts is requirement of pecuniary harm for injurious falsehood.  But where a corporation, such as Delta, brings an action for injurious falsehood, even this distinction is a nullity as a corporation suing for defamation, may only recover actual damages in the form of lost profits.  *Id.  and  Martin Marietta Corp. v. Evening Star Newspaper Co.,* 417 F. Supp. 947, 955 (D.D.C. 1976).   Thus, Delta's claim for Injurious Falsehood is the same as its claim for Defamation and may be addressed (and dismissed) at the same time.

      B.     Plaintiff's detailed objections to the FAQs on www.BlackSororityProject.com  fail to demonstrate that the statements are defamatory.

Just because Delta's Executive Board does not like what D&J say in the FAQs on www.BlackSororityProject.com does not make the statements defamatory. After all, although "[a] statement is 'defamatory' if it tends to injure the plaintiff in his trade, profession or community standing, or lower him in the estimation of the community." *Moss v. Stockard*, 580 A.2d 1011, 1023 (D.C. 1990) (citations omitted)

more is required.  Specifically,  "an allegedly defamatory remark must be more than

unpleasant or offensive; the language must make the plaintiff appear 'odious,

infamous, or ridiculous.'" *Clawson v. St. Louis Post-Dispatch, LLC, et al.*, .906 A.2d 308;

313 *quoting Howard Univ. v. Best*, 484 A.2d 958, 989 (D.C. 1984) (citation omitted).

*See also Guilford Transp. Indus., Inc. v. Wilner*, 760 A.2d 580, 594 (D.C. 2000).

> [N]ot every uncomplimentary publication is libelous. "An
> allegedly defamatory remark must be more than
> unpleasant or offensive; the language must make the
> plaintiff appear 'odious, infamous or ridiculous'."

*Johnson v. Johnson Pub. Co.*, 271 A.2d 696, 697 (D.C. 1970) (citations omitted).


The distinction is simple: a defamatory statement must necessarily involve the

idea of disgraceful behavior and a stain upon Plaintiff's character.  *Guilford*

*Transportation Industries, Inc.  et al. v.  Wilner* 760 A.2d 580,594 (D.C. App.

2000)(holding that defamation "necessarily, however, involves the idea of disgrace;

... [and a reflection] upon his character").  "***Words which do not disparage a plaintiff's***

***character*** are not actionable, even if special damages flow from their publication."

*Knight v. Blackford*, 3 Mackey (14 D.C.) 177, 182-83 (Supreme Ct. D.C.

1877)(emphasis added).


So it is important to look at the words used and what they mean.  But

> [t]he court should not, however, indulge far-fetched
> interpretations of the challenged publication. The
> statements at issue should not be "interpreted by extremes,
> but should be construed as the average or common mind
> would naturally understand [them]."

*Guilford Transportation Industries, Inc. et al. v. Wilner* 760 A.2d 580 594 (citations omitted).  *See Chapin v. Knight-Ridder*, 993 F.2d 1087, 1092-93 (4th Cir. 1993)(The language must not only be reasonably read to impart the false innuendo, but it must also affirmatively suggest that the author intends or endorses the inference.).  *See also White v. Fraternal Order of Police,* 909 F.2d 512, 520 (D.C. Cir. 1990); *Dodds v. American Broad. Co.*, 145 F.3d 1053, 1063-64 (9th Cir. 1998) (holding that plaintiff in defamation-by-implication case must show that the defendant intended to convey the defamatory impression); *Howard v. Antilla,* 191 F.R.D. 39, 44 (D.N.H. 1999) (same); *Royal Palace Homes, Inc. v. Channel 7 of Detroit, Inc.*, 495 N.W.2d 392, 395-96 (Mich. Ct. App. 1992) (same); *see also, Moore v. Sun Publ'g Corp*., 881 P.2d 735, 741-42 (N.M. Ct. App. 1994) (applying heightened standard for defamation by implication although the plaintiff was not a public figure and the subject matter of the suit was not of general public interest).

> 1. The context and implications of D&J's actions are a persistent attempt to obtain Delta's approval.

With this understanding, what is the context of Delta's specific complaints?

Reading just from what Delta has provided in the Complaint, it is clear that D&J

- first approached Delta almost 4 years ago, in May 2003.  Complaint ¶26;

- Asked for Delta's approval of the ideas.  *Id.;*

- Asked for Delta's assistance in
    - obtaining a room at Howard University where he would try to find models for the painting.  *Id.* at ¶27;
    - food for the people (models).  *Id.;*
    - an Exhibitor's booth at the 2004 Convention so the painting could be shown to Delta's.  *Id.* and
    - publicizing D&J's efforts.  *Id.*;

- attempted to negotiate a contract with Delta (the negotiations failed).  *Id.* at ¶30;

- tried a 2nd time to create a "partnership arrangement" with Delta in the Spring of 2005.  *Id.* at ¶31;

- Met again with Delta in September 2005 to present the proposal again;

*Id.* at ¶33 and asked Delta to provide
- help publicizing the project; *id.* at ¶34;
- let Delta's President appear in the movie; *id.;*
- access to Delta's archives; *id.* and
- did not wish any other financial support from Delta or even a commitment to purchase the painting. *Id.* at ¶36;

- repeatedly described their target market as "'all members of the organization (Delta)' and other interested African American women". *Id.* at ¶37;

- tried a 3rd time to obtain Delta's approval by writing again in August, 2006. *Id.* at ¶42; and finally

- tried a 4th time to obtain Delta's approval by writing directly to 27 individual members of Delta's Executive Board making "a humble plea for [the recipient] to review the contents of this package and use your voice to help bring about a fruitful relationship between this project and [Delta]" *Id.* at ¶43.

These facts clearly demonstrate two things: a) D&J is very persistent and does not accept rejection and b) D&J desperately wishes to win Delta's approval. This, in fact, is the context for the FAQ's on www.BlackSororityProject.com and for all of D&J's other actions.

     2.     Within this context, Delta's specific complaints of misrepresentation, falsehood and/or defamation are overblown at best.

The Complaint ¶40 objects to the use of the phrase "present day organization" in the disclaimer and suggests, in ¶44, that this implies that at some point in the past Delta did support the project. But a more contextual reading of the disclaimer would indicate that D&J is still, despite everything, hoping to win Delta's approval

for the project at some point in the future.[9]  Under this contextualized interpretation, there is nothing false or even misleading about what is said and it is not defamatory in any way.

The Complaint ¶44 contains a litany of "misrepresentations" and "facts" which Delta claims add up to defamation.  The first "misrepresentation" cited in ¶44 raises the question of whether former Delta President Boyd was "supportive" of D&J's project as the FAQ states.  Delta claims that is a misrepresentation because contract negotiations failed--at least in part over how much money Delta would receive.[10]  But President Boyd would not have contemplated entering into negotiations with D&J if she did not support the project somewhat.  Or is Delta suggesting that former President Boyd would enter into negotiations to support a project she did not support?

The second "misrepresentation" mentioned in ¶44 is that an FAQ states that D&J attempted to contact Delta's President "over a period of several months" but could not get a response.  Delta says that this misrepresentation is proved by citing a

---

[9]    Another possible interpretation is that D&J was trying to distinguish the present-day Delta from the Delta depicted in D&J's project.

[10]    One wonders if Delta really intended to suggest that, if the royalty were high enough all of these problems would not have occurred.  The obvious implication being that, if the royalty is high enough Delta would endorse almost anything and validating D&J's comments about some "distasteful" products.  *See* discussion *infra* pp.  18-19 and fn.  12.

July, 2005, letter written by counsel. But this letter was written to Mr. Craig Williams, "a producer of the project ... about misrepresentations made in an electronic message to a member of Delta." Complaint at ¶32. But Mr. Williams is not part of D&J, something Delta should have mentioned in its Complaint, especially given its stress on "accuracy in all communications, which includes full disclosure of all important facts." *Id.* Delta knew that Mr. Williams was not part of the project, that the project was that of D&J. *Id.* So, Delta has admitted that it took until September before D&J could get a meeting with Delta to discuss the Project, *id.* at ¶33, and that this meeting was Delta's response to D&J's May, 2005, letter to Delta's President.[11] This certainly seems like a period of several months.

The third "misrepresentation" mentioned in ¶44 is that an FAQ blames "politics" for D&J's failure to obtain Delta's support. Delta then states that this implies that it did not analyze the merits of the project. As set forth above, when claiming that an implication is defamatory, Delta must demonstrate that the implication or innuendo is both unreasonable and defamatory. *Guilford,* 760 A.2d at 594. Delta must also demonstrate that D&J intended the defamatory implication. *Chapin,* 993 F.2d 1092-93. But a suggestion that D&J believes non-analytical factors dominated the decision (politics) is clearly protected opinion and is neither pejorative nor defamatory. And, given the context of D&J's actions set out above

---

[11]     We can pass over, for now, whether a letter couched in the terms described in ¶44 is actually a "response" to D&J or if it is something else.

(persistence, a belief in the Project, and a fervent desire to build a relationship with Delta's membership, it is clear that the imputations cannot be sustained.

The fourth "misrepresentation" mentioned in ¶44 is that an FAQ states "Obedience to leadership is a good thing. Misinformation is not." This statement is trite when read literally, but Delta does not read it literally. Delta claims that this statement implies that Delta's leadership has misinformed people about the Project. But this is not true. Delta is selectively quoting from the FAQ entitled "What is your response to the letter posted on Delta's homepage?". This FAQ contains three paragraphs and says (in pertinent part):

> ... at the time the president's letter was written, she had not seen the project.
> ...
> The people who have chosen not to support have done so in obedience to their President, understandably. They assumed that the film and painting were presented, considered and denied or merit or lack thereof of that we never bothered to seek permission at all. Neither of those two is true. Obedience to leadership is a good thing. Misinformation is not.

Exhibit 2.

It is therefore clear from the entire quote that D&J is referring to the misinformation of those who assumed things about the project or D&J. Delta's attempt to characterize this paragraph as a misrepresentation or slur upon its leadership is clearly erroneous.

The fifth "misrepresentation" mentioned in ¶44 is that an FAQ says that there are vendors producing "distasteful" products using Delta's symbols and others who don't even ask Delta's permission.  The word "distasteful" is clearly opinion, not defamatory.[12]  And there must be vendors seeking to use Delta's symbols without permission or Delta would not describe itself as "vigilant" against them in the same paragraph and would not have a "dedicated staff member whose sole responsibility is to protect Delta's intellectual property, monitor its appropriate use and pursue violators."  Complaint at ¶21.  So how can these statements be misleading, false or defamatory?  Clearly they cannot.

The sixth "misrepresentation" mentioned in ¶44 is that there is a difference as to whether D&J offered to donate the painting to Delta.  Delta says not, D&J says yes.  Delta will have to show how this difference is in any way harmful to it and it cannot.

The seventh "misrepresentation" mentioned in ¶44 is that an FAQ statement disclaiming any support from "the present day organization [Delta]".  Delta claims this is a misrepresentation, at least by implication.  But, as discussed *supra* page 15, a more contextual reading of the disclaimer would indicate that D&J is still, despite everything, hoping to win Delta's approval for the project at some point in the

---

[12]     For example, a depiction of a child sitting on a potty can, in the eyes of the beholder, be either a sweet picture of childhood innocence something almost perverted, akin to child pornography.

future.  Under this contextualized interpretation, there is nothing false or even misleading about what is said and it is not defamatory in any way.  Instead, it holds out the hope that D&J will still be able to reach an accommodation with Delta.

In sum, Delta's claims that the FAQs on www.BlackSororityProject.com are filled with half-truths and innuendo that defame Delta simply do not hold water.  It is clear that Delta brought this lawsuit, at least in part, because D&J "offered Delta no creative rights or control of the project", Complaint at ¶45, and did not offer Delta sufficient money.  *Id.*  and ¶44 (1st "Fact").

### D&J did not need Delta's alleged trade secret as alleged in Count IV because  the information is available on the Internet.

The Uniform Trade Secret Act has been adopted by a majority of states, including the District of Columbia.  District of Columbia Uniform Trade Secrets Act ("DCUTSA"), D.C. Code Ann. §§ 48-501 et seq. (1988).   As a general rule, the acquisition of trade secrets by improper means is prohibited.

So, what is a trade secret?  A "trade secret" is information that: (1) derives independent economic value from not being generally known; and, (2) is subject of reasonable efforts to maintain its secrecy.   "The crucial characteristic of a trade secret is secrecy rather than novelty." *Dionne v. Southeast Foam Converting & Packing. Inc*., 397 S.E.2d 110, 113 (Va. 1990) (stating that limited disclosure with permission and restriction does not prohibit a finding that the information constitutes a trade secret.) (emphasis added); *Dworkin v. Blumenthal* 551 A.2d 947, 950 (Md. App. 1989).

Absolute secrecy is not needed, however, reasonable efforts at maintaining secrecy by the employer are required. *See Id.*

Assuming, *arguendo*, that Delta has taken the steps it claims to have taken to protect its mailing list, is the list of members a trade secret?  And, if so, has D&J somehow gotten it by improper means such as "theft, bribery, misrepresentation, breach of a duty or inducement of a breach of a duty to maintain secrecy, or espionage through electronic or other means."  *Dworkin v. Blumenthal* 551 A.2d 947, 950 (Md. App. 1989).   Delta claims that D&J must have the membership list.  Delta does not specifically delineate why it believes D&J must have the list in the body of Count IV, but Delta does allege that D&J

     i.      "sent a letter and a copy of the DVD to at least twenty-seven (27) Executive Board members."  Complaint at ¶43.  and

     ii.     sent "an electronic message addressed to the Director of the Eastern Region of Delta" Complaint at ¶41.

The implication, of course, is that D&J could only have gotten this information by accessing, in some underhanded way, Delta' list.

But this implication is completely inaccurate.  Delta maintains a comprehensive website as does the Eastern Region.  It takes only a few clicks of a mouse to obtain the names of all the members of Delta's Executive Board and just a few clicks more to determine their mailing addresses and/or email addresses.

Exhibit 1 shows just how available this allegedly "secret" or "confidential"

information actually is.


Thus, Delta has no evidence, and can adduce no evidence, that D&J have

done anything improper.  Count IV therefore must fail.


## CONCLUSION

For all the reasons stated above, Delta's Complaint should be Dismissed

because it fails to state any claim.

Respectfully submitted,


KAUFMAN LAW,  A Professional Corporation
11350 Random Hills Rd.  Suite 800
Fairfax, VA 22030
703.764.9080
703.764-0014 (fax)
david@dzklaw.com
Counsel for Defendant D&J Productions, LLC


By: _____
         David Zachary Kaufman, Bar# 435123


### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2007, I caused a true and correct copy of
the following to be served by ECR on Devarieste Curry, Esq. counsel of record for
Plaintiff Delta Sigma Theta Sorority, Inc.


_____
David Zachary Kaufman

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

*ZABASEARCH* Search Any Full Name: louise rice

All States ⬍ Search  Advanced Search

---

**Public Information** Results Summary: **7 LOUISE RICE**  Leave a message  Check messages  E-mail This Page  ZabaAlert

**LOUISE RICE - Background Check, 20 Year History**  Premium
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact  Listing
Information.
**Find LOUISE RICE**  Premium
www.Intelius.com  Get Current Phone and Address  Listing

**LOUISE RICE - 7 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** rice - louise - louise rice  Check YouTube

**LOUISE A RICE**  More Information on LOUISE A RICE
1152 MASON WOODS DR NE  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check
Yellow Pages
**ATLANTA, GA** 30329 County  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google  -  Background Check

**LOUISE A RICE**  More Information on LOUISE A RICE
1152 MASON WOODS DR NE  Map It  Recorded: 03/01/2006  LOUISE A RICE business listings  Check
Yellow Pages
**ATLANTA, GA** 30329 County  **(404) 634-3407**  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google  -  Background Check

**LOUISE A RICE** Born Nov 1940  More Information on LOUISE A RICE
3340 WHEELER RD  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check Yellow Pages
**AUGUSTA, GA** 30909 County  **(706) 733-8078**  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google  -  Background Check

**LOUISE A RICE** Born Nov 1940  More Information on LOUISE A RICE
3340 WHEELER RD  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check Yellow Pages
**AUGUSTA, GA** 30909 County  **(706) 733-8914**  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google  -  Background Check

**LOUISE A RICE** Born Nov 1940  More Information on LOUISE A RICE
3340 WHEELER RD  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check Yellow Pages
**AUGUSTA, GA** 30909 County  **(706) 736-5776**  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google  -  Background Check

**LOUISE RICE**  More Information on LOUISE RICE
2517 RICE DR  Map It  Recorded: 03/12/2002  LOUISE RICE business listings  Check Yellow Pages
**BLAIRSVILLE, GA** 30512 County  **(706) 745-0934**  Leave a message for LOUISE RICE
www.ZabaSearch.com/Google  -  Background Check

**LOUISE A RICE**  More Information on LOUISE A RICE
1152 MASON WD  Map It  Recorded: 04/15/2001  LOUISE A RICE business listings  Check Yellow Pages
**DECATUR, GA** 30033 County  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google  -  Background Check

**Can't find LOUISE RICE?**  Premium Listing
TRY THIS DATABASE

**Public Records on LOUISE RICE**
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background
Check
www.ThePublicRecords.com

**Found LOUISE RICE Information**
Current Phone Number, Address
and
Age was Located in our Database
www.Intelius.com

**Find LOUISE RICE**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check LOUISE RICE
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal
Records
www.Intelius.com

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name: angela robinson bellamy        All States ▼   Search   Advanced Search

**Public Information** Results Summary:  **6 ANGELA R BELLAMY** / **19 A R BELLAMY** / **24 ANGELA BELLAMY**   Leave a message  Check messages  E-mail This Page  ZabaAlert

ANGELA ROBINSON BELLAMY - Background Check, 20 Year History          Premium Listing
www.Intelius.com  **Comprehensive Report. Criminal Records. Latest Contact Information.**
Find ANGELA ROBINSON BELLAMY                    Premium Listing
www.Intelius.com  Get Current Phone and Address

**ANGELA R BELLAMY - 6 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: bellamy - angela - angela robinson bellamy   Check YouTube

ANGELA R BELLAMY Born 1952    More Information on ANGELA R BELLAMY
16601 84TH CT  Map It   Recorded: Unknown  ANGELA R BELLAMY business listings  Check Yellow Pages
MIAMI, FL 33157 County   Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANGELA R BELLAMY Born Dec 1973    More Information on ANGELA R BELLAMY
4523 ARCH ST  Map It   Recorded: 02/14/2004  ANGELA R BELLAMY business listings  Check Yellow Pages
ORLANDO, FL 32808 County   Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANGELA R BELLAMY Born Dec 1973    More Information on ANGELA R BELLAMY
4523 ARCH ST  Map It   Recorded: Unknown  ANGELA R BELLAMY business listings  Check Yellow Pages
ORLANDO, FL 32808 County  (407) 295-0067   Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANGELA R BELLAMY    More Information on ANGELA R BELLAMY
1912 ORANGE AVE  Map It   Recorded: 07/01/2001  ANGELA R BELLAMY business listings  Check Yellow Pages
SARASOTA, FL 34234 County   Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANGELA R BELLAMY    More Information on ANGELA R BELLAMY
2528 JANIE POE DR  Map It   Recorded: 03/26/2003  ANGELA R BELLAMY business listings  Check Yellow Pages
SARASOTA, FL 34234 County   Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANGELA R BELLAMY    More Information on ANGELA R BELLAMY
2528 JANIE POE DR  Map It   Recorded: 08/08/2003  ANGELA R BELLAMY business listings  Check Yellow Pages
SARASOTA, FL 34234 County  (941) 954-1670   Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google - Background Check

**A R BELLAMY - 19 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - angela robinson bellamy  Check YouTube

ANTHONY R BELLAMY Born Mar 1958    More Information on ANTHONY R BELLAMY
2954 THOMAS ST  Map It   Recorded: 07/01/2001  ANTHONY R BELLAMY business listings  Check Yellow Pages
JACKSONVILLE, FL 32254 County   Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANTHONY R BELLAMY    More Information on ANTHONY R BELLAMY
33730 CRESTWOOD AVE  Map It   Recorded: 08/14/2002  ANTHONY R BELLAMY business listings  Check Yellow Pages
LEESBURG, FL 34788 County   Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANTHONY R BELLAMY    More Information on ANTHONY R BELLAMY
2903 LEONARD WEAVER BLVD  Map It   Recorded: 03/12/2002  ANTHONY R BELLAMY business listings  Check Yellow Pages
MELBOURNE, FL 32901 County   Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANTHONY R BELLAMY    More Information on ANTHONY R BELLAMY
325 UNIVERSITY BLVD  Map It   Recorded: 03/12/2002  ANTHONY R BELLAMY business listings  Check Yellow Pages
MELBOURNE, FL 32901 County   Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google - Background Check

ANGELA R BELLAMY Born 1952    More Information on ANGELA R BELLAMY
16601 84TH CT  Map It   Recorded: Unknown  ANGELA R BELLAMY business listings  Check Yellow Pages
MIAMI, FL 33157 County   Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google - Background Check

ALICE R BELLAMY Born May 1947    More Information on ANGELA R BELLAMY
8201 34TH AVE  Map It   Recorded: 07/01/2001  ALICE R BELLAMY business listings  Check Yellow Pages
MIAMI, FL 33147 County   Leave a message for ALICE R BELLAMY
www.ZabaSearch.com/Google - Background Check

**Public Records on ANGELA ROBINSON BELLAMY**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found ANGELA ROBINSON BELLAMY Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find ANGELA ROBINSON BELLAMY**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check ANGELA ROBINSON BELLAMY
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**ZABASEARCH** Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name:  andreal shelton     All States  ▼  Search  Advanced
Search

**Public Information** Results Summary:  2 ANDREAL SHELTON / 7 ANDREAL     Leave a message  Check messages  E-mail This Page  ZabaAlert

**ANDREAL SHELTON - Background Check, 20 Year History**     Premium Listing
www.Intelius.com  **Comprehensive Report. Criminal Records. Latest Contact Information.**
**Find ANDREAL SHELTON**     Premium Listing
www.Intelius.com  **Get Current Phone and Address**

**ANDREAL SHELTON - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** shelton - andreal - andreal shelton  Check YouTube

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
10707 APPLEBERRY LN  Map It    Recorded: Unknown  ANDREAL Y SHELTON business listings  Check Yellow Pages
**CHARLOTTE, NC** 28214 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
5606 PACES GLEN AVE  Map It    Recorded: 07/24/2003  ANDREAL Y SHELTON business listings  Check Yellow Pages
**CHARLOTTE, NC** 28212 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL - 7 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** - - andreal shelton  Check YouTube

**ANDREAL MUHANUMI**    More Information on ANDREAL MUHANUMI
128 RIDGE DR  Map It    Recorded: 01/28/2002  ANDREAL MUHANUMI business listings  Check Yellow Pages
**ASHEVILLE, NC** 28804 County    Leave a message for ANDREAL MUHANUMI
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL L CALDWELL** Born 1968    More Information on ANDREAL L CALDWELL
634 ARCHDALE DR  Map It    Recorded: 10/14/2003  ANDREAL L CALDWELL business listings  Check Yellow Pages
**CHARLOTTE, NC** 28217 County    Leave a message for ANDREAL L CALDWELL
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
10707 APPLEBERRY LN  Map It    Recorded: Unknown  ANDREAL Y SHELTON business listings  Check Yellow Pages
**CHARLOTTE, NC** 28214 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
5606 PACES GLEN AVE  Map It    Recorded: 07/24/2003  ANDREAL Y SHELTON business listings  Check Yellow Pages
**CHARLOTTE, NC** 28212 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL WILKINS**    More Information on ANDREAL WILKINS
2944 OLD FRANKLIN RD  Map It    Recorded: 12/01/2005  ANDREAL WILKINS business listings  Check Yellow Pages
**SPRING HOPE, NC** 27882 County    Leave a message for ANDREAL WILKINS
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL WILKINS** Born Sep 1962    More Information on ANDREAL WILKINS
2944 OLD FRANKLIN RD  Map It    Recorded: 09/01/2005  ANDREAL WILKINS business listings  Check Yellow Pages
**SPRING HOPE, NC** 27882 County    **(252) 478-3614**  Leave a message for ANDREAL WILKINS
www.ZabaSearch.com/Google  -  **Background Check**

**ANDREAL DAVIS**    More Information on ANDREAL DAVIS
202 LEE ST NE  Map It    Recorded: 08/17/2004  ANDREAL DAVIS business listings  Check Yellow Pages
**WILSON, NC** 27893 County    Leave a message for ANDREAL DAVIS
www.ZabaSearch.com/Google  -  **Background Check**

**Can't find ANDREAL SHELTON?**     Premium Listing

**Public Records on ANDREAL SHELTON**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found ANDREAL SHELTON Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**Find ANDREAL SHELTON**
Get current address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check ANDREAL SHELTON National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com



EXHIBIT 1



ΔΣΘ  DELTA SIGMA THETA
SORORITY, INC

EMPOWERING COMMUNITIES          THROUGH COMMITTED S

National President
National Executive Board

**NATIONAL EXECUTIVE BOARD**

Anti-Hazing Statement
Delta Website Guidelines
Restricted Area



**Calendar of Events**

**Meets Quarterly**
Executive Committee
Scholarship & Standards Committee
Finance Committee
(Oct or Nov, Feb and May)

### Dr. Louise A. Rice
23rd National President





**Cynthia M. A. Butler-McIntyre**
National First Vice President

**Eunique N. Jon**
National Second Vice P





**Pamela E. Smith**
National Secretary

**Carolyn E. Lewi**
National Treasur

**Immediate Past National President**
Gwendolyn E. Boyd
22nd President

### Regional Officers (Elected)

**Central Region**
Marcia L Williams, Director
Alexandra Nicole Harmon-Threatt, Representative

**Eastern Region**
Wendy J. Johnson, Director
Roniesha Lajoi Copeland, Representative

**Farwest Region**
Tressa Latham Williams, Director
September C Hargrove, Representative

**Midwest Region**
Darlene Pollard, Director
Connie Y. Chipp, Representative

**South Atlantic Region**
Yvette Gooden Robinson, Director
Natalie Renee' Pennywell, Representative

**Southern Region**
Cynthia R Boyd, Director
Nykeah LaShawn Cohen, Representative

**Southwest Region**

Gwendolyn Grant, Director
Jacqueline Mariah Cooper, Representative

**National Committee Chairs**
(Elected and Appointed)

Renee L. Harper
Chair, Finance

Mary B. Sutton
Chair, National Nominating

Dr. Thelma T. Daley
Chair, Constitution and Bylaws

Lois J. Gilder
Chair, Heritage and Archives

Theresa E. Loveless
Chair, Housing and Properties

Deborah Peaks Coleman
Co-Chair, Information and Communications

Therese A. Griffin
Co-Chair, Information and Communications

Terri Prunty
Chair, Internal Audit Committee

Ann D. Jones, Ph.D.
Chair, Leadership Academy

Jeri Rochelle Durham
Co-Chair, Leadership Academy

Josephine Daniels
Chair, Membership Services

Anne O'Neill McGintis
Co-Chair, Membership Services

Patricia Watkins Lattimore
Chair, Personnel

Maxine Richardson Cormier
Co-Chair, Program Planning
Development

Pamela Ross, M. D.
Co-Chair Program Planning
Development Committee

The Honorable Alexis M. He
Honorary Chair, Social Actic
Commission

Dr. Julianne Malveaux
Honorary Chair, Social Actic
Commission

The Honorable Marcia L. Fu
Co-Chair, Social Action Cor

Suzzanne Douglas Cobb
Honorary Chair, Arts and Le
Commission

Sheryl Lee Ralph
Honorary Chair, Arts and Le
Commission

Dr. Wanda Goins Brockingt
Co-Chair, Arts and Letters C

Marcia Butler Holt
Co-Chair, Arts and Letters C

Dr. Nancy E. Randolph
Co-Chair, Ritual and Cerem
Commission

Dolores Sennette
Co-Chair, Ritual and Cerem
Commission

**Ex-Officio Members of the Board**

Dr. Alison J. Harmon
President, DREF

June Perdue Jenkins
Chair, Technology Task Force

Andre'al Yevette Shelton
Chair, Documents Review Task Force

Dr. Paulette C. Walker
Chair, Long Range Planning Task Force

Betty Allen McGill
Chair, Protocol and Traditions

Angela Robinson Bellamy
Chair, Negotiating Task Force

Roseline McKinney
Executive Director

Copyright © 2005 - 2006 Delta Sigma Theta Sorority, Inc. All rights reserved



Eastern Region Leadership Team
State Coordinators | State Facilitators | Committees and Task Forces
Eastern Region National Officers and National Executive Board Members
Eastern Region National Committees & Commission Members
Past Regional Directors | Past Regional Representatives



## Regional Leadership

**Eastern Region Leadership Team**

| | |
|---|---|
| **Regional Director** | Wendy J. Johnson |
| **Regional Representative** | Roniesha Copeland |
| **National Second Vice President** | Eunique Jones |
| **Chair, National Finance Committee** | Renee L. Harper |
| **Member, National Finance Committee** | Myrna Phillips Oakley |
| **Member, National Nominating Committee** | Karen Willis |
| **Member, National Scholarship and Standards** | Mary Hudson |
| **Member, National Scholarship and Standards** | Jackie Iloh |
| **Chair, Regional Nominating Committee** | Barbara Y. Wellons |
| **Member, Regional Nominating Committee** | Natalie Carithers |
| **Member, Regional Nominating Committee** | Sandra Brockington Gould |
| **Collegiate Member, Regional Nominating** | Stephanie Thompson |
| **Member, Regional Nominating Committee** | Oedies Veronica Williams |
| | |
| **Regional Secretary** | Charlene L. Gairey |
| **Assistant Regional Secretary** | Dolores Hurt |
| **Assistant Regional Secretary** | Michelle B. Jenkins |
| **Assistant Regional Secretary** | Kiyonda Hill Powell |
| **Assistant Regional Secretary** | Kim M. Williamson |
| **Regional Journalist** | Sherita Thomas |

**UPCOMING**

**March 10, :**
Regional Day of

**April 20(**
Financial Fortitu

**April 14, 2**
Regional Me
Secaucus, New

**May 2-6, 2**
Regional Sisterho
Heidelberg, G

**July 20 - 22,**
Eastern Regional
Hartford, Conr

| **Regional Program Coordinator** | Angela Ewell-Madison |
|---|---|
| **Regional Program Co-Coordinator** | Takita Mason |

**State Coordinators**

| Connecticut | Cheryl Williams |
|---|---|
| Delaware | Elizabeth Neal |
| International | Kim Wiggins |
| Maryland | Robin Jacobs |
| New Jersey | Doreen Dixon |
| New York Metro | Gail Mitchell |
| New York Upstate | Dr. Bonita Durand |
| Pennsylvania | Ethel Grundy |
| Tri-State | Brenda Harley |
| Virgin Islands | Vernelle DeLaGarde |
| Washington DC | Emily Carroll |

**State Facilitators**

| Connecticut | Dominique Johnson |
|---|---|
| Maryland | Lori Garibay |
| New York Metro | Renee Channer |
| New York Upstate | Shantel Morris |
| Pennsylvania | Joanna Lane |
| Tri-State | Onika Williams |
| Washington DC | Folashade Adebowale |

**Committees and Task Forces**

| Advisors Task Force, Chair | Sharon L. Williams |
|---|---|
| Advisors Task Force, Co-Chair | T. Renee Randleman |
| Arts and Letters, Honorary Chair | Suzzanne Cobb Douglas |
| Arts and Letters, Co-Chair | Anne Brown Scott |
| Arts and Letters, Co-Chair | Yolanda Rodgers |
| Chaplain | The Right Rev. Dr. Vashti Murphy McKenzie |
| Chaplains Council | Rev. Dr. Natalie Alford |
| Chaplains Council | Rev. Dr. Joann Browning |
| Collegiate Connection Task Force, Co-Chair | Krysta Copeland |
| Collegiate Connection Task Force, Co-Chair | Traci Price |
| Communications Task Force, Co-Chair | Karla Jones Penn |
| Communications Task Force, Co-Chair | Dawn Angelique Jones |
| Delta Dear Task Force, Co-Chair | Veronica C. Taylor |
| Delta Dear Task Force, Co-Chair | Gabrielle A. Thomas |
| Economic Development, Chair | Sheila Ogilvie |
| Event Planning, Chair | Ruth E. Johnson |
| Event Planning, Co-Chair | Regina A. Wells |
| Health and Wellness Task Force, Co- | Venida Y. Hamilton |

| | |
|---|---|
| Chair | |
| Health and Wellness Task Force, Co-Chair | Jo Ann W. Scipio |
| Homeownership Initiative, Chair | Corlette D. Mays |
| Immediate Past Director, Eastern Region | Cheryl A. Hickmon |
| Immediate Past Representative, Eastern Region | Chantel Lee |
| Leadership Development Program | Gwendolyn E. Boyd |
| Leadership Development Program | Elsie Cooke-Holmes |
| Leadership Development Program | Pamela Jackson Hall |
| Membership Intake Task Force, Chair | Stephanie V. Lee |
| Membership Intake Task Force, Co-Chair | Julia Price |
| Membership Services Task Force, Chair | Deborah Hayes |
| Membership Services Task Force, Co-Chair | Barnelle R. Herring |
| Project A.C.E., Tri-Chair | Alicia N. Beatty |
| Project A.C.E., Tri-Chair | Tanya M. Guzman |
| Project A.C.E., Tri-Chair | Francine(Frankie) Ross-Roden |
| Protocol Committee, Chair | C. Jeanne Costley |
| Protocol Committee, Co-Chair | Kisha Watkins |
| Reactivation Task Force, Chair | Leslie A. Anderson |
| Reactivation Task Force, Co-Chair | Jacqueline C. Wilder |
| Regional Projects | Violet Marie Childs |
| Regional Projects | D. Parthenia Cogdell |
| Regional Projects | Kim Lloyd |
| Regional Projects | Jean Phillips |
| Regional SEE Coordinator | Tara Wade |
| Social Action Coordinator | Kimberly Y. Robinson |
| Technology Task Force, Chair | Nichelle Poe |
| Training Task Force, Chair | Deborah Stapleton |
| Training Task Force, Co-Chair | Deloris Johnson Drakes |
| Chair, 2006 National Convention | Rita L. Waters |

**Eastern Region National Officers and National Executive Board Members**

| | |
|---|---|
| Regional Director | Wendy J. Johnson |
| Regional Representative | Roniesha Copeland |
| National Second Vice President | Eunique Jones |
| National Chaplain | The Right Rev. Dr. Vashti Murphy McKenzie |
| National Legal Advisor | Devarieste Curry, Esquire |
| Immediate Past National President | Gwendolyn E. Boyd |
| Chair, National Finance | Renee L. Harper |
| Honorary Chair, Arts and Letters | Suzzanne Cobb Douglas |
| Chair, Constitution and Bylaws | Dr. Thelma T. Daley |

| | |
|---|---|
| Co-Chair, Information and Communications | Deborah Peaks Coleman |
| Chair, Personnel | Patricia Watkins Lattimore |
| Co-Chair, Personnel | Elsie L. Cooke-Holmes |
| Co-Chair, Ritual and Ceremonies | Dr. Nancy E. Randolph |
| Honorary Chair, Social Action | Dr. Julianne Malveaux |

**Eastern Region National Committee and Commission Members**

| | |
|---|---|
| Arts and Letters | Joe Ann Oatis |
| | C. Gloria Akers |
| Constitution and Bylaws | Veleter B Mazyck |
| Heritage and Archives | Barnelle R. Herring |
| | Frances L Murphy |
| Housing & Properties | Chantel Hampton |
| | Gloria J Hardiman-Tobin |
| | Faye Reese Clark |
| Information and Communications | Laura Byrd |
| Leadership Academy | Deloris Johnson Drakes |
| | Mabel Murray |
| Long Range Planning | Charlene L. Gairey |
| Program Planning and Development | Venida Young Hamilton |
| | Yewande Johnson, MD |
| | Sybil Knight-Burney |
| | Sheila Martin Dobbins, Ph. D. |
| | Angela Ewell-Madison |
| | Barbara M. Moseley-Davis |
| | Theri Alyce Pickens |
| Protocol and Traditions | C Jeanne Costley |
| | Dorothy Clark |
| Ritual and Ceremonies | Gail Mitchell |
| Scholarship and Standards | Mary Hudson |
| Social Action Commission | Dr. Julianne Malveaux |
| | Cora Masters Barry |
| | Linda Cropp |
| | Deborah Hayes |
| | Ruth E. Johnson |
| | Ernestine Jones Jolivet |
| | Marcella Maxwell |
| | Mary Redd |
| Technology | Nichelle Poe |

**Past Regional Directors**

| | |
|---|---|
| Dorothy Pelham Beckley | 1925-1926 |
| Florence Baugh Evans | 1926-1929 |
| Gladys Byram Shepherd | 1929-1931 |
| Loraine Heathcock | 1931-1934 |
| Mary J. Nightengale | 1934-1938 |
| Reba Bowens | 1938-1942 |

| Marian Palmer Capps | 1942-1946 |
| Muriel Johnson Jenkins | 1946-1950 |
| Pauline T. Weedon | 1950-1954 |
| Jennie D. Taylor | 1954-1958 |
| Dorothy Shaed Proctor | 1958-1964 |
| Constance Clayton | 1964-1968 |
| Christine James Moore | 1968-1970 |
| Marva Scott Stark | 1970-1972 |
| Brin Hawkins | 1972-1974 |
| Marilyn Tolbert Holmes | 1974-1976 |
| Chappelle Armstead-Armstrong | 1976-1980 |
| Dorothy B. Stanley | 1980-1984 |
| Madeline Young Lawson | 1984-1989 |
| Gwendolyn E. Boyd | 1989-1993 |
| Guessippina Bonner | 1993-1997 |
| Elsie Cooke-Holmes | 1997-2001 |
| Cheryl A. Hickmon | 2001-2005 |

**Past Regional Representatives**

| Patricia (Ford) MacIntosh | 1970-1972 |
| Mariena Green | 1972-1974 |
| Sharon Childs | 1974-1976 |
| Vanessa Kidd | 1976-1978 |
| Andrea Blackwell | 1978-1980 |
| Nina R. Hickson | 1980-1982 |
| Sylvia Quinton | 1982-1984 |
| Tamara K. Marshall | 1984-1986 |
| Francello (Phillips) Calhoun | 1986-1989 |
| Alonda (Cannady) Williams | 1989-1991 |
| Louise G. Spencer | 1991-1993 |
| Pamela D. Jackson | 1993-1995 |
| Erika Watson | 1995-1996 |
| Angela Williams | 1996-1997 |
| Dione A. Vieira | 1997-1999 |
| Katrina Grays | 1999 |
| Kiyonda Hill | 1999-2001 |
| Anita Jewel Barksdale | 2001-2003 |
| Chantel L. Lee | 2003-2005 |

Any questions concerning the web site,
should be sent to eastwebmaster@EASTERNREGIONDST.ORG

Copyright © 2005 - 2006 - 2006 Delta Sigma Theta Sorority Incorporated, ALL RIGHTS RESERVED



KNOWLEDGE    NETWORKING    LEADERSHIP    Programs    Calendar    Around the Region

## *Farwest National Officers & Committee Memb 2005 - 2006*

Updated November 3, 2005

| OFFICERS/NATIONAL EXECUTIVE BOARD | Name | |
|---|---|---|
| Director | Tressa L. Williams | |
| Representative | September Hargrove | |
| National Secretary | Doris McEwen | |
| Co-Chair, Leadership Academy | Jeri R. Durham | |
| Honorary Co-chair, Arts & Letters Commission | Sheryl Lee Ralph | |
| Honorary Co-chair, Leadership Academy | Johnnie B. Rawlinson, Esq. | |
| Chair, Protocol & Traditions | Betty Allen McGill | |
| President, DREF | Mona H. Bailey | *Na* |
| **COMMITTEE & COMMISSION MEMBERS** | | |
| Arts & Letters Commission | Jacqueline B. Hairston | |
| | Sheryl Lee Ralph | |
| Constitution & Bylaws Committee | Gwendolyn Sherard Bishop | |
| | Addie Jean Haynes | |
| | Joanne E. Smallwood | |
| Distinguished Professor Endowed Chair | Dr. Carolyn Bush Stuckey | |
| | Eva Delois Grant | |
| Heritage & Archives Committee | Esther M. Johnson | |
| Housing & Properties | Nylia Stewart Burch | |
| | Dannette Y. Mitchell | |
| Information & Communications | Keannya L. Hagan | |
| | Theresa Lynn Johnson | |
| Leadership Academy | Patricia A. Lee | |

| | Dr. Sandra Mack |
| | Remi Mustapha |
| Long Range Planning Task Force | Lydia Cincore Templeton |
| | Cesilye Rene Williams |
| Membership Services Committee | Linda Cumby |
| | Lorraine Dabney |
| | Shirley Davis |
| Negotiating Task Force | Linda Watts Evans |
| Nominating Committee | Essie Jeffries |
| Program Planning & Development Committee | Dr. LaVerne Davis |
| | Anshantia Corene Oso |
| Protocol & Traditions | Iola W. James |
| Ritual & Ceremonies Commission | Mona H. Bailey |
| | Kathleen S. Christy |
| | Regina Pridgeon |
| Scholarship & Standards Committee | Candace Hill-Lewis |
| Social Action Commission | Courtney A. Bowden |
| | Patricia Reed-Cunningham |
| Technology Task Force | Robin Rice Hodges |

You are visitor 39549
2006 Delta Sigma Theta Sorority, Inc. ~ Farwest Region
Questions, Comments? Email the webmistress

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH

Search Any Full Name: pamela ross                    All States ▲▼

Search   Advanced Search

---

**Public Information**  Results Summary: **45 PAMELA ROSS**   Leave a message  Check messages  E-mail This Page  ZabaAlert

**PAMELA ROSS - Background Check, 20 Year History**             Premium
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact        Listing
Information.
**Find PAMELA ROSS**                          Premium
www.Intelius.com  Get Current Phone and Address                   Listing

**PAMELA ROSS - 45 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** ross - pamela - pamela ross  Check YouTube

**PAMELA O ROSS** Born **1962**   More Information on PAMELA O ROSS
3301 KING ST  Map It  Recorded: 03/30/2003  PAMELA O ROSS business listings  Check Yellow Pages
**ALEXANDRIA, VA** 22302 County    Leave a message for PAMELA O ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA O ROSS** Born **1962**   More Information on PAMELA O ROSS
7200 FAIRCHILD DR  Map It  Recorded: 03/12/2002  PAMELA O ROSS business listings  Check Yellow Pages
**ALEXANDRIA, VA** 22306 County  **(703) 768-2463**   Leave a message for PAMELA O ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA J ROSS** Born **Sep 1968**   More Information on PAMELA J ROSS
20 OLD GLEBE RD  Map It  Recorded: 03/12/2004  PAMELA J ROSS business listings  Check Yellow Pages
**ARLINGTON, VA** 22204 County  **(703) 892-2711**   Leave a message for PAMELA J ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA ROSS** Born **1954**   More Information on PAMELA ROSS
749 HAMILTON RD  Map It  Recorded: Unknown  PAMELA ROSS business listings  Check Yellow Pages
**BASSETT, VA** 24055 County  **(276) 629-7025**   Leave a message for PAMELA ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA A ROSS**    More Information on PAMELA A ROSS
133 WOODLAKE DR  Map It  Recorded: Unknown  PAMELA A ROSS business listings  Check Yellow Pages
**CHARLOTTESVILLE, VA** 22901 County    Leave a message for PAMELA A ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA ROSS**    More Information on PAMELA ROSS
420 WAKEMAN CT  Map It  Recorded: Unknown  PAMELA ROSS business listings  Check Yellow Pages
**CHRISTIANSBURG, VA** 24073 County  **(540) 381-2652**   Leave a message for PAMELA ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA ROSS**    More Information on PAMELA ROSS
420 WAKEMAN CT  Map It  Recorded: Unknown  PAMELA ROSS business listings  Check Yellow Pages
**CHRISTIANSBURG, VA** 24073 County  **(540) 382-1704**   Leave a message for PAMELA ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA B ROSS** Born **May 1952**   More Information on PAMELA B ROSS
5052 HEAD CT  Map It  Recorded: 01/28/2002  PAMELA B ROSS business listings  Check Yellow Pages
**FAIRFAX, VA** 22032 County    Leave a message for PAMELA B ROSS
www.ZabaSearch.com/Google - **Background Check**

**PAMELA ROSS** Born **May 1925**   More Information on PAMELA ROSS

---

**Public Records on PAMELA ROSS**
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background
Check
www.ThePublicRecords.com

**Found PAMELA ROSS Information**
Current Phone Number, Address
and
Age was Located in our Database
www.Intelius.com

**Find PAMELA ROSS**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check PAMELA ROSS
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**JUNE M JENKINS** Born **Feb 1955**    More Information on JUNE C JENKINS
   Leave a message for JUNE M JENKINS
www.ZabaSearch.com/Google  -  Background Check

**JUNE P JENKINS** Born **Oct 1962**    More Information on JUNE P JENKINS
**5421 PALACE DR**  Map It    Recorded: 03/10/2004  JUNE P JENKINS business listings  Check Yellow Pages
**RICHARDSON, TX** 75082 County    Leave a message for JUNE P JENKINS
www.ZabaSearch.com/Google  -  Background Check

**JUNE P JENKINS** Born **Oct 1962**    More Information on JUNE P JENKINS
**5421 PALACE DR**  Map It    Recorded: 01/28/2004  JUNE P JENKINS business listings  Check Yellow Pages
**RICHARDSON, TX** 75082 County  **(972) 644-2786**    Leave a message for JUNE P JENKINS
www.ZabaSearch.com/Google  -  Background Check

**Can't find JUNE JENKINS?**                              Premium Listing
**TRY THIS DATABASE**
**Background Check on JUNE JENKINS**                      Premium Listing
www.PeopleLookUp.com  20 Year History

---

Search by Phone Number Search by Social Security Number **Complete Background Check**

**Search Any Full Name:**  june jenkins                          All States  ⬍  Search

Advanced Search

---

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis

Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH Search Any Full Name:  dolores sennette

All States ⬍  Search  Advanced Search

---

**Public Information** Results Summary: **2 DOLORES SENNETTE / 5 D SENNETTE**    Leave a message  Check messages  E-mail This Page  ZabaAlert

**DOLORES SENNETTE - Background Check, 20 Year History**    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find DOLORES SENNETTE**    Premium Listing
www.Intelius.com  Get Current Phone and Address

**DOLORES SENNETTE - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: sennette - dolores - dolores sennette  Check YouTube

**DOLORES C SENNETTE** Born Dec 1934    More Information on DOLORES C SENNETTE
3467 ELINOR ST  Map It  Recorded: 05/17/2001  DOLORES C SENNETTE business listings  Check Yellow Pages
**BEAUMONT, TX** 77705 County **(409) 842-3498**  Leave a message for DOLORES C SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DOLORES A SENNETTE**    More Information on DOLORES A SENNETTE
3467 ELINOR ST  Map It  Recorded: Unknown  DOLORES A SENNETTE business listings  Check Yellow Pages
**BEAUMONT, TX** 77705 County **(409) 842-3498**  Leave a message for DOLORES A SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**D SENNETTE - 5 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - dolores sennette  Check YouTube

**DOLORES C SENNETTE** Born Dec 1934    More Information on DOLORES C SENNETTE
3467 ELINOR ST  Map It  Recorded: 05/17/2001  DOLORES C SENNETTE business listings  Check Yellow Pages
**BEAUMONT, TX** 77705 County **(409) 842-3498**  Leave a message for DOLORES C SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DOLORES A SENNETTE**    More Information on DOLORES A SENNETTE
3467 ELINOR ST  Map It  Recorded: Unknown  DOLORES A SENNETTE business listings  Check Yellow Pages
**BEAUMONT, TX** 77705 County **(409) 842-3498**  Leave a message for DOLORES A SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DWAYNE SENNETTE** Born Oct 1968    More Information on DWAYNE SENNETTE
550 22ND ST  Map It  Recorded: Unknown  DWAYNE SENNETTE business listings  Check Yellow Pages
**GEORGETOWN, TX** 78626 County  Leave a message for DWAYNE SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DONALD SENNETTE** Born Apr 1946    More Information on DONALD SENNETTE
1126 12TH ST  Map It  Recorded: 05/01/2006  DONALD SENNETTE business listings  Check Yellow Pages
**PORT ARTHUR, TX** 77640 County  Leave a message for DONALD SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DANNY R SENNETTE** Born Dec 1956    More Information on DANNY R SENNETTE
502 AUSTIN ST  Map It  Recorded: 05/17/2001  DANNY R SENNETTE business listings  Check Yellow Pages
**WEBSTER, TX** 77598 County  Leave a message for DANNY R SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**Can't find DOLORES SENNETTE?**    Premium Listing
TRY THIS DATABASE
**Background Check on DOLORES SENNETTE**    Premium Listing
www.PeopleLookUp.com  20 Year History

**Public Records on DOLORES SENNETTE**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found DOLORES SENNETTE Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**Find DOLORES SENNETTE**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check DOLORES SENNETTE National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:**  dolores sennette    All States ⬍  Search  Advanced Search

---

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH

Search Any Full Name:  marcia holt

| All States ⬍ | Search | Advanced Search |

---

## Public Information  Results Summary: 5 MARCIA HOLT   Leave a message  Check messages  E-mail This Page  ZabaAlert

**MARCIA HOLT - Background Check, 20 Year History**             Premium
www.Intelius.com  **Comprehensive Report. Criminal Records. Latest Contact**   Listing
Information.
**Find MARCIA HOLT**                                           Premium
www.Intelius.com  **Get Current Phone and Address**             Listing

**MARCIA HOLT - 5 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: holt - marcia - marcia holt   Check YouTube

MARCIA L HOLT **Born Nov 1954**    More Information on MARCIA L HOLT
125 MCKAYS CT  Map It   Recorded: 01/01/2006  MARCIA L HOLT business listings  Check Yellow Pages
**BRENTWOOD, TN** 37027 County   Leave a message for MARCIA L HOLT
www.ZabaSearch.com/Google  -  Background Check

MARCIA B HOLT **Born Sep 1962**    More Information on MARCIA B HOLT
821 CHANDLER GRV  Map It   Recorded: 02/01/2002  MARCIA B HOLT business listings  Check Yellow
Pages
**HERMITAGE, TN** 37076 County   Leave a message for MARCIA B HOLT
www.ZabaSearch.com/Google  -  Background Check

MARCIA L HOLT **Born Jan 1964**    More Information on MARCIA L HOLT
911 NORTHFIELD BLVD  Map It   Recorded: 02/03/2004  MARCIA L HOLT business listings  Check Yellow
Pages
**MURFREESBORO, TN** 37130 County   Leave a message for MARCIA L HOLT
www.ZabaSearch.com/Google  -  Background Check

MARCIA L HOLT **Born Jan 1964**    More Information on MARCIA L HOLT
2839 SUTHERLAND DR  Map It   Recorded: 11/28/2003  MARCIA L HOLT business listings  Check Yellow
Pages
**THOMPSONS STATION, TN** 37179 County  **(615) 591-7356**   Leave a message for MARCIA
L HOLT
www.ZabaSearch.com/Google  -  Background Check

MARCIA L HOLT **Born Jan 1964**    More Information on MARCIA L HOLT
2839 SUTHERLAND DR  Map It   Recorded: 11/28/2003  MARCIA L HOLT business listings  Check Yellow
Pages
**THOMPSONS STATION, TN** 37179 County  **(615) 595-9112**   Leave a message for MARCIA
L HOLT
www.ZabaSearch.com/Google  -  Background Check

**Can't find MARCIA HOLT?**                                    Premium Listing
TRY THIS DATABASE
**Background Check on MARCIA HOLT**                             Premium Listing
www.PeopleLookUp.com  20 Year History

---

**Public Records on MARCIA HOLT**
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background
Check
www.ThePublicRecords.com

**Found MARCIA HOLT Information**
Current Phone Number, Address
and
Age was Located in our Database
www.Intelius.com

**Find MARCIA HOLT**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check MARCIA HOLT
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

**Search Any Full Name:**  marcia holt

| All States ⬍ |

Search  Advanced Search

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH Search Any Full Name: nancy randolph

All States ▼  Search  Advanced Search

**Public Information** Results Summary: **17 NANCY RANDOLPH / 73 N RANDOLPH**    Leave a message  Check messages  E-mail This Page  ZabaAlert

**NANCY RANDOLPH - Background Check, 20 Year History**    Premium Listing
www.Intelius.com  **Comprehensive Report. Criminal Records. Latest Contact Information.**
**Find NANCY RANDOLPH**    Premium Listing
www.Intelius.com  **Get Current Phone and Address**

**NANCY RANDOLPH - 17 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: randolph - nancy - nancy randolph  Check YouTube

**NANCY O RANDOLPH** Born Dec 1948    More Information on NANCY O RANDOLPH
907 JUNIPER PL  Map It  Recorded: Unknown  NANCY O RANDOLPH business listings  Check Yellow Pages
**ALEXANDRIA, VA** 22304 County  **(703) 212-0766**  Leave a message for NANCY O RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY O RANDOLPH** Born 1949    More Information on NANCY O RANDOLPH
907 JUNIPER PL  Map It  Recorded: 03/01/2006  NANCY O RANDOLPH business listings  Check Yellow Pages
**ALEXANDRIA, VA** 22304 County  **(703) 212-0766**  Leave a message for NANCY O RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY E RANDOLPH** Born Aug 1933    More Information on NANCY E RANDOLPH
7500 OVERLOOK PL  Map It  Recorded: Unknown  NANCY E RANDOLPH business listings  Check Yellow Pages
**ANNANDALE, VA** 22003 County  **(703) 642-6552**  Leave a message for NANCY E RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY E RANDOLPH** Born 1955    More Information on NANCY E RANDOLPH
10040 ISLAND FOG CT  Map It  Recorded: 08/14/2002  NANCY E RANDOLPH business listings  Check Yellow Pages
**BRISTOW, VA** 20136 County  Leave a message for NANCY E RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY M RANDOLPH** Born Jun 1961    More Information on NANCY M RANDOLPH
151 BEL GRENE DR  Map It  Recorded: Unknown  NANCY M RANDOLPH business listings  Check Yellow Pages
**FISHERSVILLE, VA** 22939 County  **(540) 941-8817**  Leave a message for NANCY M RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY M RANDOLPH** Born Jun 1961    More Information on NANCY M RANDOLPH
151 BEL GRENE DR  Map It  Recorded: 11/28/2003  NANCY M RANDOLPH business listings  Check Yellow Pages
**FISHERSVILLE, VA** 22939 County  **(540) 941-8819**  Leave a message for NANCY M RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY M RANDOLPH**    More Information on NANCY RANDOLPH
**(757) 583-8086**  Leave a message for NANCY M RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born 1937    More Information on NANCY S RANDOLPH
1017 HIOAKS RD  Map It  Recorded: 04/01/2006  NANCY S RANDOLPH business listings  Check Yellow Pages
**RICHMOND, VA** 23225 County  **(804) 272-5550**  Leave a message for NANCY S RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born 1937    More Information on NANCY S RANDOLPH
1920 STONEWALL AVE  Map It  Recorded: Unknown  NANCY S RANDOLPH business listings  Check Yellow Pages
**RICHMOND, VA** 23225 County  Leave a message for NANCY S RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born 1937    More Information on NANCY S RANDOLPH
1920 STONEWALL AVE  Map It  Recorded: 07/01/2005  NANCY S RANDOLPH business listings  Check Yellow Pages
**RICHMOND, VA** 23225 County  **(804) 232-5891**  Leave a message for NANCY S RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born Sep 1937    More Information on NANCY S RANDOLPH
1920 STONEWALL AVE  Map It  Recorded: 01/29/2004  NANCY S RANDOLPH business listings  Check Yellow Pages
**RICHMOND, VA** 23225 County  **(804) 232-5891**  Leave a message for NANCY S RANDOLPH

**Public Records on NANCY RANDOLPH**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found NANCY RANDOLPH Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find NANCY RANDOLPH**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check NANCY RANDOLPH
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com



## Department of Mass Communications and Journalism

Accredited by the Accrediting Council on Education in Journalism and Mass Communications

School of Liberal Arts
Dept. Curriculum
Dept. Faculty
Professional Groups
Local Media
Student Groups
Alumni Newsletter
Discussion Forum
Spartan Echo
WNSB-FM
Campus TV
News Index
Local Information
Search the Web
Contact Us

# Department Faculty



Dr. Paula Briggs, Associate Professor
Madison Hall, Room 282
(757) 823-2384
pcbriggs@nsu.edu

 Curriculum Vitae

Dr. Wanda Brockington, Associate Professor and Department Chair
Madison Hall, Room 149
(757) 823-8331
wgbrockington@nsu.edu

Curriculum Vitae



**Photo Pending**

Dr. Cathy Jackson, Assistant Professor
Madison Hall, Room 211
(757) 823-2442
cmjackson@nsu.edu

**Photo Pending**

Mr. Richard Koonce, Assistant Professor *
Madison Hall, Room 212
(757) 823-8562 (Spartan Echo office)
rkoonce@nsu.edu
*currently on leave for doctoral studies

Search by Phone Number Search by Social Security Number **Complete Background Check**

# ZABASEARCH

Search Any Full Name: gladys gary vaughn    All States ▾ Search Advanced Search

**Public Information** Results Summary: 1 GLADYS G VAUGHN / 2 GLADYS VAUGHN / 3 G G VAUGHN / 87 G VAUGHN   Leave a message   Check messages   E-mail This Page   Zab

GLADYS GARY VAUGHN - Background Check, 20 Year History    Premium Listing
www.Intelius.com Comprehensive Report. Criminal Records. Latest Contact Information.
**Find GLADYS GARY VAUGHN**    Premium Listing
www.Intelius.com Get Current Phone and Address

**GLADYS G VAUGHN - 1 Listing**
Leave a message for, Check messages, E-mail This Page, ZabaAlert
Check messages for: vaughn - gladys - gladys gary vaughn Check YouTube

GLADYS G VAUGHN Born Sep 1943   More Information on GLADYS G VAUGHN
7921 CYPRESS GROVE LN Map It   Recorded: 03/11/2004   GLADYS G VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD 20818 County   Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google - Background Check

**GLADYS VAUGHN - 2 Listings**
Leave a message for, Check messages, E-mail This Page, ZabaAlert
Check messages for: - - gladys gary vaughn Check YouTube

GLADYS J VAUGHN Born Sep 1943   More Information on GLADYS J VAUGHN
7921 CYPRESS GROVE LN Map It   Recorded: Unknown   GLADYS J VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD 20818 County   Leave a message for GLADYS J VAUGHN
www.ZabaSearch.com/Google - Background Check

GLADYS G VAUGHN Born Sep 1943   More Information on GLADYS G VAUGHN
7921 CYPRESS GROVE LN Map It   Recorded: 03/11/2004   GLADYS G VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD 20818 County   Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google - Background Check

**G G VAUGHN - 3 Listings**
Leave a message for, Check messages, E-mail This Page, ZabaAlert
Check messages for: - - gladys gary vaughn Check YouTube

GLADYS G VAUGHN   More Information on G G VAUGHN
(443) 263-0094   Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google - Background Check

GLADYS G VAUGHN   More Information on G G VAUGHN
(443) 263-0094   Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google - Background Check

GLADYS G VAUGHN Born Sep 1943   More Information on GLADYS G VAUGHN
7921 CYPRESS GROVE LN Map It   Recorded: 03/11/2004   GLADYS G VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD 20818 County   Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google - Background Check

**G VAUGHN - 87 Listings**
Leave a message for, Check messages, E-mail This Page, ZabaAlert
Check messages for: - - gladys gary vaughn Check YouTube

## Click Here for 87 Free G VAUGHN Listings

Can't find GLADYS GARY VAUGHN?    Premium Listing
TRY THIS DATABASE
Background Check on GLADYS GARY VAUGHN    Premium Listing
www.PeopleLookUp.com 20 Year History

### Public Records on GLADYS GARY VAUGHN
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

### Found GLADYS GARY VAUGHN Information
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

### Find GLADYS GARY VAUGHN
Get current
address and phone.
www.PeopleLookUp.com

### Criminal Records
Check GLADYS GARY VAUGHN
National Criminal Records Search
www.Intelius.com

### Search By Social Security Number
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number Search by Social Security Number **Complete Background Check**
Search Any Full Name: gladys gary vaughn    All States ▾ Search Advanced Search

---

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages Yellow Pages 30,000+ Free Databases Top 25 Searches Your Current Location ZabaAlerts! Message Archive

Privacy
© 2007 ZABA Inc.

Case 1:06-cv-01993-RMC   Document 6-6   Filed 02/20/2007

**MAPLE HEIGHTS, OH** 44137 County **(216) 662-9778** Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**PAMELA E SMITH** Born **Sep 1973** More Information on PAMELA E SMITH
230 EDWARDS ST Map It Recorded: Unknown PAMELA E SMITH business listings Check Yellow Pages
**MARION, OH** 43302 County Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**PAMELA E SMITH** Born **Nov 1950** More Information on PAMELA E SMITH
250 LOGSBY PL Map It Recorded: Unknown PAMELA E SMITH business listings Check Yellow Pages
**MILFORD, OH** 45150 County **(513) 576-1924** Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**PAMELA E SMITH** Born **Jul 1941** More Information on PAMELA E SMITH
5310 DOVER CENTER RD Map It Recorded: 03/01/2005 PAMELA E SMITH business listings Check Yellow
Pages
**NORTH OLMSTED, OH** 44070 County **(440) 979-0568** Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**PAMELA E SMITH** More Information on PAMELA E SMITH
786 LOST CREEK LN Map It Recorded: 09/01/2005 PAMELA E SMITH business listings Check Yellow Pages
**NORTHFIELD, OH** 44067 County Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**PAMELA E SMITH** Born **Sep 1956** More Information on PAMELA E SMITH
1681 BELMONT AVE Map It Recorded: 03/12/2002 PAMELA E SMITH business listings Check Yellow Pages
**TOLEDO, OH** 43607 County Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**PAMELA E SMITH** More Information on PAMELA E SMITH
1714 BELMONT AVE Map It Recorded: 07/11/2001 PAMELA E SMITH business listings Check Yellow Pages
**TOLEDO, OH** 43607 County Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**PAMELA E SMITH** Born **Jul 1941** More Information on PAMELA E SMITH
5310 DOVER CENTER RD Map It Recorded: 08/14/2002 PAMELA E SMITH business listings Check Yellow
Pages
**WESTLAKE, OH** 44145 County **(440) 979-0568** Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google - **Background Check**

**Can't find PAMELA E. SMITH?** Premium Listing
TRY THIS DATABASE
**Background Check on PAMELA E. SMITH** Premium Listing
www.PeopleLookUp.com 20 Year History

Search by Phone Number Search by Social Security Number **Complete Background Check**

**Search Any Full Name:** pamela e. smith | All States | Search
Advanced Search

*ZABASEARCH* **being described as "Google on steroids." -CBS 4· WMOV St. Louis**
Check for Messages Yellow Pages 30,000+ Free Databases Top 25 Searches Your Current Location ZabaAlerts! Message Archive

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH Search Any Full Name: patricia lattimore

All States ⬍  Search  Advanced Search

**Public Information** Results Summary: **2 PATRICIA LATTIMORE / 6 P LATTIMORE**   Leave a message  Check messages  E-mail This Page  ZabaAlert

**PATRICIA LATTIMORE** - Background Check, 20 Year History            Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find PATRICIA LATTIMORE**                                          Premium Listing
www.Intelius.com  Get Current Phone and Address

**PATRICIA LATTIMORE** - 2 Listings
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** lattimore - patricia - patricia lattimore   Check YouTube

**PATRICIA W LATTIMORE** Born 1946   More Information on PATRICIA W LATTIMORE
2325 13TH PL NE  Map It  Recorded: 03/10/2004  PATRICIA W LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20018 County   Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PATRICIA W LATTIMORE** Born 1946   More Information on PATRICIA W LATTIMORE
3171 APPLE RD NE  Map It  Recorded: Unknown  PATRICIA W LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20018 County  **(202) 636-8417**   Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**P LATTIMORE** - 6 Listings
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** - - patricia lattimore   Check YouTube

**PEGGY L LATTIMORE** Born 1959   More Information on PEGGY L LATTIMORE
103 Q ST NW  Map It  Recorded: Unknown  PEGGY L LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20001 County  **(202) 986-3023**   Leave a message for PEGGY L LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PEGGY LATTIMORE**   More Information on PEGGY LATTIMORE
103 ST NW  Map It  Recorded: 11/12/1999  PEGGY LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20009 County  **(202) 986-3023**   Leave a message for PEGGY LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PHILLIP A LATTIMORE**   More Information on PHILLIP A LATTIMORE
1835 VARNUM ST NE  Map It  Recorded: Unknown  PHILLIP A LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20018 County  **(202) 636-9387**   Leave a message for PHILLIP A LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PEARL M LATTIMORE** Born 1965   More Information on PEARL M LATTIMORE
2300 GOOD HOPE RD SE  Map It  Recorded: 04/04/2002  PEARL M LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20020 County  **(202) 889-6065**   Leave a message for PEARL M LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PATRICIA W LATTIMORE** Born 1946   More Information on PATRICIA W LATTIMORE
2325 13TH PL NE  Map It  Recorded: 03/10/2004  PATRICIA W LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20018 County   Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PATRICIA W LATTIMORE** Born 1946   More Information on PATRICIA W LATTIMORE
3171 APPLE RD NE  Map It  Recorded: Unknown  PATRICIA W LATTIMORE business listings  Check Yellow Pages
**WASHINGTON, DC** 20018 County  **(202) 636-8417**   Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**Can't find PATRICIA LATTIMORE?**                                   Premium Listing
TRY THIS DATABASE
**Background Check on PATRICIA LATTIMORE**                            Premium Listing
www.PeopleLookUp.com  20 Year History

---

**Public Records on PATRICIA LATTIMORE**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found PATRICIA LATTIMORE Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find PATRICIA LATTIMORE**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check PATRICIA LATTIMORE
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:** patricia lattimore          All States ⬍  Search  Advanced Search 

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# *ZABASEARCH*

**Search Any Full Name:**  anne mcgintis

All States  ⬍  (Search)  Advanced Search

---

## Public Information  Results Summary: 2 MCGINTIS    Leave a message  Check messages  E-mail This Page  ZabaAlert

**ANNE MCGINTIS - Background Check, 20 Year History**          Premium
www.Intelius.com  **Comprehensive Report. Criminal Records. Latest Contact**          Listing
Information.
**Find ANNE MCGINTIS**          Premium
www.Intelius.com  **Get Current Phone and Address**          Listing

**MCGINTIS - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** mcgintis - anne - anne mcgintis  Check YouTube

**JIMMY L MCGINTIS Born 1941**    More Information on JIMMY L MCGINTIS
1120 ANITA DR  Map It  Recorded: 03/12/2002  JIMMY L MCGINTIS business listings  Check Yellow
Pages
**CHATTANOOGA, TN** 37411 County    Leave a message for JIMMY L MCGINTIS
www.ZabaSearch.com/Google - Background Check

**JIMMY L MCGINTIS Born 1941**    More Information on JIMMY L MCGINTIS
**2125 BURNT HICKORY DR** Map It  Recorded: 05/21/2003  JIMMY L MCGINTIS business listings
Check Yellow Pages
**CHATTANOOGA, TN** 37421 County    Leave a message for JIMMY L MCGINTIS
www.ZabaSearch.com/Google - Background Check

**Public Records on ANNE MCGINTIS**
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background
Check
www.ThePublicRecords.com

**Found ANNE MCGINTIS Information**
Current Phone Number, Address
and
Age was Located in our
Database
www.Intelius.com

**Find ANNE MCGINTIS**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check ANNE MCGINTIS
National Criminal Records
Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number,
Address,
Address History, Criminal
Records
www.Intelius.com

**Can't find ANNE MCGINTIS?**          Premium Listing
**TRY THIS DATABASE**
**Background Check on ANNE MCGINTIS**          Premium Listing
www.PeopleLookUp.com  20 Year History

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

**Search Any Full Name:**  anne mcgintis          All States  ⬍
Search  Advanced Search

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH
Search Any Full Name:  jeri durham

| All States ⬍ |  Search   Advanced Search

---

**Public Information**  Results Summary:  5 JERI DURHAM    Leave a message  Check messages  E-mail This Page  ZabaAlert

**JERI DURHAM - Background Check, 20 Year History**          Premium
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact     Listing
Information.
**Find JERI DURHAM**                                        Premium
www.Intelius.com  Get Current Phone and Address                Listing

**JERI DURHAM - 5 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** durham - jeri - jeri durham   Check YouTube

**JERI DURHAM**     More Information on JERI DURHAM
35277 WALNUT ST   Map It   Recorded: 05/07/2002  JERI DURHAM business listings  Check Yellow Pages
**BARSTOW, CA** 92311 County  **(760) 253-5388**   Leave a message for JERI DURHAM
www.ZabaSearch.com/Google - Background Check

**JERI DURHAM**     More Information on JERI DURHAM
5103 GASLIGHT LN   Map It   Recorded: 08/08/2003  JERI DURHAM business listings  Check Yellow Pages
**CULVER CITY, CA** 90230 County   Leave a message for JERI DURHAM
www.ZabaSearch.com/Google - Background Check

**JERI DURHAM**     More Information on JERI DURHAM
238 102ND ST   Map It   Recorded: 06/14/2000  JERI DURHAM business listings  Check Yellow Pages
**LOS ANGELES, CA** 90003 County   Leave a message for JERI DURHAM
www.ZabaSearch.com/Google - Background Check

**JERI R DURHAM** Born 1949    More Information on JERI R DURHAM
1324 ALTA VISTA AVE   Map It   Recorded: 10/15/2003  JERI R DURHAM business listings  Check Yellow
Pages
**MONROVIA, CA** 91016 County   Leave a message for JERI R DURHAM
www.ZabaSearch.com/Google - Background Check

**JERI R DURHAM** Born 1949    More Information on JERI R DURHAM
1144 CROWNE DR   Map It   Recorded: Unknown  JERI R DURHAM business listings  Check Yellow Pages
**PASADENA, CA** 91107 County  **(626) 797-6316**   Leave a message for JERI R DURHAM
www.ZabaSearch.com/Google - Background Check

**Can't find JERI DURHAM?**                          Premium Listing
TRY THIS DATABASE
**Background Check on JERI DURHAM**                   Premium Listing
www.PeopleLookUp.com  20 Year History

**Public Records on JERI
DURHAM**
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background
Check
www.ThePublicRecords.com

**Found JERI DURHAM
Information**
Current Phone Number, Address
and
Age was Located in our Database
www.Intelius.com

**Find JERI DURHAM**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check JERI DURHAM
National Criminal Records Search
www.Intelius.com

**Search By Social Security
Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:** jeri durham                               | All States ⬍ |
Search   Advanced Search

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# *ZABASEARCH*

Search Any Full Name: ann d. jones

All States  ⬍  Search  Advanced Search

---

## Public Information  Results Summary: 4 ANN D JONES    Leave a message  Check messages  E-mail This Page  ZabaAlert

**ANN D. JONES - Background Check, 20 Year History**                        Premium
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact     Listing
Information.
**Find ANN D. JONES**                                                        Premium
www.Intelius.com  **Get Current Phone and Address**                          Listing

**ANN D JONES - 4 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** jones - ann - ann d. jones   Check YouTube

**ANN D JONES** Born Jul 1940    More Information on ANN D JONES
235 DEVILLA CT  Map It   Recorded: 04/15/2001  ANN D JONES business listings  Check Yellow Pages
**ATLANTA, GA** 30349 County    Leave a message for ANN D JONES
www.ZabaSearch.com/Google - **Background Check**

**ANN D JONES**    More Information on ANN D JONES
408 17TH AVE  Map It   Recorded: 02/26/2003  ANN D JONES business listings  Check Yellow Pages
**CORDELE, GA** 31015 County  **(229) 273-6685**   Leave a message for ANN D JONES
www.ZabaSearch.com/Google - **Background Check**

**ANN D JONES** Born Dec 1955    More Information on ANN D JONES
410 17TH AVE  Map It   Recorded: 11/27/2003  ANN D JONES business listings  Check Yellow Pages
**CORDELE, GA** 31015 County  **(229) 273-6685**   Leave a message for ANN D JONES
www.ZabaSearch.com/Google - **Background Check**

**ANN D JONES** Born 1946    More Information on ANN D JONES
13 DOGWOOD ST NE  Map It   Recorded: Unknown  ANN D JONES business listings  Check Yellow Pages
**ROME, GA** 30161 County  **(706) 232-8680**   Leave a message for ANN D JONES
www.ZabaSearch.com/Google - **Background Check**

**Can't find ANN D. JONES?**                                    Premium Listing
**TRY THIS DATABASE**
**Background Check on ANN D. JONES**                             Premium Listing
www.PeopleLookUp.com  20 Year History

---

**Public Records on ANN D. JONES**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found ANN D. JONES Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find ANN D. JONES**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check ANN D. JONES
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name:  ann d. jones                          All States  ⬍

Search   Advanced Search

---

*ZABASEARCH* being described as **"Google on steroids."** -CBS 4 WMDV St. Louis

Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

Search By Phone Number  Search By Social Security Number  **Complete Background Check**

**ZABASEARCH**    Search Any Full Name: johnnie rawlinson          All States ▼  Search  Advanced Search

---

**Public Information  Results Summary: 2 JOHNNIE RAWLINSON / 8 J RAWLINSON / 70 RAWLINSON**  Leave a message  Check messages  E-mail This Page  ZabaAlert

**JOHNNIE RAWLINSON - Background Check, 20 Year History**          Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find JOHNNIE RAWLINSON**          Premium Listing
www.Intelius.com  Get Current Phone and Address

**JOHNNIE RAWLINSON - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: rawlinson - johnnie - johnnie rawlinson  Check YouTube

**JOHNNIE B RAWLINSON**    More Information on JOHNNIE B RAWLINSON
3333 LAS VEGAS BLVD S  Map It  Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
**LAS VEGAS, NV** 89109 County  Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JOHNNIE B RAWLINSON** Born Dec 1952    More Information on JOHNNIE B RAWLINSON
5901 MENDOZA CT  Map It  Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
**LAS VEGAS, NV** 89108 County  Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**J RAWLINSON - 8 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - johnnie rawlinson  Check YouTube

**JAMES A RAWLINSON**    More Information on JAMES A RAWLINSON
788 GERALDINE DR  Map It  Recorded: Unknown  JAMES A RAWLINSON business listings  Check Yellow Pages
**INCLINE VILLAGE, NV** 89451 County  (775) 831-5547  Leave a message for JAMES A RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JOHNNIE B RAWLINSON**    More Information on JOHNNIE B RAWLINSON
3333 LAS VEGAS BLVD S  Map It  Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
**LAS VEGAS, NV** 89109 County  Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JOHNNIE B RAWLINSON** Born Dec 1952    More Information on JOHNNIE B RAWLINSON
5901 MENDOZA CT  Map It  Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
**LAS VEGAS, NV** 89108 County  Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JOHNNIE B RAWLINSON**    More Information on JENNIFER RAWLINSON
(775) 359-5496  Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**J L RAWLINSON**    More Information on J L RAWLINSON
1675 SKY MOUNTAIN DR  Map It  Recorded: 11/12/1999  J L RAWLINSON business listings  Check Yellow Pages
**RENO, NV** 89503 County  Leave a message for J L RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JENNIFER L RAWLINSON** Born Jan 1972    More Information on JENNIFER L RAWLINSON
17765 BOXELDER CT  Map It  Recorded: Unknown  JENNIFER L RAWLINSON business listings  Check Yellow Pages
**RENO, NV** 89506 County  Leave a message for JENNIFER L RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JENNIFER L RAWLINSON** Born Jan 1972    More Information on JENNIFER L RAWLINSON
1094 GREENBRAE DR  Map It  Recorded: 11/19/2003  JENNIFER L RAWLINSON business listings  Check Yellow Pages
**SPARKS, NV** 89434 County  Leave a message for JENNIFER L RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JENNIFER RAWLINSON**    More Information on JENNIFER RAWLINSON
1094 GREENBRAE DR  Map It  Recorded: 11/27/2003  JENNIFER RAWLINSON business listings  Check Yellow Pages
**SPARKS, NV** 89434 County  (775) 359-5496  Leave a message for JENNIFER RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**RAWLINSON - 70 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - johnnie rawlinson  Check YouTube

**Click Here for 70 Free RAWLINSON Listings**

**Can't find JOHNNIE RAWLINSON?**          Premium Listing
TRY THIS DATABASE

---

**Public Records on JOHNNIE RAWLINSON**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found JOHNNIE RAWLINSON Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find JOHNNIE RAWLINSON**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check JOHNNIE RAWLINSON
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH

Search Any Full Name:  nykeah cohen

All States  ⬩  Search  Advanced Search

---

**Public Information**  Results Summary: **11 N COHEN**   Leave a message  Check messages  E-mail This Page  ZabaAlert

**NYKEAH COHEN - Background Check, 20 Year History**    Premium
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact   Listing
Information.

**Find NYKEAH COHEN**    Premium
www.Intelius.com  **Get Current** Phone and Address    Listing

**N COHEN - 11 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: cohen - nykeah - nykeah cohen  Check YouTube

**NATHAN T COHEN**  More Information on NATHAN T COHEN
1505 THARPE ST  Map It  Recorded: 02/14/2004  NATHAN T COHEN business listings  Check Yellow
Pages
**TALLAHASSEE, FL** 32303 County  **(850) 878-5745**  Leave a message for NATHAN T
COHEN
www.ZabaSearch.com/Google  -  Background Check

**NATHAN T COHEN**  More Information on NATHAN T COHEN
2074 MIDYETTE RD  Map It  Recorded: Unknown  NATHAN T COHEN business listings  Check Yellow
Pages
**TALLAHASSEE, FL** 32301 County  Leave a message for NATHAN T COHEN
www.ZabaSearch.com/Google  -  Background Check

**NATHAN T COHEN**  More Information on NATHAN T COHEN
2074 MIDYETTE RD  Map It  Recorded: 05/01/2005  NATHAN T COHEN business listings  Check Yellow
Pages
**TALLAHASSEE, FL** 32301 County  **(850) 878-5745**  Leave a message for NATHAN T
COHEN
www.ZabaSearch.com/Google  -  Background Check

**NANCY M COHEN** Born 1947  More Information on NANCY M COHEN
2329 CLARE DR  Map It  Recorded: Unknown  NANCY M COHEN business listings  Check Yellow Pages
**TALLAHASSEE, FL** 32309 County  Leave a message for NANCY M COHEN
www.ZabaSearch.com/Google  -  Background Check

**NANCY M COHEN** Born 1947  More Information on NANCY M COHEN
2329 CLARE DR  Map It  Recorded: 04/01/2006  NANCY M COHEN business listings  Check Yellow
Pages
**TALLAHASSEE, FL** 32309 County  **(850) 562-0860**  Leave a message for NANCY M
COHEN
www.ZabaSearch.com/Google  -  Background Check

**NANCY M COHEN** Born 1947  More Information on NANCY M COHEN
2329 CLARE DR  Map It  Recorded: 04/01/2006  NANCY M COHEN business listings  Check Yellow
Pages
**TALLAHASSEE, FL** 32309 County  **(850) 562-3736**  Leave a message for NANCY M
COHEN
www.ZabaSearch.com/Google  -  Background Check

**Public Records on NYKEAH COHEN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found NYKEAH COHEN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find NYKEAH COHEN**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check NYKEAH COHEN
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**ZABASEARCH**

Search by Phone Number   Search by Social Security Number   **Complete Background Check**

Search Any Full Name:  deborah peaks coleman         All States  ▾  Search   Advanced Search

**Public Information** Results Summary: 2 DEBORAH P COLEMAN / 19 D P COLEMAN / 72 DEBORAH COLEMAN   Leave a message   Check messages   E-mail This Page   ZabaAlert

DEBORAH PEAKS COLEMAN - Background Check, 20 Year History                 Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find DEBORAH PEAKS COLEMAN**                                            Premium Listing
www.Intelius.com  Get Current Phone and Address

**DEBORAH P COLEMAN - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: coleman - deborah - deborah peaks coleman   Check YouTube

**DEBORAH P COLEMAN** Born 1957   More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map ▮  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD  21217  County  (410) 462-2781  Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DEBORAH P COLEMAN** Born 1957   More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map ▮  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD  21217  County  (410) 523-4807  Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**D P COLEMAN - 19 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - -  deborah peaks coleman   Check YouTube

**DAVID P COLEMAN** Born May 1943   More Information on DAVID P COLEMAN
311 CRISFIELD CT  Map ▮  Recorded: Unknown  DAVID P COLEMAN business listings  Check Yellow Pages
ABINGDON, MD  21009  County  Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DEBORAH P COLEMAN** Born 1957   More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map ▮  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD  21217  County  (410) 462-2781  Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DEBORAH P COLEMAN** Born 1957   More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map ▮  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD  21217  County  (410) 523-4807  Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DENNIS P COLEMAN**   More Information on DENNIS P COLEMAN
531 MACON ST  Map ▮  Recorded: Unknown  DENNIS P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD  21224  County  (410) 558-3120  Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DAVID P COLEMAN** Born Apr 1967   More Information on DAVID P COLEMAN
104 OLDTOWN RD  Map ▮  Recorded: 01/11/2001  DAVID P COLEMAN business listings  Check Yellow Pages
CUMBERLAND, MD  21502  County  (301) 759-4932  Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DAVID P COLEMAN** Born Apr 1967   More Information on DAVID P COLEMAN
419 COLUMBIA ST  Map ▮  Recorded: 02/20/2001  DAVID P COLEMAN business listings  Check Yellow Pages
CUMBERLAND, MD  21502  County  Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DAVID P COLEMAN** Born Apr 1967   More Information on DAVID P COLEMAN
7 HUMBIRD ST  Map ▮  Recorded: 03/12/2002  DAVID P COLEMAN business listings  Check Yellow Pages
CUMBERLAND, MD  21502  County  Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DENNIS P COLEMAN** Born Mar 1969   More Information on DENNIS P COLEMAN
6716 WOODLEY RD  Map ▮  Recorded: 08/14/2002  DENNIS P COLEMAN business listings  Check Yellow Pages
DUNDALK, MD  21222  County  Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DENNIS P COLEMAN** Born Mar 1969   More Information on DENNIS P COLEMAN
6787 WOODLEY RD  Map ▮  Recorded: Unknown  DENNIS P COLEMAN business listings  Check Yellow Pages
DUNDALK, MD  21222  County  (410) 285-2561  Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DENNIS P COLEMAN**   More Information on DENNIS P COLEMAN
905 WOODBRIDGE CT  Map ▮  Recorded: 03/01/2006  DENNIS P COLEMAN business listings  Check Yellow Pages
EDGEWOOD, MD  21040  County  Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google  -  Background Check

**DENNIS P COLEMAN** Born Mar 1969   More Information on DENNIS P COLEMAN

---

**Public Records on DEBORAH PEAKS COLEMAN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found DEBORAH PEAKS COLEMAN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find DEBORAH PEAKS COLEMAN**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check DEBORAH PEAKS COLEMAN
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH Search Any Full Name: debra jordan

Search   Advanced Search

All States

---

**Public Information** Results Summary: **18 DEBRA JORDAN**    Leave a message   Check messages   E-mail This Page   ZabaAlert

**DEBRA JORDAN - Background Check, 20 Year History**    Premium
www.Intelius.com  **Comprehensive** Report. Criminal Records. Latest Contact    Listing
Information.

**Find DEBRA JORDAN**    Premium
www.Intelius.com  **Get Current** Phone and Address    Listing

**DEBRA JORDAN - 18 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
**Check messages for:** jordan - debra - debra jordan   Check YouTube

**DEBRA JORDAN**    More Information on DEBRA JORDAN
158 SP 11 RD  Map It  Recorded: 03/01/2005  DEBRA JORDAN business listings  Check Yellow Pages
**ARDMORE, OK** 73401 County  **(580) 224-2716**   Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA JORDAN**    More Information on DEBRA JORDAN
 Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA JORDAN** Born 1973    More Information on DEBRA A JORDAN
 Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA JORDAN** Born Feb 1973    More Information on DEBRA JORDAN
 Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA A JORDAN** Born Oct 1956    More Information on DEBRA A JORDAN
4201 WILD PLUM LN  Map It  Recorded: Unknown  DEBRA A JORDAN business listings  Check Yellow Pages
**EDMOND, OK** 73003 County  **(405) 844-6114**   Leave a message for DEBRA A JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA G JORDAN** Born 1969    More Information on DEBRA G JORDAN
2100 AARON DR  Map It  Recorded: 05/01/2006  DEBRA G JORDAN business listings  Check Yellow Pages
**HARRAH, OK** 73045 County  **(405) 391-5200**   Leave a message for DEBRA G JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA J JORDAN**    More Information on DEBRA J JORDAN
12637 LOVINGS RD  Map It  Recorded: 05/01/2006  DEBRA J JORDAN business listings  Check Yellow Pages
**HEAVENER, OK** 74937 County  Leave a message for DEBRA J JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA L JORDAN** Born 1959    More Information on DEBRA L JORDAN
4512 ELLSWORTH AVE  Map It  Recorded: Unknown  DEBRA L JORDAN business listings  Check Yellow
Pages
**LAWTON, OK** 73501 County  **(580) 248-1641**   Leave a message for DEBRA L JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA L JORDAN** Born 1959    More Information on DEBRA L JORDAN
4512 ELLSWORTH AVE  Map It  Recorded: 10/06/2004  DEBRA L JORDAN business listings  Check Yellow
Pages

---

**Public Records on DEBRA
JORDAN**
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background
Check
www.ThePublicRecords.com

**Found DEBRA JORDAN
Information**
Current Phone Number, Address
and
Age was Located in our Database
www.Intelius.com

**Find DEBRA JORDAN**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check DEBRA JORDAN
National Criminal Records Search
www.Intelius.com

**Search By Social Security
Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**ZABASEARCH**   Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name:  therese a. griffin        [All States ▼]  Search  Advanced Search

**Public Information**  Results Summary:  **2 THERESE A GRIFFIN** / **2 THERESE GRIFFIN** / **76 T A GRIFFIN**    Leave a message  Check messages  E-mail This Page  ZabaAlert

**THERESE A. GRIFFIN - Background Check, 20 Year History**                          Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find THERESE A. GRIFFIN**                                                          Premium Listing
www.Intelius.com  Get Current Phone and Address

**THERESE A GRIFFIN - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** griffin - therese - therese a. griffin  Check YouTube

**THERESE A GRIFFIN** Born Oct 1962   More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It  Recorded: 06/24/2004  THERESE A GRIFFIN business listings  Check Yellow Pages
**LEXINGTON, SC** 29072  County  **(803) 957-2509**  Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

**THERESE A GRIFFIN** Born 1961   More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It  Recorded: Unknown  THERESE A GRIFFIN business listings  Check Yellow Pages
**LEXINGTON, SC** 29072  County  **(803) 957-2509**  Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

**THERESE GRIFFIN - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** - - therese a. griffin  Check YouTube

**THERESE A GRIFFIN** Born Oct 1962   More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It  Recorded: 06/24/2004  THERESE A GRIFFIN business listings  Check Yellow Pages
**LEXINGTON, SC** 29072  County  **(803) 957-2509**  Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

**THERESE A GRIFFIN** Born 1961   More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It  Recorded: Unknown  THERESE A GRIFFIN business listings  Check Yellow Pages
**LEXINGTON, SC** 29072  County  **(803) 957-2509**  Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

**T A GRIFFIN - 76 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** - - therese a. griffin  Check YouTube

## Click Here for 76 Free T A GRIFFIN Listings

**Can't find THERESE A. GRIFFIN?**                                                   Premium Listing
TRY THIS DATABASE
**Background Check on THERESE A. GRIFFIN**                                            Premium Listing
www.PeopleLookUp.com  **20 Year History**

**Public Records on THERESE A. GRIFFIN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found THERESE A. GRIFFIN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find THERESE A. GRIFFIN**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check THERESE A. GRIFFIN
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
Search Any Full Name:  therese a. griffin        [All States ▼]  Search  Advanced Search

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

# ZABASEARCH

Search Any Full Name: lois j. gilder          All States ▼   Search · Advanced Search

**Public Information Results Summary:** 3 L J GILDER / 3 LOIS GILDER / 3 LOIS J GILDER / 20 L GILDER   Leave a message  Check messages  E-mail This Page  ZabaAlert

**LOIS J. GILDER - Background Check, 20 Year History**
www.Intelius.com  **Comprehensive Report. Criminal Records. Latest Contact Information.**
**Find LOIS J. GILDER**
www.Intelius.com  **Get Current Phone and Address**

Premium Listing

Premium Listing

**L J GILDER - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: gilder - lois - lois j. gilder  Check YouTube

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 346-2253**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 397-5165**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 398-3478**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS GILDER - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - lois j. gilder  Check YouTube

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 346-2253**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 397-5165**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 398-3478**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS J GILDER - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - lois j. gilder  Check YouTube

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 346-2253**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 397-5165**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**LOIS J GILDER** Born 1937   More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
**MEMPHIS, TN** 38116 County  **(901) 398-3478**  Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google  -  Background Check

**L GILDER - 20 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - lois j. gilder  Check YouTube

**LANETTA M GILDER** Born Nov 1973   More Information on LANETTA M GILDER
1730 GANASITA TRL  Map It  Recorded: 03/12/2004  LANETTA M GILDER business listings  Check Yellow Pages
**CHATTANOOGA, TN** 37406 County  **(423) 622-2759**  Leave a message for LANETTA M GILDER
www.ZabaSearch.com/Google  -  Background Check

**LANETTA M GILDER** Born Nov 1973   More Information on LANETTA M GILDER

**Public Records on LOIS J. GILDER**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found LOIS J. GILDER Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find LOIS J. GILDER**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check LOIS J. GILDER
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

Search by Phone Number   Search by Social Security Number   **Complete Background Check**

# ZABASEARCH Search Any Full Name: theresa loveless

All States ▼ | Search | Advanced Search

## Public Information Results Summary: 3 THERESA LOVELESS / 49 T LOVELESS    Leave a message   Check messages   E-mail This Page   ZabaAlert

**THERESA LOVELESS - Background Check, 20 Year History**    Premium Listing
www.Intelius.com   **Comprehensive Report. Criminal Records. Latest Contact Information.**
**Find THERESA LOVELESS**    Premium Listing
www.Intelius.com   **Get Current Phone and Address**

**THERESA LOVELESS - 3 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
**Check messages for:** loveless - theresa - theresa loveless   Check YouTube

**THERESA E LOVELESS** Born Nov 1946    More Information on THERESA E LOVELESS
12773 PARKWAY ESTATES DR   Map It   Recorded: Unknown   THERESA E LOVELESS business listings   Check Yellow Pages
**SAINT LOUIS, MO** 63146 County   (314) 434-9394   Leave a message for THERESA E LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**THERESA LOVELESS** Born Jul 1967    More Information on THERESA LOVELESS
6242 LANGDON CT   Map It   Recorded: 07/01/2001   THERESA LOVELESS business listings   Check Yellow Pages
**SAINT LOUIS, MO** 63134 County   Leave a message for THERESA LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**THERESA J LOVELESS** Born Jul 1967    More Information on THERESA J LOVELESS
8962 NATURAL BRIDGE RD   Map It   Recorded: 01/25/2002   THERESA J LOVELESS business listings   Check Yellow Pages
**SAINT LOUIS, MO** 63121 County   Leave a message for THERESA J LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**T LOVELESS - 49 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
**Check messages for:** - - theresa loveless   Check YouTube

**TIMOTHY LOVELESS** Born Dec 1968    More Information on TIMOTHY LOVELESS
2137 BARRINGTON CT   Map It   Recorded: 01/27/2004   TIMOTHY LOVELESS business listings   Check Yellow Pages
**ARNOLD, MO** 63010 County   (636) 282-9483   Leave a message for TIMOTHY LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**TABITHA LOVELESS**    More Information on TABITHA LOVELESS
53 JOHNSON ST   Map It   Recorded: 11/20/2003   TABITHA LOVELESS business listings   Check Yellow Pages
**BONNE TERRE, MO** 63628 County   (573) 358-4212   Leave a message for TABITHA LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**TERRY D LOVELESS** Born Feb 1963    More Information on TERRY D LOVELESS
13677 MAMMOTH RD   Map It   Recorded: 07/01/2001   TERRY D LOVELESS business listings   Check Yellow Pages
**DE SOTO, MO** 63020 County   Leave a message for TERRY D LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**TERRY D LOVELESS** Born Dec 1955    More Information on TERESA LOVELESS
Leave a message for TERRY D LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**TERESA L LOVELESS** Born Dec 1955    More Information on TERESA L LOVELESS
28342 STATE HWY AB   Map It   Recorded: 05/07/2002   TERESA L LOVELESS business listings   Check Yellow Pages
**ESSEX, MO** 63846 County   (573) 283-5514   Leave a message for TERESA L LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**TERESA L LOVELESS** Born Dec 1955    More Information on TERESA L LOVELESS
28342 STATE RD HWY   Map It   Recorded: 05/25/2003   TERESA L LOVELESS business listings   Check Yellow Pages
**ESSEX, MO** 63846 County   (573) 283-5514   Leave a message for TERESA L LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**TAMMY A LOVELESS** Born Jul 1964    More Information on TAMMY A LOVELESS
316 LIBERTY ST   Map It   Recorded: 07/01/2001   TAMMY A LOVELESS business listings   Check Yellow Pages
**FARMINGTON, MO** 63640 County   (573) 756-8195   Leave a message for TAMMY A LOVELESS
www.ZabaSearch.com/Google  -  Background Check

**Public Records on THERESA LOVELESS**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found THERESA LOVELESS Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**Find THERESA LOVELESS**
Get current address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check THERESA LOVELESS National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

**super**pages.com   we know around here



HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US

sponsored search

Home → People Pages → "Daniels, Josie, Pearland, TX, United States"
( Results 1 to 1 of 1 )

**People Pages - Listings**   New / Modify / Printable

---

**Josie Daniels**

2426 Arrowsmith Ct
Pearland, TX 77584-4898
(281) 997-1663
Find Neighbors

Save listing
Map this location
Driving directions
Area Code Map
Update listing

Local Time: 3:20 p.m.
Central Standard Time

**Phone Details**
Line Type: Unavailable
Provider:

 Get More Info on Josie Daniels Here.

 Josie Daniels's Background
Information Available.

 Instant Criminal Records Check for
Josie Daniels

 Run a Real Estate Valuation on 2426
Arrowsmith Ct

 Search by Phone Number Here. Get
Name, Address.

powered by
**WhitePages.com**

Copyright © 1996-2007 WhitePages.com. All rights reserved. Terms of service and use. Privacy policy.

Home | SuperPages Español | Yellow Pages | People Pages | Shopping
Products | eBay Search | Web Search | My Directory | City Pages | Consumer Center
Advertise With Us | About Us | Help | Add / Change Listing | Contact Us | Feedback | Privacy Policy
Site Index | SuperTips | Home Improvement | Copyright / Web Site Use Agreement | Careers at SuperPages

SuperPages provides yellow pages and business information for: Lawyers, Hotels, Restaurants, Florists, Mortgages, and more.

© 2007 Idearc Media Corp. All rights reserved

Search by Phone Number Search by Social Security Number **Complete Background Check**

*ZABASEARCH* **Search Any Full Name:** debora jackson          All States ▲▼

Search   Advanced Search

**Public Information** Results Summary: **3 DEBORA JACKSON** Leave a message Check messages E-mail This Page ZabaAlert

**DEBORA JACKSON - Background Check, 20 Year History**          Premium
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact          Listing
Information.
**Find DEBORA JACKSON**          Premium
www.Intelius.com  **Get Current Phone and Address**          Listing

**DEBORA JACKSON - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** jackson - debora - debora jackson  Check YouTube

**DEBORA E JACKSON** Born Jun 1963  More Information on DEBORA E JACKSON
4 PINE MEADOW DR  Map It  Recorded: 10/14/2003  DEBORA E JACKSON business listings  Check Yellow
Pages
AUBURNDALE, MA  02466  County  Leave a message for DEBORA E JACKSON
www.ZabaSearch.com/Google - **Background Check**

**DEBORA JACKSON** Born Aug 1960  More Information on DEBORA JACKSON
446 NORTH ST  Map It  Recorded: Unknown  DEBORA JACKSON business listings  Check Yellow Pages
GEORGETOWN, MA  01833  County  **(978) 352-6091**  Leave a message for DEBORA JACKSON
www.ZabaSearch.com/Google - **Background Check**

**DEBORA JACKSON**  More Information on DEBORA JACKSON
50 CANDACE AVE  Map It  Recorded: 01/09/2001  DEBORA JACKSON business listings  Check Yellow Pages
WALTHAM, MA  02453  County  Leave a message for DEBORA JACKSON
www.ZabaSearch.com/Google - **Background Check**

**Public Records on DEBORA JACKSON**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found DEBORA JACKSON Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find DEBORA JACKSON**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check DEBORA JACKSON
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**Can't find DEBORA JACKSON?**          Premium Listing
TRY THIS DATABASE
**Background Check on DEBORA JACKSON**          Premium Listing
www.PeopleLookUp.com  20 Year History

Search by Phone Number Search by Social Security Number **Complete Background Check**
**Search Any Full Name:** debora jackson          All States ▲▼ Search
Advanced Search

*ZABASEARCH* **being described as "Google on steroids." -CBS 4 WMOV St. Louis**
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

**ZABASEARCH** **Search Any Full Name:** renee harper

All States

Search  Advanced Search

---

**Public Information** **Results Summary:** 1 RENEE HARPER    Leave a message  Check messages  E-mail This Page  ZabaAlert

**RENEE HARPER - Background Check, 20 Year History**    Premium
www.Intelius.com  **Comprehensive Report. Criminal Records. Latest Contact**    Listing
**Information.**

**Find RENEE HARPER**    Premium
www.Intelius.com  **Get Current Phone and Address**    Listing

**RENEE HARPER - 1 Listing**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** harper - renee - renee harper    Check YouTube

RENEE L HARPER **Born Mar 1956**    More Information on RENEE L HARPER
41 ANGELICA DR  Map It  Recorded: 10/05/2004  RENEE L HARPER business listings  Check Yellow Pages
**FRAMINGHAM, MA** 01701  County    Leave a message for RENEE L HARPER
www.ZabaSearch.com/Google  -  Background Check

**Public Records on RENEE HARPER**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found RENEE HARPER Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find RENEE HARPER**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check RENEE HARPER
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**Can't find RENEE HARPER?**    Premium Listing
**TRY THIS DATABASE**
**Background Check on RENEE HARPER**    Premium Listing
www.PeopleLookUp.com  20 Year History

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:** renee harper    All States    Search
Advanced Search

---

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis

Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

**GWENDOLYN K GRANT**    More Information on GWENDOLYN K GRANT
16514 LAZY RIDGE RD   Map It    Recorded: Unknown   GWENDOLYN K GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77053 County    Leave a message for GWENDOLYN K GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN G GRANT** Born Dec 1960    More Information on GWENDOLYN G GRANT
3749 ODIN CT   Map It    Recorded: 01/28/2004   GWENDOLYN G GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77021 County  **(713) 748-2418**    Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN G GRANT** Born Dec 1960    More Information on GWENDOLYN G GRANT
3749 ODIN CT   Map It    Recorded: 01/28/2004   GWENDOLYN G GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77021 County  **(713) 748-7412**    Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN G GRANT** Born Dec 1960    More Information on GWENDOLYN G GRANT
3749 ODIN CT   Map It    Recorded: 11/19/2003   GWENDOLYN G GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77021 County  **(713) 842-2476**    Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN GRANT**    More Information on GWENDOLYN GRANT
5615 DENORON DR   Map It    Recorded: 03/12/2002   GWENDOLYN GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77048 County  **(713) 733-4698**    Leave a message for GWENDOLYN GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN GRANT**    More Information on GWENDOLYN GRANT
5638 SELINSKY RD   Map It    Recorded: Unknown   GWENDOLYN GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77048 County  **(713) 734-1487**    Leave a message for GWENDOLYN GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN G GRANT** Born Dec 1960    More Information on GWENDOLYN G GRANT
5638 SELINSKY RD   Map It    Recorded: Unknown   GWENDOLYN G GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77048 County    Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN G GRANT** Born Dec 1960    More Information on GWENDOLYN G GRANT
5638 SELINSKY RD   Map It    Recorded: Unknown   GWENDOLYN G GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77048 County  **(713) 733-1424**    Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN GRANT**    More Information on GWENDOLYN GRANT
5639 GROVETON ST   Map It    Recorded: 05/01/2006   GWENDOLYN GRANT business listings   Check Yellow Pages
**HOUSTON, TX** 77033 County    Leave a message for GWENDOLYN GRANT
www.ZabaSearch.com/Google  -  Background Check

**GWENDOLYN M GRANT** Born 1948    More Information on GWENDOLYN M GRANT
6522 AVENUE G   Map It    Recorded: 12/15/2004   GWENDOLYN M GRANT business listings   Check Yellow Pages
**SANTA FE, TX** 77510 County    Leave a message for GWENDOLYN M GRANT
www.ZabaSearch.com/Google  -  Background Check

**Can't find GWENDOLYN GRANT?**                    Premium Listing
TRY THIS DATABASE
**Background Check on GWENDOLYN GRANT**             Premium Listing
www.PeopleLookUp.com  20 Year History

---

Search by Phone Number Search by Social Security Number **Complete Background Check**
**Search Any Full Name:**  gwendolyn grant                    All States    ▲▼    Search
Advanced Search

**super**pages.com    we know around here    idearc 

| HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US |

sponsored search

Home → People Pages → **"Williams, Ken & Tressa, San Jose, CA, United States"**
**( Results 1 to 1 of 1 )**

**People Pages – Listings**    New / Modify / Printable

**Ken & Tressa  Williams**

728 Salt Lake Dr
San Jose, CA 95133-1447
(408) 923-5947
Find Neighbors

Save listing
Map this location
Driving directions
Area Code Map
Update listing

**Phone Details**
Line Type: Unavailable
Provider:

 Get More Info on Ken Williams Here.

 Ken Williams's Background Information Available.

 Instant Criminal Records Check for Ken Williams

 Run a Real Estate Valuation on 728 Salt Lake Dr

 Search by Phone Number Here. Get Name, Address.



TOYOTA | *moving forward ▶*

*Toyota has nine models that get 30 MPG ratings or more.*

Click here to find out more

See Toyota.com for full details

powered by
**WhitePages.com™**

Copyright © 1996-2007 WhitePages.com. All rights reserved. Terms of service and use. Privacy policy.
Home | SuperPages Español | Yellow Pages | People Pages | Shopping
Products | eBay Search | Web Search | My Directory | City Pages | Consumer Center
Advertise With Us | About Us | Help | Add / Change Listing | Contact Us | Feedback | Privacy Policy
Site Index | SuperTips | Home Improvement | Copyright / Web Site Use Agreement | Careers at SuperPages

SuperPages provides yellow pages and business information for: Lawyers, Hotels, Restaurants, Florists, Mortgages, and more.

© 2007 Idearc Media Corp. All rights reserved.

Case 1:06-cv-01993-RMC    Document 8-8    Filed 02/28/2007    Page 7 of 10

**super**pages.com    we know around here



HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US

sponsored search

Home → People Pages → **"Boyd, C R, Auburn, AL, United States"**
**( Results 1 to 1 of 1 )**

**People Pages - Listings**    New / Modify / Printable

---

**C R Boyd**

486 Martin Ave
Auburn, AL 36830-3412
(334) 826-2360
Find Neighbors

Save listing
Map this location
Driving directions
Area Code Map
Update listing

**Phone Details**
Line Type: Unavailable
Provider:

 Get More Info on C Boyd Here.

 C Boyd's Background Information
Available.

 Instant Criminal Records Check for C
Boyd

 Run a Real Estate Valuation on 486
Martin Ave

 Search by Phone Number Here. Get
Name, Address.

powered by
**WhitePages.com**

Copyright © 1996-2007 WhitePages.com. All rights reserved. Terms of service and use. Privacy policy.
Home | SuperPages Español | Yellow Pages | People Pages | Shopping
Products | eBay Search | Web Search | My Directory | City Pages | Consumer Center
Advertise With Us | About Us | Help | Add / Change Listing | Contact Us | Feedback | Privacy Policy
Site Index | SuperTips | Home Improvement | Copyright / Web Site Use Agreement | Careers at SuperPages

SuperPages provides yellow pages and business information for: Lawyers, Hotels, Restaurants, Florists, Mortgages, and more.

© 2007 Idearc Media Corp. All rights reserved.

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

# ZABASEARCH   Search Any Full Name: darlene pollard          All States ▲▼

Search   Advanced Search

**Public Information** Results Summary: **11 DARLENE POLLARD**   Leave a message   Check messages   E-mail This Page   ZabaAlert

**DARLENE POLLARD - Background Check, 20 Year History**                    Premium
www.Intelius.com  **Comprehensive** Report. Criminal Records. Latest Contact          Listing
Information.
**Find DARLENE POLLARD**                                   Premium
www.Intelius.com  **Get Current Phone and Address**                      Listing

**DARLENE POLLARD - 11 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
**Check messages for:** pollard - darlene - darlene pollard   Check YouTube

**DARLENE B POLLARD** Born 1907   More Information on DARLENE B POLLARD
1 BLOOMINGDALE PL   Map It   Recorded: Unknown  DARLENE B POLLARD business listings  Check Yellow
Pages
**BLOOMINGDALE, IL** 60108 County   Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE W POLLARD** Born May 1956   More Information on DARLENE W POLLARD
10022 CALUMET AVE  Map It   Recorded: Unknown  DARLENE W POLLARD business listings  Check Yellow
Pages
**CHICAGO, IL** 60628 County  **(773) 928-2780**   Leave a message for DARLENE W POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE POLLARD** Born 1951   More Information on DARLENE POLLARD
1700 56TH ST  Map It   Recorded: Unknown  DARLENE POLLARD business listings  Check Yellow Pages
**CHICAGO, IL** 60637 County  **(773) 955-6623**   Leave a message for DARLENE POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE POLLARD**   More Information on DARLENE S POLLARD
 Leave a message for DARLENE POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE POLLARD**   More Information on DARLENE POLLARD
17 GROVE ST  Map It   Recorded: 07/01/2001  DARLENE POLLARD business listings  Check Yellow Pages
**LOMBARD, IL** 60148 County  **(630) 792-0612**   Leave a message for DARLENE POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE B POLLARD** Born 1907   More Information on DARLENE B POLLARD
2211 HIGHLAND AVE  Map It   Recorded: 10/05/2004  DARLENE B POLLARD business listings  Check Yellow
Pages
**LOMBARD, IL** 60148 County   Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE B POLLARD** Born 1907   More Information on DARLENE B POLLARD
2211 HIGHLAND AVE  Map It   Recorded: 01/25/2002  DARLENE B POLLARD business listings  Check Yellow
Pages
**LOMBARD, IL** 60148 County  **(630) 792-0612**   Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE B POLLARD**   More Information on DARLENE S POLLARD
 **(618) 665-4139**  Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - **Background Check**

**DARLENE S POLLARD**   More Information on DARLENE S POLLARD

**Public Records on DARLENE
POLLARD**
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background
Check
www.ThePublicRecords.com

**Found DARLENE POLLARD
Information**
Current Phone Number, Address
and
Age was Located in our Database
www.Intelius.com

**Find DARLENE POLLARD**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check DARLENE POLLARD
National Criminal Records Search
www.Intelius.com

**Search By Social Security
Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

**ZABASEARCH** Search Any Full Name:  marcia l. williams          All States ▾  Search  Advanced Search

**Public Information** Results Summary: **9 MARCIA L WILLIAMS** / **40 MARCIA WILLIAMS**   Leave a message  Check messages  E-mail This Page  ZabaAlert

**MARCIA L. WILLIAMS** - Background Check, 20 Year History          Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find MARCIA L. WILLIAMS**          Premium Listing
www.Intelius.com  Get Current Phone and Address

**MARCIA L WILLIAMS** - 9 Listings
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: williams - marcia - marcia l. williams  Check YouTube

**MARCIA L WILLIAMS** Born Feb 1944    More Information on MARCIA L WILLIAMS
12621 BATES CIR  Map It  Recorded: 04/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
**AURORA, CO** 80014  County  **(970) 586-3802**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Feb 1944    More Information on MARCIA L WILLIAMS
12621 BATES CIR  Map It  Recorded: 04/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
**AURORA, CO** 80014  County  **(303) 755-4686**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Feb 1944    More Information on MARCIA L WILLIAMS
13691 MARINA DR  Map It  Recorded: 03/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
**AURORA, CO** 80014  County  **(970) 586-3802**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Feb 1944    More Information on MARCIA L WILLIAMS
13691 MARINA DR  Map It  Recorded: 03/01/2006  MARCIA L WILLIAMS business listings  Check Yellow Pages
**AURORA, CO** 80014  County  **(303) 750-1148**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Oct 1946    More Information on MARCIA L WILLIAMS
5934 TREELEDGE DR  Map It  Recorded: Unknown  MARCIA L WILLIAMS business listings  Check Yellow Pages
**COLORADO SPRINGS, CO** 80918  County  **(719) 532-9482**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Mar 1949    More Information on MARCIA L WILLIAMS
10035 MEXICO AVE  Map It  Recorded: Unknown  MARCIA L WILLIAMS business listings  Check Yellow Pages
**DENVER, CO** 80123  County  **(303) 695-9090**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS**    More Information on MARCIA L WILLIAMS
10035 MEXICO AVE  Map It  Recorded: 08/13/2002  MARCIA L WILLIAMS business listings  Check Yellow Pages
**DENVER, CO** 80231  County   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Nov 1955    More Information on MARCIA L WILLIAMS
480 HOLLY ST  Map It  Recorded: 04/15/2001  MARCIA L WILLIAMS business listings  Check Yellow Pages
**DENVER, CO** 80246  County   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Feb 1944    More Information on MARCIA L WILLIAMS
2515 TUNNEL RD  Map It  Recorded: Unknown  MARCIA L WILLIAMS business listings  Check Yellow Pages
**ESTES PARK, CO** 80511  County  **(970) 586-3802**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA WILLIAMS** - 40 Listings
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - marcia l. williams  Check YouTube

**MARCIA L WILLIAMS** Born Feb 1944    More Information on MARCIA L WILLIAMS
12621 BATES CIR  Map It  Recorded: 04/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
**AURORA, CO** 80014  County  **(970) 586-3802**   Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google  -  Background Check

**MARCIA L WILLIAMS** Born Feb 1944    More Information on MARCIA L WILLIAMS

---

**Public Records on MARCIA L. WILLIAMS**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found MARCIA L. WILLIAMS Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find MARCIA L. WILLIAMS**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check MARCIA L. WILLIAMS
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

# PeopleL okup

| People Lookup | Reverse Phone | Background Check | Property Check | Criminal Check |

## PEOPLE LOOKUP RESULTS

>> Search Again

**1 Person** found that matches **Connie Chipp** .

Click on the **Name** or **Get More Info** link for more info.

| See Details on All 1 People! | Get A 24 Hour Pass! |

| | NAME | PHONE | ADDRESS | PREVIOUS CITIES | |
|---|---|---|---|---|---|
| 1 | CONNIE T CHIPP (Age: 23)<br>RELATIVES:<br>LONNIE JAMES CHIPP<br>WILBUR A CHIPP<br>HARRIET CHIPP | Available | Available | CINCINNATI, OH | Get More Info |

RELATED PEOPLE SEARCHES

- C CHIPP



EXHIBIT 2

**Frequently Asked Questions**
Straight Talk on The Exodus from Derek & Jamar

Why Choose Delta first?
Did you go to Delta's national leadership for support?
Why didn't Delta authorize this project?
What is your response to the letter posted on Delta's homepage?
There must be something wrong with the project for nationals to call for non-support?
Why have you remained silent on the controversy issue for so long?
So what now, when was your last contact with the National Office?
Are you guys just trying to get rich off of Delta history?
How can I support this project?
What is the future plan for this project?
How did you research your material?
What's so important about this piece?
Will you be coming to Regional or National Conventions?
Did you comply with the wishes of the national office?
Will you do a series on all Black sororities?
What was the most difficult part of the process for you?
Was the fact that you are men a challenge in telling this story?

---

**Why Choose Delta first?**

Black Sorority Project is a two-part documentary series highlighting the beginnings of the Black Sorority Movement in America. Genesis (Alpha Kappa Alpha) and The Exodus (Delta Sigma Theta) tell the first two stories because you can't honestly tell one story without telling the other. Delta is first because of the significance of their participation in The Women's Suffrage March. This is a little known American History fact that can attract a wider audience to the overall project from the start. Remember, one of our main goals is to invite non-Greek, diverse audiences into a greater appreciation for the contributions of Black Greek life.

Also in 2000 we collaborated on a similar project for Alpha Phi Alpha, our beloved fraternity. We are actually line brothers. The painting and video were very popular among brothers, even though the video was available in an extremely short run. The prints were sold in a limited edition of 2006 copies. It sold out in less than a year and is no longer available. We have made "An Experiment in Brotherhood" available again for your viewing here. As you can see, there were no official fraternity symbols used here either. It was not necessary. If you know your history, you know your founders when you see them. Besides, its nice to finally have something you can hang in your 'grown up' house (after the dorm years) or at work. This project is where it all started for us.

Back to Top

---

**Did you go to Delta's national leadership for support?**

Yes. Working directly with the national office on this project has always been a top priority for us. We went to headquarters long before we began production. Our first introduction came in 2003 under former President Gwendolyn Boyd. She was gracious and supportive, however, she had only four months remaining in her term at the time.   She left office before the plans were finalized.

Two years later, we wrote, resent and hand-delivered an introductory letter about the project to Dr. Rice over a period of several months. We were unable to generate a response. As a result, we called her directly and she agreed to a meeting. She was courteous, pleasant and kind, despite the fact that our decision to call her directly proved to be highly unpopular among her leadership team.

Back to Top

---

**Why didn't Delta authorize this project?**

Good Question. We submitted a proposal that asked that we privately present to the leadership upon completion and if they liked it, they would help publicize it to Deltas, with them receiving a percentage from each sale. It was essentially a first rights of refusal proposition. We were denied. And if you're wondering about the money issue, there was none. We were independently financed and profit sharing with Delta was always a documented and negotiable part of our plan. Unfortunately, politics prevented reason in this case, even before the final product was complete.

Back to Top

---

**What is your response to the letter posted on Delta's homepage?**

The letter only creates a problem for us because it told Deltas what to do, but not why. As a result, people who were unclear looked to us for answers. Unfortunately, the letter we received in response to our presentation gave us no further

explanation on the denial. Also, at the time the president's letter was written, she had not seen the project.

We understand their vigilance in establishing a disassociation with unapproved representations of Delta. We just hope they do the same for the picture of the child in Delta symbols going to potty and other such images.

The people who have chosen not to support have done so in obedience to their President, understandably. They assumed that the film and painting were presented, considered and denied on merit or lack thereof or that we never bothered to seek permission at all. Neither of those two is true.   Obedience to leadership is a good thing. Misinformation is not.

Back to Top

---

### There must be something wrong with the project for nationals to call for non-support?

This is logical reasoning and we agree. The two things that are certain to us is that one, we don't know exactly what it was. And two, it was not with the artwork or film itself. The work was never presented. It was incomplete at the time of our meeting. So at the time, they had not seen the piece and have not, to our knowledge seen it yet.

Back to Top

---

### Why have you remained silent on the controversy issue for so long?

Out of respect for the leadership of Delta and in hopes of coming to an eventual agreement, we chose not to issue a rebuttal and to stay focused on the project.   Unfortunately, our silence gave rise to more confusion among Deltas. We have received countless requests to explain the controversy, hence, this section. It is important to us that Deltas know that we have a healthy respect for protocol and due process, which is why we followed it. However, we would much rather focus on the significant historical legacy of Delta Sigma Theta and let our work speak for us.

Back to Top

---

### So what now, when was your last contact with the National Office?

We sent an invitation to the pre-screening reception for our New York screening to the national office and eastern region leaders. We invited the President or her representatives to our Philadelphia screening the morning of the event. To our knowledge, neither she nor the Executive Board members have seen it. We recently sent her and her leadership team a copy of the film and an invitation to revisit the idea of partnership. We are hopeful that seeing the piece will help inform them about exactly where we were coming from and we can clear up the confusion once and for all for history's sake, not ours.

Audiences who see the film are always interested in Delta. We think Delta should be there to answer those questions, not us. We are merely storytellers and filmmakers. We are not representatives for your organization. We represent our integrity and creative brand. We know for sure that you can represent yourselves and that you do it well. That's why partnership is important.

Back to Top

---

### Are you guys just trying to get rich off of Delta history?

You don't have to look far to see the vendors who are trying to get rich 'off' of Delta. For us, there are much easier ways to seek fortune. We have been artists long enough to understand that financial success in our field is the exception, not the rule. As producers, we decide to tell stories that we believe in. That way, whether they pay off or not, we rest easy knowing that we used our talents to put something good in the world.   We also believe that the market is fair. People will buy good things.

There are countless images out there that are mass-produced, made by non-Greeks that make blatant and often distasteful use of Delta (and other BGLO) symbols solely for profit, not profit sharing. These people do not seek permission to create their crafts and often become approved vendors.

We find it extremely compelling that Delta Sigma Theta is probably the single surviving organization of black women that participated in the Women's Suffrage March and they are rarely, if ever mentioned in books and film chronicling the Suffrage Movement. That's far more important to us than getting rich on this project. However it is also true that if no one buys, we go home.

Back to Top

---

### How can I support this project?

Watch the film and see the painting if you can. Form your own opinion. Then, contact your national office and encourage them to do the same. We can only make so many attempts without being a bother.

Back to Top

---

### What is the future plan for this project?

Well, the film is traveling the globe on the international festival circuit. We'll know late 2007 how we fared.   We are also in the market for the right television outlet. That's all we're allowed to say on that...stay tuned!

As for the painting, it would be a shame for it to find a home anywhere other than Washington. (It was also in our plan to donate the original to National Headquarters) However, there has been some interest in acquisition by both public and private institutions. We're going to hold out as long as we can.

Back to Top

---

### How did you research your material?

We worked from a variety of stories and were extremely limited taking creative license with historical facts in order to preserve the integrity of the story, as we know it today. We consulted a variety of sources from the collections of Moreland Spingarn Research Center, New York Public Library Collection, Schomburg Center for Research and Culture, Widener Library at Harvard College and the Library of Congress.   In addition, we referenced Paula Gidding's _In Search of Sisterhood_, Mary E. Vroman's _Shaped to its Purpose_, Floris Barnett Cash's _African American Women and Social Action: The Clubwomen and Volunteerism from Jim Crow to the New Deal_ and doctoral dissertations. We also worked with several authors, historians and Delta consultants. Research was one of the more enjoyable aspects of our process.

Back to Top

---

### What's so important about this piece?

Think for a moment about the last time you walked into a fine arts museum among the historical paintings and saw African-American women who weren't serving, cooking, singing, dancing, eroticized or bound in submission. If you have, please share it, because we haven't. We're proud to have created an historical image of black women at the turn of the century in a monumental, collaborative, socio-political, intellectual endeavor.

Now think for a moment about documentary film. Where African-American women are concerned, you can count on one hand the number of historical films you've seen that deal solely with the experience of African-American women outside of slavery. This piece is also significant because it tells a largely untold story through the medium of film. These days it is unfortunate that non-Greeks often associate the black Greek experience with hazing. They probably also know our history is important, but they don't know why. This piece can explain the founding experience in less than 1 hour.

Back to Top

---

### Will you be coming to Regional or National Conventions?

We applied for a vendor's license and booth space at nationals. We were again denied in writing and threatened that "If you agree not to sell that print (Oriented to Serve) and we allow you to participate in the Exhibit Trade Show and you do sell that print, despite agreeing to not sell it, we will have you removed by security and we will not refund your fees" The letter went on to suggest that we were unreachable by phone. Needless to say, we found the entire ordeal rather disturbing.

Back to Top

---

### Did you comply with the wishes of the national office?

Yes. They wished us success with the project at the conclusion of the denial letter. They never once asked us not to proceed. They asked that we not misrepresent the support of notable Deltas and that we include a disclaimer. We did them both. All of our communication, the conclusion of the credits in the film and every page of our website contains the following disclaimer:

" The Black Sorority Project is an independent historical initiative and is in no way funded, supported, endorsed or promoted by the present day organization Delta Sigma Theta Sorority, Inc. The views expressed herein are objective, unbiased and based solely on scholarship and historical record."

Back to Top

---

### Will you do a series on all Black sororities?

Probably not, it was always our plan to tell the beginning of the black sorority movement. It just so happens that one

cannot in fairness tell the story of Delta Sigma Theta and not tell the story of Alpha Kappa Alpha because the stories are too closely intertwined. Some have argued that it is essentially one story told over a period of years from two differing perspectives. We also find this difference to represent a larger philosophical distinction between African-American women and how racial progress is best achieved.

Our interests as creative professionals go beyond Black Greek subject matter. There are many great stories to tell, historical and otherwise. We are committed to create high-quality productions of significant entertainment value for a variety of audiences.

Back to Top

---

### What was the most difficult part of the process for you?

The graphic effects were extremely tedious. For each minute of animation you see in the film, it required approximately 3-6 hours of design and rendering. Jamar was the lead effects designer and handled a tremendous workload for this film. As a result, he shaved a few years off of his life expectancy.

The entire project was a creative decathalon. We wrote, designed, filmed, cast, painted, researched and more. It was a wonderful challenge. We are happy to know that so many people have been pleased with the end result. We are also quite happy to be done.

Back to Top

---

### Was the fact that you are men a challenge in telling this story?

No, it was actually an insightful lesson. We both have great respect for African-American women. We are both husbands and sons to wonderful women and fathers to girls. African American women are no wilting flowers in our communities. As a matter of fact, they are often leaders in our homes, churches and families.

In addition, the Delta story was well preserved including a wonderful collection of colorful quotes directly from Delta Founders. We knew that building these characters was an achievable task for all of these reasons. In the end all of our characters and narrators were women. They ultimately brought the story to life.

Back to Top

Join the Black Sorority Project Mailinglist.

E-mail address: [          ] [ Join ]

Black Sorority Project © 2006 All Rights Reserved

Return Policy