# ZABASEARCH

Search by Phone Number | Search by Social Security Number | **Complete Background Check**

Search Any Full Name: louise rice
All States | Search | Advanced Search

## Public Information  Results Summary: 7 LOUISE RICE   Leave a message  Check messages  E-mail This Page  ZabaAlert

**LOUISE RICE - Background Check, 20 Year History**   Premium Listing
www.Intelius.com   Comprehensive Report. Criminal Records. Latest Contact Information.

**Find LOUISE RICE**   Premium Listing
www.Intelius.com   Get Current Phone and Address

**LOUISE RICE - 7 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: rice - louise - louise rice   Check YouTube

**LOUISE A RICE**   More Information on LOUISE A RICE
1152 MASON WOODS DR NE  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check Yellow Pages
ATLANTA, GA 30329  County   Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google - Background Check

**LOUISE A RICE**   More Information on LOUISE A RICE
1152 MASON WOODS DR NE  Map It  Recorded: 03/01/2006  LOUISE A RICE business listings  Check Yellow Pages
ATLANTA, GA 30329  County  (404) 634-3407  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google - Background Check

**LOUISE A RICE**  Born Nov 1940   More Information on LOUISE A RICE
3340 WHEELER RD  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check Yellow Pages
AUGUSTA, GA 30909  County  (706) 733-8078  Leave a message for LOUISE A RICE

DELTA SIGMA THETA SORORITY, INC. v. DEREK & JAMAR PRODUCTION, LLC      Doc. 6 Att. 2

**LOUISE A RICE**  Born Nov 1940   More Information on LOUISE A RICE
3340 WHEELER RD  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check Yellow Pages
AUGUSTA, GA 30909  County  (706) 733-8914  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google - Background Check

**LOUISE A RICE**  Born Nov 1940   More Information on LOUISE A RICE
3340 WHEELER RD  Map It  Recorded: Unknown  LOUISE A RICE business listings  Check Yellow Pages
AUGUSTA, GA 30909  County  (706) 736-5776  Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google - Background Check

**LOUISE RICE**   More Information on LOUISE RICE
2517 RICE DR  Map It  Recorded: 03/12/2002  LOUISE RICE business listings  Check Yellow Pages
BLAIRSVILLE, GA 30512  County  (706) 745-0934  Leave a message for LOUISE RICE
www.ZabaSearch.com/Google - Background Check

**LOUISE A RICE**   More Information on LOUISE A RICE
1152 MASON WD  Map It  Recorded: 04/15/2001  LOUISE A RICE business listings  Check Yellow Pages
DECATUR, GA 30033  County   Leave a message for LOUISE A RICE
www.ZabaSearch.com/Google - Background Check

**Can't find LOUISE RICE?**   Premium Listing
TRY THIS DATABASE

---

### Sidebar

**Public Records on LOUISE RICE**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found LOUISE RICE Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find LOUISE RICE**
Get current address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check LOUISE RICE National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

**ZABASEARCH**   Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name: angela robinson bellamy    All States ▼   Search  Advanced Search

**Public Information**  Results Summary: 6 ANGELA R BELLAMY / 19 A R BELLAMY / 24 ANGELA BELLAMY    Leave a message  Check messages  E-mail This Page  ZabaAlert

ANGELA ROBINSON BELLAMY - Background Check, 20 Year History    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
Find ANGELA ROBINSON BELLAMY                                              Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on ANGELA ROBINSON BELLAMY**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**ANGELA R BELLAMY - 6 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: bellamy - angela - angela robinson bellamy  Check YouTube

ANGELA R BELLAMY  Born 1952    More Information on ANGELA R BELLAMY
16601 84TH CT  Map It    Recorded: Unknown   ANGELA R BELLAMY business listings  Check Yellow Pages
MIAMI, FL 33157  County    Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

**Found ANGELA ROBINSON BELLAMY Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

ANGELA R BELLAMY  Born Dec 1973    More Information on ANGELA R BELLAMY
4523 ARCH ST  Map It    Recorded: 02/14/2004   ANGELA R BELLAMY business listings  Check Yellow Pages
ORLANDO, FL 32808  County    Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

**Find ANGELA ROBINSON BELLAMY**
Get current address and phone.
www.PeopleLookUp.com

ANGELA R BELLAMY  Born Dec 1973    More Information on ANGELA R BELLAMY
4523 ARCH ST  Map It    Recorded: Unknown   ANGELA R BELLAMY business listings  Check Yellow Pages
ORLANDO, FL 32808  County  (407) 295-0067    Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

**Criminal Records**
Check ANGELA ROBINSON BELLAMY National Criminal Records Search
www.Intelius.com

ANGELA R BELLAMY    More Information on ANGELA R BELLAMY
1912 ORANGE AVE  Map It    Recorded: 07/01/2001   ANGELA R BELLAMY business listings  Check Yellow Pages
SARASOTA, FL 34234  County    Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

ANGELA R BELLAMY    More Information on ANGELA R BELLAMY
2528 JANIE POE DR  Map It    Recorded: 03/26/2003   ANGELA R BELLAMY business listings  Check Yellow Pages
SARASOTA, FL 34234  County    Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

ANGELA R BELLAMY    More Information on ANGELA R BELLAMY
2528 JANIE POE DR  Map It    Recorded: 08/08/2003   ANGELA R BELLAMY business listings  Check Yellow Pages
SARASOTA, FL 34234  County  (941) 954-1670    Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

**A R BELLAMY - 19 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - angela robinson bellamy  Check YouTube

ANTHONY R BELLAMY  Born Mar 1958    More Information on ANTHONY R BELLAMY
2954 THOMAS ST  Map It    Recorded: 07/01/2001   ANTHONY R BELLAMY business listings  Check Yellow Pages
JACKSONVILLE, FL 32254  County    Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

ANTHONY R BELLAMY    More Information on ANTHONY R BELLAMY
33730 CRESTWOOD AVE  Map It    Recorded: 08/14/2002   ANTHONY R BELLAMY business listings  Check Yellow Pages
LEESBURG, FL 34788  County    Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

ANTHONY R BELLAMY    More Information on ANTHONY R BELLAMY
2903 LEONARD WEAVER BLVD  Map It    Recorded: 03/12/2002   ANTHONY R BELLAMY business listings  Check Yellow Pages
MELBOURNE, FL 32901  County    Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

ANTHONY R BELLAMY    More Information on ANTHONY R BELLAMY
325 UNIVERSITY BLVD  Map It    Recorded: 03/12/2002   ANTHONY R BELLAMY business listings  Check Yellow Pages
MELBOURNE, FL 32901  County    Leave a message for ANTHONY R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

ANGELA R BELLAMY  Born 1952    More Information on ANGELA R BELLAMY
16601 84TH CT  Map It    Recorded: Unknown   ANGELA R BELLAMY business listings  Check Yellow Pages
MIAMI, FL 33157  County    Leave a message for ANGELA R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

ALICE R BELLAMY  Born May 1947    More Information on ALICE R BELLAMY
8201 34TH AVE  Map It    Recorded: 07/01/2001   ALICE R BELLAMY business listings  Check Yellow Pages
MIAMI, FL 33147  County    Leave a message for ALICE R BELLAMY
www.ZabaSearch.com/Google  -  Background Check

# ZABASEARCH

Search by Phone Number | Search by Social Security Number | **Complete Background Check**

Search Any Full Name: andreal shelton    [All States ▼]    Search  Advanced

## Public Information

Results Summary: **2 ANDREAL SHELTON** / **7 ANDREAL**    Leave a message    Check messages    E-mail This Page    ZabaAlert

**ANDREAL SHELTON - Background Check, 20 Year History**    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find ANDREAL SHELTON**    Premium Listing
www.Intelius.com  Get Current Phone and Address

**ANDREAL SHELTON - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: shelton - andreal - andreal shelton   Check YouTube

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
10707 APPLEBERRY LN  Map It   Recorded: Unknown  ANDREAL Y SHELTON business listings  Check Yellow Pages
CHARLOTTE, NC 28214 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
5606 PACES GLEN AVE   Map It   Recorded: 07/24/2003  ANDREAL Y SHELTON business listings  Check Yellow Pages
CHARLOTTE, NC 28212 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL - 7 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - -  andreal shelton   Check YouTube

**ANDREAL MUHANUMI**    More Information on ANDREAL MUHANUMI
128 RIDGE DR  Map It   Recorded: 01/28/2002  ANDREAL MUHANUMI business listings  Check Yellow Pages
ASHEVILLE, NC 28804 County    Leave a message for ANDREAL MUHANUMI
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL L CALDWELL** Born 1968    More Information on ANDREAL L CALDWELL
634 ARCHDALE DR  Map It   Recorded: 10/14/2003  ANDREAL L CALDWELL business listings  Check Yellow Pages
CHARLOTTE, NC 28217 County    Leave a message for ANDREAL L CALDWELL
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
10707 APPLEBERRY LN  Map It   Recorded: Unknown  ANDREAL Y SHELTON business listings  Check Yellow Pages
CHARLOTTE, NC 28214 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL Y SHELTON** Born 1962    More Information on ANDREAL Y SHELTON
5606 PACES GLEN AVE   Map It   Recorded: 07/24/2003  ANDREAL Y SHELTON business listings  Check Yellow Pages
CHARLOTTE, NC 28212 County    Leave a message for ANDREAL Y SHELTON
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL WILKINS**    More Information on ANDREAL WILKINS
2944 OLD FRANKLIN RD  Map It   Recorded: 12/01/2005  ANDREAL WILKINS business listings  Check Yellow Pages
SPRING HOPE, NC 27882 County    Leave a message for ANDREAL WILKINS
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL WILKINS** Born Sep 1962    More Information on ANDREAL WILKINS
2944 OLD FRANKLIN RD  Map It   Recorded: 09/01/2005  ANDREAL WILKINS business listings  Check Yellow Pages
SPRING HOPE, NC 27882 County  (252) 478-3614   Leave a message for ANDREAL WILKINS
www.ZabaSearch.com/Google  -  Background Check

**ANDREAL DAVIS**    More Information on ANDREAL DAVIS
202 LEE ST NE  Map It   Recorded: 08/17/2004  ANDREAL DAVIS business listings  Check Yellow Pages
WILSON, NC 27893 County    Leave a message for ANDREAL DAVIS
www.ZabaSearch.com/Google  -  Background Check

**Can't find ANDREAL SHELTON?**    Premium Listing

---

**Public Records on ANDREAL SHELTON**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found ANDREAL SHELTON Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**Find ANDREAL SHELTON**
Get current address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check ANDREAL SHELTON National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com