EXHIBIT 1



National President
National Executive Board

## NATIONAL EXECUTIVE BOARD



Anti-Hazing Statement
Delta Website Guidelines
Restricted Area

Calendar of Events

**Meets Quarterly**
Executive Committee
Scholarship & Standards Committee
Finance Committee
(Oct or Nov, Feb and May)

**Dr. Louise A. Rice**
23rd National President


**Cynthia M. A. Butler-McIntyre**
National First Vice President


**Eunique N. Jone**
National Second Vice P


**Pamela E. Smith**
National Secretary


**Carolyn E. Lewi**
National Treasur

**Immediate Past National President**
Gwendolyn E. Boyd
22nd President

**Regional Officers (Elected)**

**Central Region**
Marcia L Williams, Director
Alexandra Nicole Harmon-Threatt, Representative

**Eastern Region**
Wendy J. Johnson, Director
Roniesha Lajoi Copeland, Representative

**Farwest Region**
Tressa Latham Williams, Director
September C Hargrove, Representative

**Midwest Region**
Darlene Pollard, Director
Connie Y. Chipp, Representative

**South Atlantic Region**
Yvette Gooden Robinson, Director
Natalie Renee' Pennywell, Representative

**Southern Region**
Cynthia R Boyd, Director
Nykeah LaShawn Cohen, Representative

**Southwest Region**

Gwendolyn Grant, Director
Jacqueline Mariah Cooper, Representative

**National Committee Chairs**
(Elected and Appointed)

Renee L. Harper
Chair, Finance

Mary B. Sutton
Chair, National Nominating

Dr. Thelma T. Daley
Chair, Constitution and Bylaws

Lois J. Gilder
Chair, Heritage and Archives

Theresa E. Loveless
Chair, Housing and Properties

Deborah Peaks Coleman
Co-Chair, Information and Communications

Therese A. Griffin
Co-Chair, Information and Communications

Terri Prunty
Chair, Internal Audit Committee

Ann D. Jones, Ph.D.
Chair, Leadership Academy

Jeri Rochelle Durham
Co-Chair, Leadership Academy

Josephine Daniels
Chair, Membership Services

Anne O'Neill McGintis
Co-Chair, Membership Services

Patricia Watkins Lattimore
Chair, Personnel

Maxine Richardson Cormier
Co-Chair, Program Planning Development

Pamela Ross, M. D.
Co-Chair Program Planning Development Committee

The Honorable Alexis M. He[rman]
Honorary Chair, Social Action Commission

Dr. Julianne Malveaux
Honorary Chair, Social Action Commission

The Honorable Marcia L. Fu[dge]
Co-Chair, Social Action Com[mission]

Suzzanne Douglas Cobb
Honorary Chair, Arts and Le[tters] Commission

Sheryl Lee Ralph
Honorary Chair, Arts and Le[tters] Commission

Dr. Wanda Goins Brockingt[on]
Co-Chair, Arts and Letters C[ommission]

Marcia Butler Holt
Co-Chair, Arts and Letters C[ommission]

Dr. Nancy E. Randolph
Co-Chair, Ritual and Cerem[ony] Commission

Dolores Sennette
Co-Chair, Ritual and Cerem[ony] Commission

**Ex-Officio Members of the Board**

Dr. Alison J. Harmon
President, DREF

June Perdue Jenkins
Chair, Technology Task Force

Andre'al Yevette Shelton
Chair, Documents Review Task Force

Dr. Paulette C. Walker
Chair, Long Range Planning Task Force

Betty Allen McGill
Chair, Protocol and Traditions

Angela Robinson Bellamy
Chair, Negotiating Task Force

Roseline McKinney
Executive Director

Copyright © 2005 - 2006 Delta Sigma Theta Sorority, Inc. All rights reserved




Eastern Region Leadership Team
State Coordinators | State Facilitators | Committees and Task Forces
Eastern Region National Officers and National Executive Board Members
Eastern Region National Committees & Commission Members
Past Regional Directors | Past Regional Representatives

## Regional Leadership

**Eastern Region Leadership Team**

| | |
|---|---|
| **Regional Director** | Wendy J. Johnson |
| **Regional Representative** | Roniesha Copeland |
| **National Second Vice President** | Eunique Jones |
| **Chair, National Finance Committee** | Renee L. Harper |
| **Member, National Finance Committee** | Myrna Phillips Oakley |
| **Member, National Nominating Committee** | Karen Willis |
| **Member, National Scholarship and Standards** | Mary Hudson |
| **Member, National Scholarship and Standards** | Jackie Iloh |
| **Chair, Regional Nominating Committee** | Barbara Y. Wellons |
| **Member, Regional Nominating Committee** | Natalie Carithers |
| **Member, Regional Nominating Committee** | Sandra Brockington Gould |
| **Collegiate Member, Regional Nominating** | Stephanie Thompson |
| **Member, Regional Nominating Committee** | Oedies Veronica Williams |
| | |
| **Regional Secretary** | Charlene L. Gairey |
| **Assistant Regional Secretary** | Dolores Hurt |
| **Assistant Regional Secretary** | Michelle B. Jenkins |
| **Assistant Regional Secretary** | Kiyonda Hill Powell |
| **Assistant Regional Secretary** | Kim M. Williamson |
| **Regional Journalist** | Sherita Thomas |

**UPCOMING**

March 10,
Regional Day of

April 200
Financial Fortitu

April 14, 2
Regional Me
Secaucus, New

May 2-6, 2
Regional Sisterho
Heidelberg, G

July 20 - 22,
Eastern Regional
Hartford, Conr

| | |
|---|---|
| **Regional Program Coordinator** | Angela Ewell-Madison |
| **Regional Program Co-Coordinator** | Takita Mason |

**State Coordinators**

| | |
|---|---|
| Connecticut | Cheryl Williams |
| Delaware | Elizabeth Neal |
| International | Kim Wiggins |
| Maryland | Robin Jacobs |
| New Jersey | Doreen Dixon |
| New York Metro | Gail Mitchell |
| New York Upstate | Dr. Bonita Durand |
| Pennsylvania | Ethel Grundy |
| Tri-State | Brenda Harley |
| Virgin Islands | Vernelle DeLaGarde |
| Washington DC | Emily Carroll |

**State Facilitators**

| | |
|---|---|
| Connecticut | Dominique Johnson |
| Maryland | Lori Garibay |
| New York Metro | Renee Channer |
| New York Upstate | Shantel Morris |
| Pennsylvania | Joanna Lane |
| Tri-State | Onika Williams |
| Washington DC | Folashade Adebowale |

**Committees and Task Forces**

| | |
|---|---|
| Advisors Task Force, Chair | Sharon L. Williams |
| Advisors Task Force, Co-Chair | T. Renee Randleman |
| Arts and Letters, Honorary Chair | Suzzanne Cobb Douglas |
| Arts and Letters, Co-Chair | Anne Brown Scott |
| Arts and Letters, Co-Chair | Yolanda Rodgers |
| Chaplain | The Right Rev. Dr. Vashti Murphy McKenzie |
| Chaplains Council | Rev. Dr. Natalie Alford |
| Chaplains Council | Rev. Dr. Joann Browning |
| Collegiate Connection Task Force, Co-Chair | Krysta Copeland |
| Collegiate Connection Task Force, Co-Chair | Traci Price |
| Communications Task Force, Co-Chair | Karla Jones Penn |
| Communications Task Force, Co-Chair | Dawn Angelique Jones |
| Delta Dear Task Force, Co-Chair | Veronica C. Taylor |
| Delta Dear Task Force, Co-Chair | Gabrielle A. Thomas |
| Economic Development, Chair | Sheila Ogilvie |
| Event Planning, Chair | Ruth E. Johnson |
| Event Planning, Co-Chair | Regina A. Wells |
| Health and Wellness Task Force, Co- | Venida Y. Hamilton |

| Role | Name |
|---|---|
| Chair | |
| Health and Wellness Task Force, Co-Chair | Jo Ann W. Scipio |
| Homeownership Initiative, Chair | Corlette D. Mays |
| Immediate Past Director, Eastern Region | Cheryl A. Hickmon |
| Immediate Past Representative, Eastern Region | Chantel Lee |
| Leadership Development Program | Gwendolyn E. Boyd |
| Leadership Development Program | Elsie Cooke-Holmes |
| Leadership Development Program | Pamela Jackson Hall |
| Membership Intake Task Force, Chair | Stephanie V. Lee |
| Membership Intake Task Force, Co-Chair | Julia Price |
| Membership Services Task Force, Chair | Deborah Hayes |
| Membership Services Task Force, Co-Chair | Barnelle R. Herring |
| Project A.C.E., Tri-Chair | Alicia N. Beatty |
| Project A.C.E., Tri-Chair | Tanya M. Guzman |
| Project A.C.E., Tri-Chair | Francine(Frankie) Ross-Roden |
| Protocol Committee, Chair | C. Jeanne Costley |
| Protocol Committee, Co-Chair | Kisha Watkins |
| Reactivation Task Force, Chair | Leslie A. Anderson |
| Reactivation Task Force, Co-Chair | Jacqueline C. Wilder |
| Regional Projects | Violet Marie Childs |
| Regional Projects | D. Parthenia Cogdell |
| Regional Projects | Kim Lloyd |
| Regional Projects | Jean Phillips |
| Regional SEE Coordinator | Tara Wade |
| Social Action Coordinator | Kimberly Y. Robinson |
| Technology Task Force, Chair | Nichelle Poe |
| Training Task Force, Chair | Deborah Stapleton |
| Training Task Force, Co-Chair | Deloris Johnson Drakes |
| Chair, 2006 National Convention | Rita L. Waters |

**Eastern Region National Officers and National Executive Board Members**

| Role | Name |
|---|---|
| Regional Director | Wendy J. Johnson |
| Regional Representative | Roniesha Copeland |
| National Second Vice President | Eunique Jones |
| National Chaplain | The Right Rev. Dr. Vashti Murphy McKenzie |
| National Legal Advisor | Devarieste Curry, Esquire |
| Immediate Past National President | Gwendolyn E. Boyd |
| Chair, National Finance | Renee L. Harper |
| Honorary Chair, Arts and Letters | Suzzanne Cobb Douglas |
| Chair, Constitution and Bylaws | Dr. Thelma T. Daley |

| | |
|---|---|
| Co-Chair, Information and Communications | Deborah Peaks Coleman |
| Chair, Personnel | Patricia Watkins Lattimore |
| Co-Chair, Personnel | Elsie L. Cooke-Holmes |
| Co-Chair, Ritual and Ceremonies | Dr. Nancy E. Randolph |
| Honorary Chair, Social Action | Dr. Julianne Malveaux |

**Eastern Region National Committee and Commission Members**

| | |
|---|---|
| Arts and Letters | Joe Ann Oatis |
| | C. Gloria Akers |
| Constitution and Bylaws | Veleter B Mazyck |
| Heritage and Archives | Barnelle R. Herring |
| | Frances L Murphy |
| Housing & Properties | Chantel Hampton |
| | Gloria J Hardiman-Tobin |
| | Faye Reese Clark |
| Information and Communications | Laura Byrd |
| Leadership Academy | Deloris Johnson Drakes |
| | Mabel Murray |
| Long Range Planning | Charlene L. Gairey |
| Program Planning and Development | Venida Young Hamilton |
| | Yewande Johnson, MD |
| | Sybil Knight-Burney |
| | Sheila Martin Dobbins, Ph. D. |
| | Angela Ewell-Madison |
| | Barbara M. Moseley-Davis |
| | Theri Alyce Pickens |
| Protocol and Traditions | C Jeanne Costley |
| | Dorothy Clark |
| Ritual and Ceremonies | Gail Mitchell |
| Scholarship and Standards | Mary Hudson |
| Social Action Commission | Dr. Julianne Malveaux |
| | Cora Masters Barry |
| | Linda Cropp |
| | Deborah Hayes |
| | Ruth E. Johnson |
| | Ernestine Jones Jolivet |
| | Marcella Maxwell |
| | Mary Redd |
| Technology | Nichelle Poe |

**Past Regional Directors**

| | |
|---|---|
| Dorothy Pelham Beckley | 1925-1926 |
| Florence Baugh Evans | 1926-1929 |
| Gladys Byram Shepherd | 1929-1931 |
| Loraine Heathcock | 1931-1934 |
| Mary J. Nightengale | 1934-1938 |
| Reba Bowens | 1938-1942 |

| | |
|---|---|
| Marian Palmer Capps | 1942-1946 |
| Muriel Johnson Jenkins | 1946-1950 |
| Pauline T. Weedon | 1950-1954 |
| Jennie D. Taylor | 1954-1958 |
| Dorothy Shaed Proctor | 1958-1964 |
| Constance Clayton | 1964-1968 |
| Christine James Moore | 1968-1970 |
| Marva Scott Stark | 1970-1972 |
| Brin Hawkins | 1972-1974 |
| Marilyn Tolbert Holmes | 1974-1976 |
| Chappelle Armstead-Armstrong | 1976-1980 |
| Dorothy B. Stanley | 1980-1984 |
| Madeline Young Lawson | 1984-1989 |
| Gwendolyn E. Boyd | 1989-1993 |
| Guessippina Bonner | 1993-1997 |
| Elsie Cooke-Holmes | 1997-2001 |
| Cheryl A. Hickmon | 2001-2005 |

**Past Regional Representatives**

| | |
|---|---|
| Patricia (Ford) MacIntosh | 1970-1972 |
| Mariena Green | 1972-1974 |
| Sharon Childs | 1974-1976 |
| Vanessa Kidd | 1976-1978 |
| Andrea Blackwell | 1978-1980 |
| Nina R. Hickson | 1980-1982 |
| Sylvia Quinton | 1982-1984 |
| Tamara K. Marshall | 1984-1986 |
| Francello (Phillips) Calhoun | 1986-1989 |
| Alonda (Cannady) Williams | 1989-1991 |
| Louise G. Spencer | 1991-1993 |
| Pamela D. Jackson | 1993-1995 |
| Erika Watson | 1995-1996 |
| Angela Williams | 1996-1997 |
| Dione A. Vieira | 1997-1999 |
| Katrina Grays | 1999 |
| Kiyonda Hill | 1999-2001 |
| Anita Jewel Barksdale | 2001-2003 |
| Chantel L. Lee | 2003-2005 |

Any questions concerning the web site,
should be sent to eastwebmaster@EASTERNREGIONDST.ORG

Copyright © 2005 - 2006 - 2006 Delta Sigma Theta Sorority Incorporated, ALL RIGHTS RESERVED



KNOWLEDGE   NETWORKING   LEADERSHIP   Programs   Calendar   Around the Region

## Farwest National Officers & Committee Memb 2005 - 2006

Updated November 3, 2005

| OFFICERS/NATIONAL EXECUTIVE BOARD | Name |
|---|---|
| Director | Tressa L. Williams |
| Representative | September Hargrove |
| National Secretary | Doris McEwen |
| Co-Chair, Leadership Academy | Jeri R. Durham |
| Honorary Co-chair, Arts & Letters Commission | Sheryl Lee Ralph |
| Honorary Co-chair, Leadership Academy | Johnnie B. Rawlinson, Esq. |
| Chair, Protocol & Traditions | Betty Allen McGill |
| President, DREF | Mona H. Bailey |

| COMMITTEE & COMMISSION MEMBERS | |
|---|---|
| Arts & Letters Commission | Jacqueline B. Hairston |
| | Sheryl Lee Ralph |
| Constitution & Bylaws Committee | Gwendolyn Sherard Bishop |
| | Addie Jean Haynes |
| | Joanne E. Smallwood |
| Distinguished Professor Endowed Chair | Dr. Carolyn Bush Stuckey |
| | Eva Delois Grant |
| Heritage & Archives Committee | Esther M. Johnson |
| Housing & Properties | Nylia Stewart Burch |
| | Dannette Y. Mitchell |
| Information & Communications | Keannya L. Hagan |
| | Theresa Lynn Johnson |
| Leadership Academy | Patricia A. Lee |

|  | Dr. Sandra Mack |
|---|---|
|  | Remi Mustapha |
| Long Range Planning Task Force | Lydia Cincore Templeton |
|  | Cesilye Rene Williams |
| Membership Services Committee | Linda Cumby |
|  | Lorraine Dabney |
|  | Shirley Davis |
| Negotiating Task Force | Linda Watts Evans |
| Nominating Committee | Essie Jeffries |
| Program Planning & Development Committee | Dr. LaVerne Davis |
|  | Anshantia Corene Oso |
| Protocol & Traditions | Iola W. James |
| Ritual & Ceremonies Commission | Mona H. Bailey |
|  | Kathleen S. Christy |
|  | Regina Pridgeon |
| Scholarship & Standards Committee | Candace Hill-Lewis |
| Social Action Commission | Courtney A. Bowden |
|  | Patricia Reed-Cunningham |
| Technology Task Force | Robin Rice Hodges |

You are visitor 39549
2006 Delta Sigma Theta Sorority, Inc. ~ Farwest Region
Questions, Comments? Email the webmistress