# ZABASEARCH

Search by Phone Number   Search by Social Security Number   **Complete Background Check**

Search Any Full Name: pamela ross     All States

Search   Advanced Search

**Public Information**   Results Summary: **45 PAMELA ROSS**   Leave a message   Check messages   E-mail This Page   ZabaAlert

**PAMELA ROSS - Background Check, 20 Year History**   Premium Listing
www.Intelius.com   Comprehensive Report. Criminal Records. Latest Contact Information.

**Find PAMELA ROSS**   Premium Listing
www.Intelius.com   Get Current Phone and Address

**PAMELA ROSS - 45 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
Check messages for: ross - pamela - pamela ross   Check YouTube

**PAMELA O ROSS** Born 1962    More Information on PAMELA O ROSS
3301 KING ST   Map It   Recorded: 03/30/2003   PAMELA O ROSS business listings   Check Yellow Pages
ALEXANDRIA, VA 22302 County    Leave a message for PAMELA O ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA O ROSS** Born 1962    More Information on PAMELA O ROSS
7200 FAIRCHILD DR   Map It   Recorded: 03/12/2002   PAMELA O ROSS business listings   Check Yellow Pages
ALEXANDRIA, VA 22306 County (703) 768-2463    Leave a message for PAMELA O ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA J ROSS** Born Sep 1968    More Information on PAMELA J ROSS
20 OLD GLEBE RD   Map It   Recorded: 03/12/2004   PAMELA J ROSS business listings   Check Yellow Pages
ARLINGTON, VA 22204 County (703) 892-2711    Leave a message for PAMELA J ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA ROSS** Born 1954    More Information on PAMELA ROSS
749 HAMILTON RD   Map It   Recorded: Unknown   PAMELA ROSS business listings   Check Yellow Pages
BASSETT, VA 24055 County (276) 629-7025    Leave a message for PAMELA ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA A ROSS**    More Information on PAMELA A ROSS
133 WOODLAKE DR   Map It   Recorded: Unknown   PAMELA A ROSS business listings   Check Yellow Pages
CHARLOTTESVILLE, VA 22901 County    Leave a message for PAMELA A ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA ROSS**    More Information on PAMELA ROSS
420 WAKEMAN CT   Map It   Recorded: Unknown   PAMELA ROSS business listings   Check Yellow Pages
CHRISTIANSBURG, VA 24073 County (540) 381-2652    Leave a message for PAMELA ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA ROSS**    More Information on PAMELA ROSS
420 WAKEMAN CT   Map It   Recorded: Unknown   PAMELA ROSS business listings   Check Yellow Pages
CHRISTIANSBURG, VA 24073 County (540) 382-1704    Leave a message for PAMELA ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA B ROSS** Born May 1952    More Information on PAMELA B ROSS
5052 HEAD CT   Map It   Recorded: 01/28/2002   PAMELA B ROSS business listings   Check Yellow Pages
FAIRFAX, VA 22032 County    Leave a message for PAMELA B ROSS
www.ZabaSearch.com/Google - Background Check

**PAMELA ROSS** Born May 1925    More Information on PAMELA ROSS

---

**Public Records on PAMELA ROSS**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found PAMELA ROSS Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**Find PAMELA ROSS**
Get current address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check PAMELA ROSS National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

LINDALE, TX 75771 County    Leave a message for JUNE M JENKINS
www.ZabaSearch.com/Google  -  Background Check

JUNE M JENKINS Born Feb 1955    More Information on JUNE C JENKINS
    Leave a message for JUNE M JENKINS
www.ZabaSearch.com/Google  -  Background Check

JUNE P JENKINS Born Oct 1962    More Information on JUNE P JENKINS
5421 PALACE DR   Map It   Recorded: 03/10/2004   JUNE P JENKINS business listings   Check Yellow Pages
RICHARDSON, TX  75082  County    Leave a message for JUNE P JENKINS
www.ZabaSearch.com/Google  -  Background Check

JUNE P JENKINS Born Oct 1962    More Information on JUNE P JENKINS
5421 PALACE DR   Map It   Recorded: 01/28/2004   JUNE P JENKINS business listings   Check Yellow Pages
RICHARDSON, TX  75082  County  (972) 644-2786    Leave a message for JUNE P JENKINS
www.ZabaSearch.com/Google  -  Background Check

Can't find JUNE JENKINS?                                    Premium Listing
TRY THIS DATABASE
Background Check on JUNE JENKINS                            Premium Listing
www.PeopleLookUp.com  20 Year History

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:** june jenkins                          [All States ▼]  [Search]
Advanced Search

ZABASEARCH being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages   Yellow Pages   30,000+ Free Databases   Top 25 Searches   Your Current Location   ZabaAlerts!   Message Archive

Privacy
© 2007 ZABA Inc.

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
Search Any Full Name: dolores sennette          All States   Search  Advanced Search

**Public Information**  Results Summary: **2 DOLORES SENNETTE** / **5 D SENNETTE**   Leave a message  Check messages  E-mail This Page  ZabaAlert

**DOLORES SENNETTE** - Background Check, 20 Year History                    Premium Listing
www.intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find DOLORES SENNETTE**                                                    Premium Listing
www.intelius.com  Get Current Phone and Address

**Public Records on DOLORES SENNETTE**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**DOLORES SENNETTE - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: sennette - dolores - dolores sennette   Check YouTube

**DOLORES C SENNETTE** Born Dec 1934   More Information on DOLORES C SENNETTE
3467 ELINOR ST  Map It  Recorded: 05/17/2001  DOLORES C SENNETTE business listings  Check Yellow Pages
BEAUMONT, TX  77705  County  **(409) 842-3498**   Leave a message for DOLORES C SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DOLORES A SENNETTE**   More Information on DOLORES A SENNETTE
3467 ELINOR ST  Map It  Recorded: Unknown  DOLORES A SENNETTE business listings  Check Yellow Pages
BEAUMONT, TX  77705  County  **(409) 842-3498**   Leave a message for DOLORES A SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**Found DOLORES SENNETTE Information**
Current Phone Number, Address and Age was Located in our Database
www.intelius.com

**Find DOLORES SENNETTE**
Get current address and phone.
www.PeopleLookUp.com

**D SENNETTE - 5 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - dolores sennette   Check YouTube

**DOLORES C SENNETTE** Born Dec 1934   More Information on DOLORES C SENNETTE
3467 ELINOR ST  Map It  Recorded: 05/17/2001  DOLORES C SENNETTE business listings  Check Yellow Pages
BEAUMONT, TX  77705  County  **(409) 842-3498**   Leave a message for DOLORES C SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**Criminal Records**
Check DOLORES SENNETTE National Criminal Records Search
www.intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.intelius.com

**DOLORES A SENNETTE**   More Information on DOLORES A SENNETTE
3467 ELINOR ST  Map It  Recorded: Unknown  DOLORES A SENNETTE business listings  Check Yellow Pages
BEAUMONT, TX  77705  County  **(409) 842-3498**   Leave a message for DOLORES A SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DWAYNE SENNETTE** Born Oct 1968   More Information on DWAYNE SENNETTE
550 22ND ST  Map It  Recorded: Unknown  DWAYNE SENNETTE business listings  Check Yellow Pages
GEORGETOWN, TX  78626  County   Leave a message for DWAYNE SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DONALD SENNETTE** Born Apr 1946   More Information on DONALD SENNETTE
1126 12TH ST  Map It  Recorded: 05/01/2006  DONALD SENNETTE business listings  Check Yellow Pages
PORT ARTHUR, TX  77640  County   Leave a message for DONALD SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**DANNY R SENNETTE** Born Dec 1956   More Information on DANNY R SENNETTE
502 AUSTIN ST  Map It  Recorded: 05/17/2001  DANNY R SENNETTE business listings  Check Yellow Pages
WEBSTER, TX  77598  County   Leave a message for DANNY R SENNETTE
www.ZabaSearch.com/Google  -  Background Check

**Can't find DOLORES SENNETTE?**                              Premium Listing
TRY THIS DATABASE
**Background Check on DOLORES SENNETTE**                      Premium Listing
www.PeopleLookUp.com  20 Year History

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
Search Any Full Name: dolores sennette          All States   Search  Advanced Search

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

# ZABASEARCH

Search by Phone Number   Search by Social Security Number   **Complete Background Check**

Search Any Full Name: marcia holt   All States ⇕   Search   Advanced Search

---

**Public Information**   Results Summary: 5 MARCIA HOLT   Leave a message   Check messages   E-mail This Page   ZabaAlert

**MARCIA HOLT** - Background Check, 20 Year History — Premium Listing
www.Intelius.com   Comprehensive Report. Criminal Records. Latest Contact Information.

**Find MARCIA HOLT** — Premium Listing
www.Intelius.com   Get Current Phone and Address

**MARCIA HOLT - 5 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
Check messages for: holt - marcia - marcia holt   Check YouTube

**MARCIA L HOLT** Born Nov 1954   More Information on MARCIA L HOLT
125 MCKAYS CT   Map It   Recorded: 01/01/2006   MARCIA L HOLT business listings   Check Yellow Pages
BRENTWOOD, TN 37027 County   Leave a message for MARCIA L HOLT
www.ZabaSearch.com/Google - Background Check

**MARCIA B HOLT** Born Sep 1962   More Information on MARCIA B HOLT
821 CHANDLER GRV   Map It   Recorded: 02/01/2002   MARCIA B HOLT business listings   Check Yellow Pages
HERMITAGE, TN 37076 County   Leave a message for MARCIA B HOLT
www.ZabaSearch.com/Google - Background Check

**MARCIA L HOLT** Born Jan 1964   More Information on MARCIA L HOLT
911 NORTHFIELD BLVD   Map It   Recorded: 02/03/2004   MARCIA L HOLT business listings   Check Yellow Pages
MURFREESBORO, TN 37130 County   Leave a message for MARCIA L HOLT
www.ZabaSearch.com/Google - Background Check

**MARCIA L HOLT** Born Jan 1964   More Information on MARCIA L HOLT
2839 SUTHERLAND DR   Map It   Recorded: 11/28/2003   MARCIA L HOLT business listings   Check Yellow Pages
THOMPSONS STATION, TN 37179 County   (615) 591-7356   Leave a message for MARCIA L HOLT
www.ZabaSearch.com/Google - Background Check

**MARCIA L HOLT** Born Jan 1964   More Information on MARCIA L HOLT
2839 SUTHERLAND DR   Map It   Recorded: 11/28/2003   MARCIA L HOLT business listings   Check Yellow Pages
THOMPSONS STATION, TN 37179 County   (615) 595-9112   Leave a message for MARCIA L HOLT
www.ZabaSearch.com/Google - Background Check

**Can't find MARCIA HOLT?** — Premium Listing
TRY THIS DATABASE
**Background Check on MARCIA HOLT** — Premium Listing
www.PeopleLookUp.com   20 Year History

---

**Public Records on MARCIA HOLT**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found MARCIA HOLT Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find MARCIA HOLT**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check MARCIA HOLT
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number   Search by Social Security Number   **Complete Background Check**
Search Any Full Name: marcia holt   All States ⇕
Search   Advanced Search