# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name: nancy randolph        All States ▼  Search  Advanced Search

**Public Information**  Results Summary: **17 NANCY RANDOLPH / 73 N RANDOLPH**    Leave a message  Check messages  E-mail This Page  ZabaAlert

**NANCY RANDOLPH** - Background Check, 20 Year History     Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find NANCY RANDOLPH**                                    Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on NANCY RANDOLPH**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**NANCY RANDOLPH - 17 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for:  randolph - nancy - nancy randolph   Check YouTube

**Found NANCY RANDOLPH Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**NANCY O RANDOLPH** Born Dec 1948     More Information on NANCY O RANDOLPH
907 JUNIPER PL  Map It   Recorded: Unknown  NANCY O RANDOLPH business listings  Check Yellow Pages
ALEXANDRIA, VA  22304  County  (703) 212-0766   Leave a message for NANCY O RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**Find NANCY RANDOLPH**
Get current
address and phone.
www.PeopleLookUp.com

**NANCY O RANDOLPH** Born 1949     More Information on NANCY O RANDOLPH
907 JUNIPER PL  Map It   Recorded: 03/01/2006  NANCY O RANDOLPH business listings  Check Yellow Pages
ALEXANDRIA, VA  22304  County  (703) 212-0766   Leave a message for NANCY O RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**Criminal Records**
Check NANCY RANDOLPH
National Criminal Records Search
www.Intelius.com

**NANCY E RANDOLPH** Born Aug 1933     More Information on NANCY E RANDOLPH
7500 OVERLOOK PL  Map It   Recorded: Unknown  NANCY E RANDOLPH business listings  Check Yellow Pages
ANNANDALE, VA  22003  County  (703) 642-6552   Leave a message for NANCY E RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY E RANDOLPH** Born 1955     More Information on NANCY E RANDOLPH
10040 ISLAND FOG CT  Map It   Recorded: 08/14/2002  NANCY E RANDOLPH business listings  Check Yellow Pages
BRISTOW, VA  20136  County   Leave a message for NANCY E RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**NANCY M RANDOLPH** Born Jun 1961     More Information on NANCY M RANDOLPH
151 BEL GRENE DR  Map It   Recorded: Unknown  NANCY M RANDOLPH business listings  Check Yellow Pages
FISHERSVILLE, VA  22939  County  (540) 941-8817   Leave a message for NANCY M RANDOLPH

**NANCY M RANDOLPH** Born Jun 1961     More Information on NANCY M RANDOLPH
151 BEL GRENE DR  Map It   Recorded: 11/28/2003  NANCY M RANDOLPH business listings  Check Yellow Pages
FISHERSVILLE, VA  22939  County  (540) 941-8819   Leave a message for NANCY M RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY M RANDOLPH**       More Information on NANCY RANDOLPH
(757) 583-8086   Leave a message for NANCY M RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born 1937     More Information on NANCY S RANDOLPH
1017 HIOAKS RD  Map It   Recorded: 04/01/2006  NANCY S RANDOLPH business listings  Check Yellow Pages
RICHMOND, VA  23225  County  (804) 272-5550   Leave a message for NANCY S RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born 1937     More Information on NANCY S RANDOLPH
1920 STONEWALL AVE  Map It   Recorded: Unknown  NANCY S RANDOLPH business listings  Check Yellow Pages
RICHMOND, VA  23225  County   Leave a message for NANCY S RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born 1937     More Information on NANCY S RANDOLPH
1920 STONEWALL AVE  Map It   Recorded: 07/01/2005  NANCY S RANDOLPH business listings  Check Yellow Pages
RICHMOND, VA  23225  County  (804) 232-5891   Leave a message for NANCY S RANDOLPH
www.ZabaSearch.com/Google  -  Background Check

**NANCY S RANDOLPH** Born Sep 1937     More Information on NANCY S RANDOLPH
1920 STONEWALL AVE  Map It   Recorded: 01/29/2004  NANCY S RANDOLPH business listings  Check Yellow Pages
RICHMOND, VA  23225  County  (804) 232-5891   Leave a message for NANCY S RANDOLPH



## Department of Mass Communications and Journalism
Accredited by the Accrediting Council on Education in Journalism and Mass Communications

School of Liberal Arts
Dept. Curriculum
Dept. Faculty
Professional Groups
Local Media
Student Groups
Alumni Newsletter
Discussion Forum
Spartan Echo
WNSB-FM
Campus TV
News Index
Local Information
Search the Web
Contact Us

# Department Faculty



Dr. Paula Briggs, Associate Professor
Madison Hall, Room 282
(757) 823-2384
pcbriggs@nsu.edu

Curriculum Vitae





Dr. Wanda Brockington, Associate Professor and Department Chair
Madison Hall, Room 149
(757) 823-8331
wgbrockington@nsu.edu



Curriculum Vitae

Photo Pending

Dr. Cathy Jackson, Assistant Professor
Madison Hall, Room 211
(757) 823-2442
cmjackson@nsu.edu

Photo Pending

Mr. Richard Koonce, Assistant Professor *
Madison Hall, Room 212
(757) 823-8562 (Spartan Echo office)
rkoonce@nsu.edu
*currently on leave for doctoral studies

# ZABASEARCH

Search Any Full Name: gladys gary vaughn     All States ▼   Search  Advanced Search

Search by Phone Number  Search by Social Security Number  Complete Background Check

**Public Information**  Results Summary: 1 GLADYS G VAUGHN / 2 GLADYS VAUGHN / 3 G G VAUGHN / 87 G VAUGHN   Leave a message  Check messages  E-mail This Page  Zab

GLADYS GARY VAUGHN - Background Check, 20 Year History    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find GLADYS GARY VAUGHN**    Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on GLADYS GARY VAUGHN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**GLADYS G VAUGHN - 1 Listing**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: vaughn - gladys - gladys gary vaughn   Check YouTube

**GLADYS G VAUGHN** Born Sep 1943    More Information on GLADYS G VAUGHN
7921 CYPRESS GROVE LN  Map It   Recorded: 03/11/2004   GLADYS G VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD  20818  County    Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google  -  Background Check

**Found GLADYS GARY VAUGHN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**GLADYS VAUGHN - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - gladys gary vaughn   Check YouTube

**Find GLADYS GARY VAUGHN**
Get current
address and phone.
www.PeopleLookUp.com

**GLADYS J VAUGHN** Born Sep 1943   More Information on GLADYS J VAUGHN
7921 CYPRESS GROVE LN  Map It   Recorded: Unknown   GLADYS J VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD  20818  County    Leave a message for GLADYS J VAUGHN
www.ZabaSearch.com/Google  -  Background Check

**Criminal Records**
Check GLADYS GARY VAUGHN
National Criminal Records Search
www.Intelius.com

**GLADYS G VAUGHN** Born Sep 1943    More Information on GLADYS G VAUGHN
7921 CYPRESS GROVE LN  Map It   Recorded: 03/11/2004   GLADYS G VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD  20818  County    Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google  -  Background Check

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**G G VAUGHN - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - gladys gary vaughn   Check YouTube

**GLADYS G VAUGHN**    More Information on G G VAUGHN
(443) 263-0094   Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google  -  Background Check

**GLADYS G VAUGHN**    More Information on G G VAUGHN
(443) 263-0094   Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google  -  Background Check

**GLADYS G VAUGHN** Born Sep 1943   More Information on GLADYS G VAUGHN
7921 CYPRESS GROVE LN  Map It   Recorded: 03/11/2004   GLADYS G VAUGHN business listings   Check Yellow Pages
CABIN JOHN, MD  20818  County    Leave a message for GLADYS G VAUGHN
www.ZabaSearch.com/Google  -  Background Check

**G VAUGHN - 87 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - gladys gary vaughn   Check YouTube

**Click Here for 87 Free G VAUGHN Listings**

Can't find GLADYS GARY VAUGHN?    Premium Listing
TRY THIS DATABASE
Background Check on GLADYS GARY VAUGHN    Premium Listing
www.PeopleLookUp.com  20 Year History

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
Search Any Full Name: gladys gary vaughn     All States ▼   Search  Advanced Search

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

19917 STOCKTON AVE    Map It    Recorded: 03/01/2005    PAMELA E SMITH business listings    Check Yellow Pages
MAPLE HEIGHTS, OH  44137  County   (216) 662-9778    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**PAMELA E SMITH** Born Sep 1973    More Information on PAMELA E SMITH
230 EDWARDS ST  Map It    Recorded: Unknown    PAMELA E SMITH business listings    Check Yellow Pages
MARION, OH  43302  County    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**PAMELA E SMITH** Born Nov 1950    More Information on PAMELA E SMITH
250 LOGSBY PL  Map It    Recorded: Unknown    PAMELA E SMITH business listings    Check Yellow Pages
MILFORD, OH  45150  County   (513) 576-1924    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**PAMELA E SMITH** Born Jul 1941    More Information on PAMELA E SMITH
5310 DOVER CENTER RD  Map It    Recorded: 03/01/2005    PAMELA E SMITH business listings    Check Yellow Pages
NORTH OLMSTED, OH  44070  County   (440) 979-0568    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**PAMELA E SMITH**    More Information on PAMELA E SMITH
786 LOST CREEK LN  Map It    Recorded: 09/01/2005    PAMELA E SMITH business listings    Check Yellow Pages
NORTHFIELD, OH  44067  County    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**PAMELA E SMITH** Born Sep 1956    More Information on PAMELA E SMITH
1681 BELMONT AVE  Map It    Recorded: 03/12/2002    PAMELA E SMITH business listings    Check Yellow Pages
TOLEDO, OH  43607  County    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**PAMELA E SMITH**    More Information on PAMELA E SMITH
1714 BELMONT AVE  Map It    Recorded: 07/11/2001    PAMELA E SMITH business listings    Check Yellow Pages
TOLEDO, OH  43607  County    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**PAMELA E SMITH** Born Jul 1941    More Information on PAMELA E SMITH
5310 DOVER CENTER RD  Map It    Recorded: 08/14/2002    PAMELA E SMITH business listings    Check Yellow Pages
WESTLAKE, OH  44145  County   (440) 979-0568    Leave a message for PAMELA E SMITH
www.ZabaSearch.com/Google  -  Background Check

**Can't find PAMELA E. SMITH?**    Premium Listing
TRY THIS DATABASE
**Background Check** on PAMELA E. SMITH    Premium Listing
www.PeopleLookUp.com  20 Year History

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:**  pamela e. smith    All States    Search
Advanced Search

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.