# ZABASEARCH

Search by Phone Number   Search by Social Security Number   Complete Background Check
Search Any Full Name: patricia lattimore     All States ▼   Search   Advanced Search

**Public Information**   Results Summary: **2 PATRICIA LATTIMORE / 6 P LATTIMORE**   Leave a message  Check messages  E-mail This Page  ZabaAlert

**PATRICIA LATTIMORE** - Background Check, 20 Year History   *Premium Listing*
www.Intelius.com   Comprehensive Report. Criminal Records. Latest Contact Information.
**Find PATRICIA LATTIMORE**   *Premium Listing*
www.Intelius.com   Get Current Phone and Address

**PATRICIA LATTIMORE - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: lattimore - patricia - patricia lattimore   Check YouTube

**PATRICIA W LATTIMORE** Born **1946**   More Information on PATRICIA W LATTIMORE
2325 13TH PL NE  Map It  Recorded: 03/10/2004  PATRICIA W LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20018 County    Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PATRICIA W LATTIMORE** Born **1946**   More Information on PATRICIA W LATTIMORE
3171 APPLE RD NE  Map It  Recorded: Unknown  PATRICIA W LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20018 County  (202) 636-8417   Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**P LATTIMORE - 6 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - patricia lattimore   Check YouTube

**PEGGY L LATTIMORE** Born **1959**   More Information on PEGGY L LATTIMORE
103 Q ST NW  Map It  Recorded: Unknown  PEGGY L LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20001 County  (202) 986-3023   Leave a message for PEGGY L LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PEGGY LATTIMORE**   More Information on PEGGY LATTIMORE
103 ST NW  Map It  Recorded: 11/12/1999  PEGGY LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20009 County  (202) 986-3023   Leave a message for PEGGY LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PHILLIP A LATTIMORE**   More Information on PHILLIP A LATTIMORE
1835 VARNUM ST NE  Map It  Recorded: Unknown  PHILLIP A LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20018 County  (202) 636-9387   Leave a message for PHILLIP A LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PEARL M LATTIMORE** Born **1965**   More Information on PEARL M LATTIMORE
2300 GOOD HOPE RD SE  Map It  Recorded: 04/04/2002  PEARL M LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20020 County  (202) 889-6065   Leave a message for PEARL M LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PATRICIA W LATTIMORE** Born **1946**   More Information on PATRICIA W LATTIMORE
2325 13TH PL NE  Map It  Recorded: 03/10/2004  PATRICIA W LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20018 County    Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**PATRICIA W LATTIMORE** Born **1946**   More Information on PATRICIA W LATTIMORE
3171 APPLE RD NE  Map It  Recorded: Unknown  PATRICIA W LATTIMORE business listings  Check Yellow Pages
WASHINGTON, DC 20018 County  (202) 636-8417   Leave a message for PATRICIA W LATTIMORE
www.ZabaSearch.com/Google  -  Background Check

**Can't find PATRICIA LATTIMORE?**   *Premium Listing*
TRY THIS DATABASE
**Background Check on PATRICIA LATTIMORE**   *Premium Listing*
www.PeopleLookUp.com  20 Year History

Search by Phone Number   Search by Social Security Number   Complete Background Check
Search Any Full Name: patricia lattimore     All States ▼   Search   Advanced Search

### Sidebar

**Public Records on PATRICIA LATTIMORE**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found PATRICIA LATTIMORE Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**Find PATRICIA LATTIMORE**
Get current address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check PATRICIA LATTIMORE
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

DELTA SIGMA THETA SORORITY, INC. v. DEREK & JAMAR PRODUCTION, LLC                                      Doc. 6 Att. 6


# ZABASEARCH

Search by Phone Number   Search by Social Security Number   **Complete Background Check**

**Search Any Full Name:** anne mcgintis   [All States ▼]   [Search]   Advanced Search

**Public Information**   Results Summary: 2 MCGINTIS   Leave a message   Check messages   E-mail This Page   ZabaAlert

**ANNE MCGINTIS - Background Check, 20 Year History**   Premium Listing
www.Intelius.com   Comprehensive Report. Criminal Records. Latest Contact Information.

**Find ANNE MCGINTIS**   Premium Listing
www.Intelius.com   Get Current Phone and Address

**MCGINTIS - 2 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
Check messages for: mcgintis - anne - anne mcgintis   Check YouTube

**JIMMY L MCGINTIS** Born 1941   More Information on JIMMY L MCGINTIS
1120 ANITA DR   Map It   Recorded: 03/12/2002   JIMMY L MCGINTIS business listings   Check Yellow Pages
**CHATTANOOGA, TN** 37411 County   Leave a message for JIMMY L MCGINTIS
www.ZabaSearch.com/Google - Background Check

**JIMMY L MCGINTIS** Born 1941   More Information on JIMMY L MCGINTIS
2125 BURNT HICKORY DR   Map It   Recorded: 05/21/2003   JIMMY L MCGINTIS business listings   Check Yellow Pages
**CHATTANOOGA, TN** 37421 County   Leave a message for JIMMY L MCGINTIS
www.ZabaSearch.com/Google - Background Check

**Public Records on ANNE MCGINTIS**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found ANNE MCGINTIS Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find ANNE MCGINTIS**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check ANNE MCGINTIS
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**Can't find ANNE MCGINTIS?**   Premium Listing
TRY THIS DATABASE
**Background Check on ANNE MCGINTIS**   Premium Listing
www.PeopleLookUp.com   20 Year History

Search by Phone Number   Search by Social Security Number   **Complete Background Check**
**Search Any Full Name:** anne mcgintis   [All States ▼]
[Search]   Advanced Search

# ZABASEARCH

Search by Phone Number    Search by Social Security Number    **Complete Background Check**

**Search Any Full Name:** jeri durham    [All States ▾]    [Search]    Advanced Search

## Public Information    Results Summary: 5 JERI DURHAM    Leave a message   Check messages   E-mail This Page   ZabaAlert

**JERI DURHAM - Background Check, 20 Year History**         Premium Listing
www.Intelius.com   Comprehensive Report. Criminal Records. Latest Contact Information.

**Find JERI DURHAM**         Premium Listing
www.Intelius.com   Get Current Phone and Address

**JERI DURHAM - 5 Listings**
Leave a message for   Check messages   E-mail This Page   ZabaAlert
Check messages for: durham - jeri - jeri durham   Check YouTube

**JERI DURHAM**    More Information on JERI DURHAM
35277 WALNUT ST   Map It   Recorded: 05/07/2002   JERI DURHAM business listings   Check Yellow Pages
BARSTOW, CA  92311  County   (760) 253-5388   Leave a message for JERI DURHAM
www.ZabaSearch.com/Google  -  Background Check

**JERI DURHAM**    More Information on JERI DURHAM
5103 GASLIGHT LN   Map It   Recorded: 08/08/2003   JERI DURHAM business listings   Check Yellow Pages
CULVER CITY, CA  90230  County   Leave a message for JERI DURHAM
www.ZabaSearch.com/Google  -  Background Check

**JERI DURHAM**    More Information on JERI DURHAM
238 102ND ST   Map It   Recorded: 06/14/2000   JERI DURHAM business listings   Check Yellow Pages
LOS ANGELES, CA  90003  County   Leave a message for JERI DURHAM
www.ZabaSearch.com/Google  -  Background Check

**JERI R DURHAM** Born 1949    More Information on JERI R DURHAM
1324 ALTA VISTA AVE   Map It   Recorded: 10/15/2003   JERI R DURHAM business listings   Check Yellow Pages
MONROVIA, CA  91016  County   Leave a message for JERI R DURHAM
www.ZabaSearch.com/Google  -  Background Check

**JERI R DURHAM** Born 1949    More Information on JERI R DURHAM
1144 CROWNE DR   Map It   Recorded: Unknown   JERI R DURHAM business listings   Check Yellow Pages
PASADENA, CA  91107  County   (626) 797-6316   Leave a message for JERI R DURHAM
www.ZabaSearch.com/Google  -  Background Check

**Can't find JERI DURHAM?**         Premium Listing
TRY THIS DATABASE
**Background Check on JERI DURHAM**         Premium Listing
www.PeopleLookUp.com   20 Year History

### Sidebar

**Public Records on JERI DURHAM**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found JERI DURHAM Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find JERI DURHAM**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check JERI DURHAM
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

---

Search by Phone Number   Search by Social Security Number   **Complete Background Check**
**Search Any Full Name:** jeri durham    [All States ▾]
[Search]   Advanced Search

---

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis

Check for Messages   Yellow Pages   30,000+ Free Databases   Top 25 Searches   Your Current Location   ZabaAlerts!   Message Archive

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

**Search Any Full Name:** ann d. jones  [All States ⇅]  [Search]  Advanced Search

## Public Information    Results Summary:  4 ANN D JONES    Leave a message  Check messages  E-mail This Page  ZabaAlert

**ANN D. JONES - Background Check, 20 Year History**    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find ANN D. JONES**    Premium Listing
www.Intelius.com  Get Current Phone and Address

**ANN D JONES - 4 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: jones - ann - ann d. jones   Check YouTube

**ANN D JONES** Born Jul 1940   More Information on ANN D JONES
235 DEVILLA CT   Map It   Recorded: 04/15/2001   ANN D JONES business listings   Check Yellow Pages
ATLANTA, GA 30349 County     Leave a message for ANN D JONES
www.ZabaSearch.com/Google  -  Background Check

**ANN D JONES**    More Information on ANN D JONES
408 17TH AVE   Map It   Recorded: 02/26/2003   ANN D JONES business listings   Check Yellow Pages
CORDELE, GA 31015 County (229) 273-6685    Leave a message for ANN D JONES
www.ZabaSearch.com/Google  -  Background Check

**ANN D JONES** Born Dec 1955   More Information on ANN D JONES
410 17TH AVE   Map It   Recorded: 11/27/2003   ANN D JONES business listings   Check Yellow Pages
CORDELE, GA 31015 County (229) 273-6685    Leave a message for ANN D JONES
www.ZabaSearch.com/Google  -  Background Check

**ANN D JONES** Born 1946   More Information on ANN D JONES
13 DOGWOOD ST NE   Map It   Recorded: Unknown   ANN D JONES business listings   Check Yellow Pages
ROME, GA 30161 County (706) 232-8680    Leave a message for ANN D JONES
www.ZabaSearch.com/Google  -  Background Check

### Public Records on ANN D. JONES
Confirmed Phone/Address,
Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

### Found ANN D. JONES Information
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

### Find ANN D. JONES
Get current
address and phone.
www.PeopleLookUp.com

### Criminal Records
Check ANN D. JONES
National Criminal Records Search
www.Intelius.com

### Search By Social Security Number
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**Can't find ANN D. JONES?**    Premium Listing
TRY THIS DATABASE
**Background Check on ANN D. JONES**    Premium Listing
www.PeopleLookUp.com  20 Year History

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:** ann d. jones    [All States ⇅]
[Search]  Advanced Search

---

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMDV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

# ZABASEARCH

Search by Phone Number   Search by Social Security Number   Complete Background Check
Search Any Full Name: johnnie rawlinson    All States ▼    Search   Advanced Search

**Public Information** Results Summary: 2 JOHNNIE RAWLINSON / 8 J RAWLINSON / 70 RAWLINSON    Leave a message  Check messages  E-mail This Page  ZabaAlert

**JOHNNIE RAWLINSON** - Background Check, 20 Year History    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find JOHNNIE RAWLINSON**    Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on JOHNNIE RAWLINSON**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**JOHNNIE RAWLINSON - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: rawlinson - johnnie - johnnie rawlinson   Check YouTube

**JOHNNIE B RAWLINSON**    More Information on JOHNNIE B RAWLINSON
3333 LAS VEGAS BLVD S  Map It   Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
LAS VEGAS, NV  89109  County    Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JOHNNIE B RAWLINSON**  Born  Dec 1952   More Information on JOHNNIE B RAWLINSON
5901 MENDOZA CT  Map It   Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
LAS VEGAS, NV  89108  County    Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**Found JOHNNIE RAWLINSON Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**Find JOHNNIE RAWLINSON**
Get current address and phone.
www.PeopleLookUp.com

**J RAWLINSON - 8 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - johnnie rawlinson   Check YouTube

**JAMES A RAWLINSON**    More Information on JAMES A RAWLINSON
788 GERALDINE DR  Map It   Recorded: Unknown  JAMES A RAWLINSON business listings  Check Yellow Pages
INCLINE VILLAGE, NV  89451  County  (775) 831-5547   Leave a message for JAMES A RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**Criminal Records**
Check JOHNNIE RAWLINSON
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

**JOHNNIE B RAWLINSON**    More Information on JOHNNIE B RAWLINSON
3333 LAS VEGAS BLVD S  Map It   Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
LAS VEGAS, NV  89109  County    Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JOHNNIE B RAWLINSON**  Born  Dec 1952   More Information on JOHNNIE B RAWLINSON
5901 MENDOZA CT  Map It   Recorded: Unknown  JOHNNIE B RAWLINSON business listings  Check Yellow Pages
LAS VEGAS, NV  89108  County    Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JOHNNIE B RAWLINSON**    More Information on JENNIFER RAWLINSON
(775) 359-5496   Leave a message for JOHNNIE B RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**J L RAWLINSON**    More Information on J L RAWLINSON
1875 SKY MOUNTAIN DR  Map It   Recorded: 11/12/1999  J L RAWLINSON business listings  Check Yellow Pages
RENO, NV  89503  County   Leave a message for J L RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JENNIFER L RAWLINSON**  Born  Jan 1972   More Information on JENNIFER L RAWLINSON
17765 BOXELDER CT  Map It   Recorded: Unknown  JENNIFER L RAWLINSON business listings  Check Yellow Pages
RENO, NV  89506  County   Leave a message for JENNIFER L RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JENNIFER L RAWLINSON**  Born  Jan 1972   More Information on JENNIFER L RAWLINSON
1094 GREENBRAE DR  Map It   Recorded: 11/19/2003  JENNIFER L RAWLINSON business listings  Check Yellow Pages
SPARKS, NV  89434  County   Leave a message for JENNIFER L RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**JENNIFER RAWLINSON**    More Information on JENNIFER RAWLINSON
1094 GREENBRAE DR  Map It   Recorded: 11/27/2003  JENNIFER RAWLINSON business listings  Check Yellow Pages
SPARKS, NV  89434  County  (775) 359-5496   Leave a message for JENNIFER RAWLINSON
www.ZabaSearch.com/Google  -  Background Check

**RAWLINSON - 70 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - johnnie rawlinson   Check YouTube

**Click Here for 70 Free RAWLINSON Listings**

Can't find JOHNNIE RAWLINSON?    Premium Listing
TRY THIS DATABASE

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name: nykeah cohen
All States  ⇕  Search  Advanced Search

**Public Information**  Results Summary:  **11 N COHEN**  Leave a message  Check messages  E-mail This Page  ZabaAlert

**NYKEAH COHEN - Background Check, 20 Year History**  Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find NYKEAH COHEN**  Premium Listing
www.Intelius.com  Get Current Phone and Address

**N COHEN - 11 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for:  cohen - nykeah - nykeah cohen  Check YouTube

**NATHAN T COHEN**  More Information on NATHAN T COHEN
1505 THARPE ST  Map It  Recorded: 02/14/2004  NATHAN T COHEN business listings  Check Yellow Pages
TALLAHASSEE, FL  32303  County  (850) 878-5745  Leave a message for NATHAN T COHEN
www.ZabaSearch.com/Google  -  Background Check

**NATHAN T COHEN**  More Information on NATHAN T COHEN
2074 MIDYETTE RD  Map It  Recorded: Unknown  NATHAN T COHEN business listings  Check Yellow Pages
TALLAHASSEE, FL  32301  County  Leave a message for NATHAN T COHEN
www.ZabaSearch.com/Google  -  Background Check

**NATHAN T COHEN**  More Information on NATHAN T COHEN
2074 MIDYETTE RD  Map It  Recorded: 05/01/2005  NATHAN T COHEN business listings  Check Yellow Pages
TALLAHASSEE, FL  32301  County  (850) 878-5745  Leave a message for NATHAN T COHEN
www.ZabaSearch.com/Google  -  Background Check

**NANCY M COHEN** Born 1947  More Information on NANCY M COHEN
2329 CLARE DR  Map It  Recorded: Unknown  NANCY M COHEN business listings  Check Yellow Pages
TALLAHASSEE, FL  32309  County  Leave a message for NANCY M COHEN
www.ZabaSearch.com/Google  -  Background Check

**NANCY M COHEN** Born 1947  More Information on NANCY M COHEN
2329 CLARE DR  Map It  Recorded: 04/01/2006  NANCY M COHEN business listings  Check Yellow Pages
TALLAHASSEE, FL  32309  County  (850) 562-0860  Leave a message for NANCY M COHEN
www.ZabaSearch.com/Google  -  Background Check

**NANCY M COHEN** Born 1947  More Information on NANCY M COHEN
2329 CLARE DR  Map It  Recorded: 04/01/2006  NANCY M COHEN business listings  Check Yellow Pages
TALLAHASSEE, FL  32309  County  (850) 562-3736  Leave a message for NANCY M COHEN
www.ZabaSearch.com/Google  -  Background Check

**Public Records on NYKEAH COHEN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found NYKEAH COHEN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find NYKEAH COHEN**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check NYKEAH COHEN
National Criminal Records
Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal
Records
www.Intelius.com

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  Complete Background Check
Search Any Full Name: deborah peaks coleman    All States ▼  Search  Advanced Search

**Public Information** Results Summary: 2 DEBORAH P COLEMAN / 19 D P COLEMAN / 72 DEBORAH COLEMAN    Leave a message  Check messages  E-mail This Page  ZabaAlert

DEBORAH PEAKS COLEMAN - Background Check, 20 Year History    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
Find DEBORAH PEAKS COLEMAN    Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on DEBORAH PEAKS COLEMAN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**DEBORAH P COLEMAN - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: coleman - deborah - deborah peaks coleman  Check YouTube

**Found DEBORAH PEAKS COLEMAN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**DEBORAH P COLEMAN** Born 1957    More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map It  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD 21217 County (410) 462-2781    Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google - Background Check

**Find DEBORAH PEAKS COLEMAN**
Get current
address and phone.
www.PeopleLookUp.com

**DEBORAH P COLEMAN** Born 1957    More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map It  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD 21217 County (410) 523-4807    Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google - Background Check

**Criminal Records**
Check DEBORAH PEAKS COLEMAN
National Criminal Records Search
www.Intelius.com

**D P COLEMAN - 19 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - deborah peaks coleman  Check YouTube

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**DAVID P COLEMAN** Born May 1943    More Information on DAVID P COLEMAN
311 CRISFIELD CT  Map It  Recorded: Unknown  DAVID P COLEMAN business listings  Check Yellow Pages
ABINGDON, MD 21009 County    Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DEBORAH P COLEMAN** Born 1957    More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map It  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD 21217 County (410) 462-2781    Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DEBORAH P COLEMAN** Born 1957    More Information on DEBORAH P COLEMAN
2536 MADISON AVE  Map It  Recorded: Unknown  DEBORAH P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD 21217 County (410) 523-4807    Leave a message for DEBORAH P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DENNIS P COLEMAN**    More Information on DENNIS P COLEMAN
531 MACON ST  Map It  Recorded: Unknown  DENNIS P COLEMAN business listings  Check Yellow Pages
BALTIMORE, MD 21224 County (410) 558-3120    Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DAVID P COLEMAN** Born Apr 1967    More Information on DAVID P COLEMAN
104 OLDTOWN RD  Map It  Recorded: 01/11/2001  DAVID P COLEMAN business listings  Check Yellow Pages
CUMBERLAND, MD 21502 County (301) 759-4932    Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DAVID P COLEMAN** Born Apr 1967    More Information on DAVID P COLEMAN
419 COLUMBIA ST  Map It  Recorded: 02/20/2001  DAVID P COLEMAN business listings  Check Yellow Pages
CUMBERLAND, MD 21502 County    Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DAVID P COLEMAN** Born Apr 1967    More Information on DAVID P COLEMAN
7 HUMBIRD ST  Map It  Recorded: 03/12/2002  DAVID P COLEMAN business listings  Check Yellow Pages
CUMBERLAND, MD 21502 County    Leave a message for DAVID P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DENNIS P COLEMAN** Born Mar 1969    More Information on DENNIS P COLEMAN
6716 WOODLEY RD  Map It  Recorded: 08/14/2002  DENNIS P COLEMAN business listings  Check Yellow Pages
DUNDALK, MD 21222 County    Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DENNIS P COLEMAN** Born Mar 1969    More Information on DENNIS P COLEMAN
6787 WOODLEY RD  Map It  Recorded: Unknown  DENNIS P COLEMAN business listings  Check Yellow Pages
DUNDALK, MD 21222 County (410) 285-2561    Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DENNIS P COLEMAN**    More Information on DENNIS P COLEMAN
905 WOODBRIDGE CT  Map It  Recorded: 03/01/2006  DENNIS P COLEMAN business listings  Check Yellow Pages
EDGEWOOD, MD 21040 County    Leave a message for DENNIS P COLEMAN
www.ZabaSearch.com/Google - Background Check

**DENNIS P COLEMAN** Born Mar 1969    More Information on DENNIS P COLEMAN

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

Search Any Full Name: debra jordan    [All States]

Search  Advanced Search

## Public Information  Results Summary: 18 DEBRA JORDAN   Leave a message  Check messages  E-mail This Page  ZabaAlert

**DEBRA JORDAN - Background Check, 20 Year History**                          Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find DEBRA JORDAN**                                                         Premium Listing
www.Intelius.com  Get Current Phone and Address

**DEBRA JORDAN - 18 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: jordan - debra - debra jordan  Check YouTube

**DEBRA JORDAN**    More Information on DEBRA JORDAN
158 SP 11 RD  Map It  Recorded: 03/01/2005  DEBRA JORDAN business listings  Check Yellow Pages
ARDMORE, OK  73401  County  (580) 224-2716  Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA JORDAN**    More Information on DEBRA JORDAN
Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA JORDAN** Born 1973   More Information on DEBRA A JORDAN
Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA JORDAN** Born Feb 1973   More Information on DEBRA JORDAN
Leave a message for DEBRA JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA A JORDAN** Born Oct 1956   More Information on DEBRA A JORDAN
4201 WILD PLUM LN  Map It  Recorded: Unknown  DEBRA A JORDAN business listings  Check Yellow Pages
EDMOND, OK  73003  County  (405) 844-6114  Leave a message for DEBRA A JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA G JORDAN** Born 1969   More Information on DEBRA G JORDAN
2100 AARON DR  Map It  Recorded: 05/01/2006  DEBRA G JORDAN business listings  Check Yellow Pages
HARRAH, OK  73045  County  (405) 391-5200  Leave a message for DEBRA G JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA J JORDAN**    More Information on DEBRA J JORDAN
12637 LOVINGS RD  Map It  Recorded: 05/01/2006  DEBRA J JORDAN business listings  Check Yellow Pages
HEAVENER, OK  74937  County  Leave a message for DEBRA J JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA L JORDAN** Born 1959   More Information on DEBRA L JORDAN
4512 ELLSWORTH AVE  Map It  Recorded: Unknown  DEBRA L JORDAN business listings  Check Yellow Pages
LAWTON, OK  73501  County  (580) 248-1641  Leave a message for DEBRA L JORDAN
www.ZabaSearch.com/Google  -  Background Check

**DEBRA L JORDAN** Born 1959   More Information on DEBRA L JORDAN
4512 ELLSWORTH AVE  Map It  Recorded: 10/06/2004  DEBRA L JORDAN business listings  Check Yellow Pages

---

**Public Records on DEBRA JORDAN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found DEBRA JORDAN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find DEBRA JORDAN**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check DEBRA JORDAN
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

Case 1:06-cv-01993-RMC    Document 6-7    Filed 02/20/2007    Page 9 of 10

**ZABASEARCH**  Search by Phone Number  Search by Social Security Number  Complete Background Check
Search Any Full Name: therese a. griffin    All States    Search  Advanced Search

**Public Information**  Results Summary: **2 THERESE A GRIFFIN** / **2 THERESE GRIFFIN** / **76 T A GRIFFIN**    Leave a message  Check messages  E-mail This Page  ZabaAlert

THERESE A. GRIFFIN - Background Check, 20 Year History    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
Find THERESE A. GRIFFIN    Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on THERESE A. GRIFFIN**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**THERESE A GRIFFIN - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: griffin - therese - therese a. griffin    Check YouTube

THERESE A GRIFFIN  Born Oct 1962    More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It    Recorded: 06/24/2004    THERESE A GRIFFIN business listings  Check Yellow Pages
LEXINGTON, SC  29072  County  (803) 957-2509    Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

THERESE A GRIFFIN  Born 1961    More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It    Recorded: Unknown  THERESE A GRIFFIN business listings  Check Yellow Pages
LEXINGTON, SC  29072  County  (803) 957-2509    Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

**Found THERESE A. GRIFFIN Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find THERESE A. GRIFFIN**
Get current
address and phone.
www.PeopleLookUp.com

**THERESE GRIFFIN - 2 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - therese a. griffin    Check YouTube

THERESE A GRIFFIN  Born Oct 1962    More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It    Recorded: 06/24/2004    THERESE A GRIFFIN business listings  Check Yellow Pages
LEXINGTON, SC  29072  County  (803) 957-2509    Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

THERESE A GRIFFIN  Born 1961    More Information on THERESE A GRIFFIN
112 OLD FIELD CT  Map It    Recorded: Unknown  THERESE A GRIFFIN business listings  Check Yellow Pages
LEXINGTON, SC  29072  County  (803) 957-2509    Leave a message for THERESE A GRIFFIN
www.ZabaSearch.com/Google  -  Background Check

**Criminal Records**
Check THERESE A. GRIFFIN
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**T A GRIFFIN - 76 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - therese a. griffin    Check YouTube

**Click Here for 76 Free T A GRIFFIN Listings**

Can't find THERESE A. GRIFFIN?    Premium Listing
TRY THIS DATABASE
Background Check on THERESE A. GRIFFIN    Premium Listing
www.PeopleLookUp.com  20 Year History

Search by Phone Number  Search by Social Security Number  Complete Background Check
Search Any Full Name: therese a. griffin    All States    Search  Advanced Search

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

# ZABASEARCH

Search Any Full Name: lois j. gilder      All States ▼  Search  Advanced Search

**Public Information**  Results Summary:  3 L J GILDER / 3 LOIS GILDER / 3 LOIS J GILDER / 20 L GILDER      Leave a message  Check messages  E-mail This Page  ZabaAlert

**LOIS J. GILDER - Background Check, 20 Year History**
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find LOIS J. GILDER**
www.Intelius.com  Get Current Phone and Address

**L J GILDER - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for:  gilder - lois - lois j. gilder  Check YouTube

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 346-2253    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 397-5165    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 398-3478    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS GILDER - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - lois j. gilder  Check YouTube

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 346-2253    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 397-5165    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 398-3478    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS J GILDER - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - lois j. gilder  Check YouTube

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 346-2253    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 397-5165    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**LOIS J GILDER** Born 1937    More Information on LOIS J GILDER
679 BRAKEBILL AVE  Map It  Recorded: 10/07/2004  LOIS J GILDER business listings  Check Yellow Pages
MEMPHIS, TN  38116  County  (901) 398-3478    Leave a message for LOIS J GILDER
www.ZabaSearch.com/Google - Background Check

**L GILDER - 20 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - lois j. gilder  Check YouTube

**LANETTA M GILDER** Born Nov 1973    More Information on LANETTA M GILDER
1730 GANASITA TRL  Map It  Recorded: 03/12/2004  LANETTA M GILDER business listings  Check Yellow Pages
CHATTANOOGA, TN  37406  County  (423) 622-2759    Leave a message for LANETTA M GILDER
www.ZabaSearch.com/Google - Background Check

**LANETTA M GILDER** Born Nov 1973    More Information on LANETTA M GILDER

---

Premium Listing

Premium Listing

**Public Records on LOIS J. GILDER**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found LOIS J. GILDER Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find LOIS J. GILDER**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check LOIS J. GILDER
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com