# ZABASEARCH

Search by Phone Number  Search by Social Security Number  Complete Background Check

Search Any Full Name: theresa loveless          All States ▾   Search   Advanced Search

**Public Information**  Results Summary: **3 THERESA LOVELESS / 49 T LOVELESS**     Leave a message  Check messages  E-mail This Page  ZabaAlert

**THERESA LOVELESS - Background Check, 20 Year History**                  Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.
**Find THERESA LOVELESS**                                                 Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on THERESA LOVELESS**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**THERESA LOVELESS - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for:  loveless - theresa - theresa loveless   Check YouTube

**THERESA E LOVELESS** Born Nov 1946    More Information on THERESA E LOVELESS
12773 PARKWAY ESTATES DR  Map It   Recorded: Unknown  THERESA E LOVELESS business listings  Check Yellow Pages
SAINT LOUIS, MO 63146 County  (314) 434-9394    Leave a message for THERESA E LOVELESS
www.ZabaSearch.com/Google - Background Check

**Found THERESA LOVELESS Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**THERESA LOVELESS** Born Jul 1967   More Information on THERESA LOVELESS
6242 LANGDON CT  Map It  Recorded: 07/01/2001  THERESA LOVELESS business listings  Check Yellow Pages
SAINT LOUIS, MO 63134 County   Leave a message for THERESA LOVELESS
www.ZabaSearch.com/Google - Background Check

**Find THERESA LOVELESS**
Get current address and phone.
www.PeopleLookUp.com

**THERESA J LOVELESS** Born Jul 1967   More Information on THERESA J LOVELESS
8962 NATURAL BRIDGE RD  Map It  Recorded: 01/25/2002  THERESA J LOVELESS business listings  Check Yellow Pages
SAINT LOUIS, MO 63121 County   Leave a message for THERESA J LOVELESS
www.ZabaSearch.com/Google - Background Check

**Criminal Records**
Check THERESA LOVELESS National Criminal Records Search
www.Intelius.com

**T LOVELESS - 49 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - theresa loveless   Check YouTube

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

**TIMOTHY LOVELESS** Born Dec 1968   More Information on TIMOTHY LOVELESS
2137 BARRINGTON CT  Map It  Recorded: 01/27/2004  TIMOTHY LOVELESS business listings  Check Yellow Pages
ARNOLD, MO 63010 County  (636) 282-9483    Leave a message for TIMOTHY LOVELESS
www.ZabaSearch.com/Google - Background Check

DELTA SIGMA THETA SORORITY, INC. v. DEREK & JAMAR PRODUCTION, LLC                              Doc. 6 Att. 7

**TABITHA LOVELESS**    More Information on TABITHA LOVELESS
53 JOHNSON ST  Map It  Recorded: 11/20/2003  TABITHA LOVELESS business listings  Check Yellow Pages
BONNE TERRE, MO 63628 County  (573) 358-4212    Leave a message for TABITHA LOVELESS
www.ZabaSearch.com/Google - Background Check

**TERRY D LOVELESS** Born Feb 1963   More Information on TERRY D LOVELESS
13677 MAMMOTH RD  Map It  Recorded: 07/01/2001  TERRY D LOVELESS business listings  Check Yellow Pages
DE SOTO, MO 63020 County   Leave a message for TERRY D LOVELESS
www.ZabaSearch.com/Google - Background Check

**TERRY D LOVELESS** Born Dec 1955   More Information on TERESA LOVELESS
Leave a message for TERRY D LOVELESS
www.ZabaSearch.com/Google - Background Check

**TERESA L LOVELESS** Born Dec 1955   More Information on TERESA L LOVELESS
28342 STATE HWY AB  Map It  Recorded: 05/07/2002  TERESA L LOVELESS business listings  Check Yellow Pages
ESSEX, MO 63846 County  (573) 283-5514    Leave a message for TERESA L LOVELESS
www.ZabaSearch.com/Google - Background Check

**TERESA L LOVELESS** Born Dec 1955   More Information on TERESA L LOVELESS
28342 STATE RD HWY  Map It  Recorded: 05/25/2003  TERESA L LOVELESS business listings  Check Yellow Pages
ESSEX, MO 63846 County  (573) 283-5514    Leave a message for TERESA L LOVELESS
www.ZabaSearch.com/Google - Background Check

**TAMMY A LOVELESS** Born Jul 1964   More Information on TAMMY A LOVELESS
316 LIBERTY ST  Map It  Recorded: 07/01/2001  TAMMY A LOVELESS business listings  Check Yellow Pages
FARMINGTON, MO 63640 County  (573) 756-8195    Leave a message for TAMMY A LOVELESS
www.ZabaSearch.com/Google - Background Check

# superpages.com  we know around here 

| HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US |

sponsored search

Home → People Pages → "Daniels, Josie, Pearland, TX, United States"
( Results 1 to 1 of 1 )

**People Pages - Listings**   New / Modify / Printable

**Josie Daniels**
2426 Arrowsmith Ct
Pearland, TX 77584-4898
(281) 997-1663
Find Neighbors

Save listing
Map this location
Driving directions
Area Code Map
Update listing

Local Time: 3:20 p.m.
Central Standard Time

**Phone Details**
Line Type: Unavailable
Provider:

 Get More Info on Josie Daniels Here.

 Josie Daniels's Background Information Available.

 Instant Criminal Records Check for Josie Daniels

 Run a Real Estate Valuation on 2426 Arrowsmith Ct

 Search by Phone Number Here. Get Name, Address.

powered by
**WhitePages.com**

Copyright © 1996-2007 WhitePages.com. All rights reserved. Terms of service and use. Privacy policy.
Home | SuperPages Español | Yellow Pages | People Pages | Shopping
Products | eBay Search | Web Search | My Directory | City Pages | Consumer Center
Advertise With Us | About Us | Help | Add / Change Listing | Contact Us | Feedback | Privacy Policy
Site Index | SuperTips | Home Improvement | Copyright / Web Site Use Agreement | Careers at SuperPages
**SuperPages provides yellow pages and business information for: Lawyers, Hotels, Restaurants, Florists, Mortgages, and more.**

© 2007 Idearc Media Corp. All rights reserved

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

**Search Any Full Name:** debora jackson     [All States]

Search   Advanced Search

## Public Information  Results Summary: 3 DEBORA JACKSON    Leave a message  Check messages  E-mail This Page  ZabaAlert

**DEBORA JACKSON - Background Check, 20 Year History**            Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find DEBORA JACKSON**            Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on DEBORA JACKSON**
Confirmed Phone/Address, Relatives, Age, Date of Birth, Background Check
www.ThePublicRecords.com

**DEBORA JACKSON - 3 Listings**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
**Check messages for:** jackson - debora - debora jackson  Check YouTube

**DEBORA E JACKSON** Born Jun 1963    More Information on DEBORA E JACKSON
4 PINE MEADOW DR  Map It   Recorded: 10/14/2003  DEBORA E JACKSON business listings  Check Yellow Pages
AUBURNDALE, MA 02466 County    Leave a message for DEBORA E JACKSON
www.ZabaSearch.com/Google - Background Check

**Found DEBORA JACKSON Information**
Current Phone Number, Address and Age was Located in our Database
www.Intelius.com

**DEBORA JACKSON** Born Aug 1960   More Information on DEBORA JACKSON
446 NORTH ST  Map It   Recorded: Unknown  DEBORA JACKSON business listings  Check Yellow Pages
GEORGETOWN, MA 01833 County  (978) 352-6091    Leave a message for DEBORA JACKSON
www.ZabaSearch.com/Google - Background Check

**Find DEBORA JACKSON**
Get current address and phone.
www.PeopleLookUp.com

**DEBORA JACKSON**    More Information on DEBORA JACKSON
50 CANDACE AVE  Map It   Recorded: 01/09/2001  DEBORA JACKSON business listings  Check Yellow Pages
WALTHAM, MA 02453 County    Leave a message for DEBORA JACKSON
www.ZabaSearch.com/Google - Background Check

**Criminal Records**
Check DEBORA JACKSON National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

**Can't find DEBORA JACKSON?**   Premium Listing
TRY THIS DATABASE
**Background Check on DEBORA JACKSON**   Premium Listing
www.PeopleLookUp.com  20 Year History

---

Search by Phone Number  Search by Social Security Number  **Complete Background Check**
**Search Any Full Name:** debora jackson    [All States]  Search
Advanced Search

**ZABASEARCH** being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  **Complete Background Check**

**Search Any Full Name:** renee harper    All States

Search  Advanced Search

## Public Information  Results Summary: 1 RENEE HARPER   Leave a message  Check messages  E-mail This Page  ZabaAlert

**RENEE HARPER - Background Check, 20 Year History**   Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find RENEE HARPER**   Premium Listing
www.Intelius.com  Get Current Phone and Address

**RENEE HARPER - 1 Listing**
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: harper - renee - renee harper   Check YouTube

**RENEE L HARPER** Born Mar 1956    More Information on RENEE L HARPER
41 ANGELICA DR  Map It   Recorded: 10/05/2004   RENEE L HARPER business listings   Check Yellow Pages
**FRAMINGHAM, MA** 01701  County    Leave a message for RENEE L HARPER
www.ZabaSearch.com/Google - Background Check

**Public Records on RENEE HARPER**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**Found RENEE HARPER Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**Find RENEE HARPER**
Get current
address and phone.
www.PeopleLookUp.com

**Criminal Records**
Check RENEE HARPER
National Criminal Records Search
www.Intelius.com

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

**Can't find RENEE HARPER?**   Premium Listing
TRY THIS DATABASE
**Background Check on RENEE HARPER**   Premium Listing
www.PeopleLookUp.com  20 Year History

Search by Phone Number  Search by Social Security Number  Complete Background Check
**Search Any Full Name:** renee harper    All States    Search
Advanced Search

ZABASEARCH being described as "Google on steroids." -CBS 4 WMOV St. Louis
Check for Messages  Yellow Pages  30,000+ Free Databases  Top 25 Searches  Your Current Location  ZabaAlerts!  Message Archive

Privacy
© 2007 ZABA Inc.

**GWENDOLYN K GRANT**   More Information on GWENDOLYN K GRANT
16514 LAZY RIDGE RD   Map It   Recorded: Unknown   GWENDOLYN K GRANT business listings   Check Yellow Pages
HOUSTON, TX 77053 County   Leave a message for GWENDOLYN K GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN G GRANT** Born Dec 1960   More Information on GWENDOLYN G GRANT
3749 ODIN CT   Map It   Recorded: 01/28/2004   GWENDOLYN G GRANT business listings   Check Yellow Pages
HOUSTON, TX 77021 County   **(713) 748-2418**   Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN G GRANT** Born Dec 1960   More Information on GWENDOLYN G GRANT
3749 ODIN CT   Map It   Recorded: 01/28/2004   GWENDOLYN G GRANT business listings   Check Yellow Pages
HOUSTON, TX 77021 County   **(713) 748-7412**   Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN G GRANT** Born Dec 1960   More Information on GWENDOLYN G GRANT
3749 ODIN CT   Map It   Recorded: 11/19/2003   GWENDOLYN G GRANT business listings   Check Yellow Pages
HOUSTON, TX 77021 County   **(713) 842-2476**   Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN GRANT**   More Information on GWENDOLYN GRANT
5615 DENORON DR   Map It   Recorded: 03/12/2002   GWENDOLYN GRANT business listings   Check Yellow Pages
HOUSTON, TX 77048 County   **(713) 733-4698**   Leave a message for GWENDOLYN GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN GRANT**   More Information on GWENDOLYN GRANT
5638 SELINSKY RD   Map It   Recorded: Unknown   GWENDOLYN GRANT business listings   Check Yellow Pages
HOUSTON, TX 77048 County   **(713) 734-1487**   Leave a message for GWENDOLYN GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN G GRANT** Born Dec 1960   More Information on GWENDOLYN G GRANT
5638 SELINSKY RD   Map It   Recorded: Unknown   GWENDOLYN G GRANT business listings   Check Yellow Pages
HOUSTON, TX 77048 County   Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN G GRANT** Born Dec 1960   More Information on GWENDOLYN G GRANT
5638 SELINSKY RD   Map It   Recorded: Unknown   GWENDOLYN G GRANT business listings   Check Yellow Pages
HOUSTON, TX 77048 County   **(713) 733-1424**   Leave a message for GWENDOLYN G GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN GRANT**   More Information on GWENDOLYN GRANT
5639 GROVETON ST   Map It   Recorded: 05/01/2006   GWENDOLYN GRANT business listings   Check Yellow Pages
HOUSTON, TX 77033 County   Leave a message for GWENDOLYN GRANT
www.ZabaSearch.com/Google - Background Check

**GWENDOLYN M GRANT** Born 1948   More Information on GWENDOLYN M GRANT
6522 AVENUE G   Map It   Recorded: 12/15/2004   GWENDOLYN M GRANT business listings   Check Yellow Pages
SANTA FE, TX 77510 County   Leave a message for GWENDOLYN M GRANT
www.ZabaSearch.com/Google - Background Check

**Can't find GWENDOLYN GRANT?**   Premium Listing
TRY THIS DATABASE
**Background Check on GWENDOLYN GRANT**   Premium Listing
www.PeopleLookUp.com   20 Year History

Search by Phone Number   Search by Social Security Number   **Complete Background Check**
**Search Any Full Name:** gwendolyn grant   All States   Search
Advanced Search

# superpages.com — we know around here 

| HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US |

sponsored search

Home → People Pages → "Williams, Ken & Tressa, San Jose, CA, United States"
( Results 1 to 1 of 1 )

**People Pages - Listings**    New  /  Modify  /  Printable

**Ken & Tressa Williams**
728 Salt Lake Dr
San Jose, CA 95133-1447
(408) 923-5947
Find Neighbors

Save listing
Map this location
Driving directions
Area Code Map
Update listing

**Phone Details**
Line Type: Unavailable
Provider:

 Get More Info on Ken Williams Here.

 Ken Williams's Background Information Available.

 Instant Criminal Records Check for Ken Williams

 Run a Real Estate Valuation on 728 Salt Lake Dr

 Search by Phone Number Here. Get Name, Address.



TOYOTA | moving forward ▸

Toyota has nine models that get 30 MPG ratings or more.

Click here to find out more

See Toyota.com for full details

powered by
**WhitePages.com**™

Copyright © 1996-2007 WhitePages.com. All rights reserved. Terms of service and use. Privacy policy.
Home | SuperPages Español | Yellow Pages | People Pages | Shopping
Products | eBay Search | Web Search | My Directory | City Pages | Consumer Center
Advertise With Us | About Us | Help | Add / Change Listing | Contact Us | Feedback | Privacy Policy
Site Index | SuperTips | Home Improvement | Copyright / Web Site Use Agreement | Careers at SuperPages
**SuperPages provides yellow pages and business information for: Lawyers, Hotels, Restaurants, Florists, Mortgages, and more.**

© 2007 Idearc Media Corp. All rights reserved.

**superpages.com** we know around here 

| HOME PAGE | MY DIRECTORY | YELLOW PAGES | PEOPLE PAGES | CITY PAGES | CONSUMER CENTER | ADVERTISE WITH US |

sponsored search

Home → People Pages → "Boyd, C R, Auburn, AL, United States"
( Results 1 to 1 of 1 )

**People Pages - Listings**   New / Modify / Printable

**C R Boyd**
486 Martin Ave
Auburn, AL 36830-3412
(334) 826-2360
Find Neighbors

Save listing
Map this location
Driving directions
Area Code Map
Update listing

**Phone Details**
Line Type: Unavailable
Provider:

 Get More Info on C Boyd Here.

 C Boyd's Background Information Available.

 Instant Criminal Records Check for C Boyd

 Run a Real Estate Valuation on 486 Martin Ave

 Search by Phone Number Here. Get Name, Address.

powered by
**WhitePages.com**™

Copyright © 1996-2007 WhitePages.com. All rights reserved. Terms of service and use. Privacy policy.

Home | SuperPages Español | Yellow Pages | People Pages | Shopping
Products | eBay Search | Web Search | My Directory | City Pages | Consumer Center
Advertise With Us | About Us | Help | Add / Change Listing | Contact Us | Feedback | Privacy Policy
Site Index | SuperTips | Home Improvement | Copyright / Web Site Use Agreement | Careers at SuperPages

**SuperPages provides yellow pages and business information for: Lawyers, Hotels, Restaurants, Florists, Mortgages, and more.**

© 2007 Idearc Media Corp. All rights reserved.

# ZABASEARCH

Search by Phone Number · Search by Social Security Number · **Complete Background Check**

Search **Any Full Name:** darlene pollard    [All States]

Search · Advanced Search

## Public Information  Results Summary: 11 DARLENE POLLARD    Leave a message · Check messages · E-mail This Page · ZabaAlert

**DARLENE POLLARD - Background Check, 20 Year History**  *Premium Listing*
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

**Find DARLENE POLLARD**  *Premium Listing*
www.Intelius.com  Get Current Phone and Address

**Public Records on DARLENE POLLARD**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

**DARLENE POLLARD - 11 Listings**
Leave a message for · Check messages · E-mail This Page · ZabaAlert
Check messages for: pollard - darlene - darlene pollard   Check YouTube

**DARLENE B POLLARD**  Born 1907    More Information on DARLENE B POLLARD
1 BLOOMINGDALE PL  Map It    Recorded: Unknown  DARLENE B POLLARD business listings  Check Yellow Pages
BLOOMINGDALE, IL 60108 County    Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - Background Check

**DARLENE W POLLARD**  Born May 1956    More Information on DARLENE W POLLARD
10022 CALUMET AVE  Map It   Recorded: Unknown  DARLENE W POLLARD business listings  Check Yellow Pages
CHICAGO, IL 60628 County  (773) 928-2780   Leave a message for DARLENE W POLLARD
www.ZabaSearch.com/Google - Background Check

**Found DARLENE POLLARD Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

**DARLENE POLLARD**  Born 1951    More Information on DARLENE POLLARD
1700 56TH ST  Map It   Recorded: Unknown  DARLENE POLLARD business listings  Check Yellow Pages
CHICAGO, IL 60637 County  (773) 955-6623   Leave a message for DARLENE POLLARD
www.ZabaSearch.com/Google - Background Check

**Find DARLENE POLLARD**
Get current address and phone.
www.PeopleLookUp.com

**DARLENE POLLARD**    More Information on DARLENE S POLLARD
Leave a message for DARLENE POLLARD
www.ZabaSearch.com/Google - Background Check

**Criminal Records**
Check DARLENE POLLARD National Criminal Records Search
www.Intelius.com

**DARLENE POLLARD**    More Information on DARLENE POLLARD
17 GROVE ST  Map It   Recorded: 07/01/2001  DARLENE POLLARD business listings  Check Yellow Pages
LOMBARD, IL 60148 County  (630) 792-0612   Leave a message for DARLENE POLLARD
www.ZabaSearch.com/Google - Background Check

**Search By Social Security Number**
Current Phone Number, Address, Address History, Criminal Records
www.Intelius.com

**DARLENE B POLLARD**  Born 1907    More Information on DARLENE B POLLARD
2211 HIGHLAND AVE  Map It   Recorded: 10/05/2004  DARLENE B POLLARD business listings  Check Yellow Pages
LOMBARD, IL 60148 County    Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - Background Check

**DARLENE B POLLARD**  Born 1907    More Information on DARLENE B POLLARD
2211 HIGHLAND AVE  Map It   Recorded: 01/25/2002  DARLENE B POLLARD business listings  Check Yellow Pages
LOMBARD, IL 60148 County  (630) 792-0612   Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - Background Check

**DARLENE B POLLARD**    More Information on DARLENE S POLLARD
(618) 665-4139   Leave a message for DARLENE B POLLARD
www.ZabaSearch.com/Google - Background Check

**DARLENE S POLLARD**    More Information on DARLENE S POLLARD

# ZABASEARCH

Search by Phone Number  Search by Social Security Number  Complete Background Check

Search Any Full Name: marcia l. williams    All States ▼  Search  Advanced Search

**Public Information** Results Summary: 9 MARCIA L WILLIAMS / 40 MARCIA WILLIAMS    Leave a message  Check messages  E-mail This Page  ZabaAlert

MARCIA L. WILLIAMS - Background Check, 20 Year History    Premium Listing
www.Intelius.com  Comprehensive Report. Criminal Records. Latest Contact Information.

Find MARCIA L. WILLIAMS    Premium Listing
www.Intelius.com  Get Current Phone and Address

**Public Records on MARCIA L. WILLIAMS**
Confirmed Phone/Address, Relatives,
Age, Date of Birth, Background Check
www.ThePublicRecords.com

MARCIA L WILLIAMS - 9 Listings
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: williams - marcia - marcia l. williams  Check YouTube

**Found MARCIA L. WILLIAMS Information**
Current Phone Number, Address and
Age was Located in our Database
www.Intelius.com

MARCIA L WILLIAMS Born Feb 1944    More Information on MARCIA L WILLIAMS
12621 BATES CIR  Map It  Recorded: 04/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
AURORA, CO 80014  County  **(970) 586-3802**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

**Find MARCIA L. WILLIAMS**
Get current
address and phone.
www.PeopleLookUp.com

MARCIA L WILLIAMS Born Feb 1944    More Information on MARCIA L WILLIAMS
12621 BATES CIR  Map It  Recorded: 04/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
AURORA, CO 80014  County  **(303) 755-4686**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

**Criminal Records**
Check MARCIA L. WILLIAMS
National Criminal Records Search
www.Intelius.com

MARCIA L WILLIAMS Born Feb 1944    More Information on MARCIA L WILLIAMS
13691 MARINA DR  Map It  Recorded: 03/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
AURORA, CO 80014  County  **(970) 586-3802**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

**Search By Social Security Number**
Current Phone Number, Address,
Address History, Criminal Records
www.Intelius.com

MARCIA L WILLIAMS Born Feb 1944    More Information on MARCIA L WILLIAMS
13691 MARINA DR  Map It  Recorded: 03/01/2006  MARCIA L WILLIAMS business listings  Check Yellow Pages
AURORA, CO 80014  County  **(303) 750-1148**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

MARCIA L WILLIAMS Born Oct 1946    More Information on MARCIA L WILLIAMS
5934 TREELEDGE DR  Map It  Recorded: Unknown  MARCIA L WILLIAMS business listings  Check Yellow Pages
COLORADO SPRINGS, CO 80918  County  **(719) 532-9482**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

MARCIA L WILLIAMS Born Mar 1949    More Information on MARCIA L WILLIAMS
10035 MEXICO AVE  Map It  Recorded: Unknown  MARCIA L WILLIAMS business listings  Check Yellow Pages
DENVER, CO 80123  County  **(303) 695-9090**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

MARCIA L WILLIAMS    More Information on MARCIA L WILLIAMS
10035 MEXICO AVE  Map It  Recorded: 08/13/2002  MARCIA L WILLIAMS business listings  Check Yellow Pages
DENVER, CO 80231  County  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

MARCIA L WILLIAMS Born Nov 1955    More Information on MARCIA L WILLIAMS
480 HOLLY ST  Map It  Recorded: 04/15/2001  MARCIA L WILLIAMS business listings  Check Yellow Pages
DENVER, CO 80246  County  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

MARCIA L WILLIAMS Born Feb 1944    More Information on MARCIA L WILLIAMS
2515 TUNNEL RD  Map It  Recorded: Unknown  MARCIA L WILLIAMS business listings  Check Yellow Pages
ESTES PARK, CO 80511  County  **(970) 586-3802**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

MARCIA WILLIAMS - 40 Listings
Leave a message for  Check messages  E-mail This Page  ZabaAlert
Check messages for: - - marcia l. williams  Check YouTube

MARCIA L WILLIAMS Born Feb 1944    More Information on MARCIA L WILLIAMS
12621 BATES CIR  Map It  Recorded: 04/01/2005  MARCIA L WILLIAMS business listings  Check Yellow Pages
AURORA, CO 80014  County  **(970) 586-3802**  Leave a message for MARCIA L WILLIAMS
www.ZabaSearch.com/Google - Background Check

MARCIA L WILLIAMS Born Feb 1944    More Information on MARCIA L WILLIAMS

PeopleLookup

Login | My Account
Customer Service

People Lookup | Reverse Phone | Background Check | Property Check | Criminal Check

## PEOPLE LOOKUP RESULTS

>> Search Again

1 **Person** found that matches **Connie Chipp** .
Click on the **Name** or **Get More Info** link for more info.

See Details on All 1 People! | Get A 24 Hour Pass!

| | NAME | PHONE | ADDRESS | PREVIOUS CITIES | |
|---|---|---|---|---|---|
| 1 | CONNIE Y CHIPP (Age: 23) RELATIVES: LONNIE JAMES CHIPP WILBUR A CHIPP HARRIET CHIPP | Available | Available | CINCINNATI, OH | Get More Info |

RELATED PEOPLE SEARCHES

- C CHIPP

Help | Contact Us | FAQs | Terms & Conditions
Copyright © 2003-2006, PeopleLookup (wwww11-1693)