# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DELTA SIGMA THETA SORORITY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  06 1993 (RMC) |
| | ) | |
| DEREK & JAMAR PRODUCTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of plaintiff's motion for an extension of time and any opposition thereto, it is this _____ day of March, 2007,

ORDERED that the Motion be, and the same hereby is, GRANTED, and it is further

ORDERED that plaintiff is granted an extension of time, to and including March 23, 2007, within which to file a response defendant's motion to dismiss the complaint.

SO ORDERED this_____ day of March 2007.

_____
Rosemary M. Collyer
United States District Judge

Attorneys to be notified:
**Counsel for Plaintiff:**

Devarieste Curry
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
dcurry@mwmlaw.com

Marc E. Miller
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
mmiller@mwmlaw.com


**Counsel for Defendant:**

David Z. Kaufman
Kaufman Law, A Professional corporation
11350 Random Hills Road, Suite 800
Fairfax, VA 22030
703-764-9080
203-764-0014 (facsimile)
david@businessbrawls.com
Counsel for Plaintiff