UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELTA SIGMA THETA SORORITY, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:06-cv-1993 RMC |
| ) | |
| **DEREK & JAMAR PRODUCTIONS, LLC** ) | |
| ) | |
| Defendant. ) | |
| ) | |

ENTRY OF APPEARANCE

    The Clerk will please enter the appearance of Marc E. Miller as co-counsel for plaintiff, Delta Sigma Theta Sorority, Inc.

Respectfully submitted,

*/s/ Marc E. Miller*
Marc E. Miller
DC Bar No. 948372
McLEOD, WATKINSON & MILLER
One Massachusetts Ave., N.W.
Suite 800
Washington, D.C. 20001
mmiller@mwmlaw.com

(202) 842-2345

Attorneys for Plaintiff

Dated: March 5, 2007