# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELTA SIGMA THETA SORORITY, INC.  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No.:  06 1993 (RMC) |
| ) | |
| DEREK & JAMAR PRODUCTIONS, LLC  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

## ORDER

Upon consideration of defendant's motion to dismiss the Complaint for failure to state claims upon which relief can be granted, and plaintiff's opposition thereto, it is this _____ day of April 2007,

ORDERED that the Motion be, and the same hereby is, DENIED, and it is further

ORDERED that, plaintiff's claim for misappropriation having been withdrawn, the Court rules with respect to plaintiff's federal common law trademark infringement claim, District of Columbia common law trademark claim, injurious falsehood claim, and defamation claim, plaintiff has alleged facts sufficient to give defendant fair notice of the claims asserted so as to able defendant to answer and proceed to discovery and trial, and it is further

SO ORDERED this_____ day of April 2007.

_____
Rosemary M. Collyer
United States District Judge

Attorneys to be notified:

**Counsel for Plaintiff:**

Devarieste Curry
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
dcurry@mwmlaw.com


Marc E. Miller
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
mmiller@mwmlaw.com


**Counsel for Defendant:**

David Z. Kaufman
Kaufman Law, A Professional Corporation
11350 Random Hills Road, Suite 800
Fairfax, VA 22030
703-764-9080
203-764-0014 (facsimile)
david@businessbrawls.com