UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELTA SIGMA THETA SORORITY, INC.) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEREK & JAMAR PRODUCTIONS, LLC ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No.: 06 1993 (RMC) |

**JOINT STATUS REPORT**

The Court, having been apprised earlier by the parties that they were engaged in settlement discussions, directed the parties by ECF minute entry entered on May 9, 2007, to file a Joint Status Report by June 1, 2007. Pursuant to the Court's directive, the parties report that they remain actively engaged in settlement discussions and believe that they will be able to reach a final settlement within seven to ten business days. Upon finalizing the settlement, the parties will file with the Court a Consent Decree, which shall be subject to the jurisdiction of, this Court for enforcement, interpretation, and implementation.


Counsel for Plaintiff:

___/ss/_____
Devarieste Curry, # 384621
Marc Miller, 948372
McLeod, Watkinson & Miller
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

Counsel for Defendant:

_____
David Z. Kaufman, #435123
Kaufman Law, A Professional Corporation
11350 Random Hills Road
Suite 800
Fairfax, VA 22030

|  |  |
|---|---|
| 202-842-2345 (voice)<br>202-408-7763 (facsimile)<br>dcurry@mwmlaw.com<br>mmiller@mwmlaw.com | 703-764-9080 (voice)<br>703-764-0014 (facsimile)<br>david@dzklaw.com |