UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DELTA SIGMA THETA SORORITY, INC. )
)
)
Plaintiff, )
) Civil Action No.: 06 1993 (RMC)
)
v. )
)
DEREK & JAMAR PRODUCTIONS, LLC )
)
Defendant. )
_____ )

## JOINT MOTION AND MEMORANDUM FOR ORDER ENTERING CONSENT DECREE AS A FINAL JUDGMENT

On November 17, 2006, Delta Sigma Theta Sorority, Incorporated filed a complaint against defendant seeking injunctive and monetary relief. In its complaint, Delta alleged federal and District of Columbia common law trademark infringement, misappropriation of a trade secret, injurious falsehood, and defamation.

Defendant responded to Delta's complaint on February 20, 2007 by filing a motion to dismiss for failure to state claims upon which relief can be granted. On March 23, 2007, Delta filed its opposition to the motion to dismiss. Thereafter, the parties initiated settlement discussions and have reached an agreement that settles and resolves all claims. The settlement has been embodied into a Consent Decree, which the parties file with the Court today.

By this joint motion, the parties petition the Court to enter the Consent Decree as a final judgment disposing of the pending complaint.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| *[signature: Devarieste Curry]* | *[signature]* |
| Devarieste Curry, # 384621 | David Z. Kaufman, 435123 |
| Marc Miller, 948372 | Kaufman Law, A Professional Corporation |
| McLeod, Watkinson & Miller | 11350 Random Hills Road |
| One Massachusetts Avenue | Suite 800 |
| Suite 800 | Fairfax, VA 22030 |
| Washington, D.C. 20001-0014 | |
| | 703-764-9080 (voice) |
| 202-842-2345 (voice) | 703-764-0014 (facsimile) |
| 202-408-7763 (facsimile) | david@dzklaw.com |
| dcurry@mwmlaw.com | |
| mmiller@mwmlaw.com | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELTA SIGMA THETA SORORITY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEREK & JAMAR PRODUCTIONS, LLC )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 06 1993 (RMC) |

### ORDER

Upon joint motion of the parties for entry of the Consent Decree as a final judgment, it is this _____ day of June 2007,

ORDERED that the motion be, and the same hereby is, GRANTED, and it is further

ORDERED that the Consent Decree executed by the parties, through each party's respective counsel, on June 8, 2007 is entered as the final judgment in this case.

SO ORDERED this_____ day of June 2007.

_____
Rosemary M. Collyer
United States District Judge

Attorneys to be notified:
**Counsel for Plaintiff:**

Devarieste Curry
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
dcurry@mwmlaw.com

Marc E. Miller
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
mmiller@mwmlaw.com


**Counsel for Defendant:**

David Z. Kaufman
Kaufman Law, A Professional corporation
11350 Random Hills Road, Suite 800
Fairfax, VA 22030
703-764-9080
203-764-0014 (facsimile)
david@businessbrawls.com
Counsel for Plaintiff