UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELTA SIGMA THETA SORORITY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEREK & JAMAR PRODUCTIONS, LLC ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No.: 06 1993 (RMC) |

## ORDER

Upon joint motion of the parties for entry of the Consent Decree as a final judgment, it is this __12th__ day of June 2007,

ORDERED that the motion be, and the same hereby is, GRANTED, and it is further

ORDERED that the Consent Decree executed by the parties, through each party's respective counsel, on June 8, 2007 is entered as the final judgment in this case.

SO ORDERED this __12th__ day of June 2007.

/s/ Rosemary M. Collyer
Rosemary M. Collyer
United States District Judge

Attorneys to be notified:
**Counsel for Plaintiff:**

Devarieste Curry
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
dcurry@mwmlaw.com

Marc E. Miller
McLeod, Watkinson & Miller
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

202-842-2345
202-408-7763 (facsimile)
mmiller@mwmlaw.com


**Counsel for Defendant:**

David Z. Kaufman
Kaufman Law, A Professional corporation
11350 Random Hills Road, Suite 800
Fairfax, VA 22030
703-764-9080
203-764-0014 (facsimile)
david@businessbrawls.com
Counsel for Plaintiff